Travis Wall (SBN 191662)
Travis.Wall@kennedyslaw.com
Zina Yu (SBN 291993)
Zina.Yu@kennedyslaw.com
Camille Zuber (SBN 349650)
Camille.Zuber@kennedyslaw.com
KENNEDYS CMK LLP
455 Market Street, Suite 1900
San Francisco, CA 94105
Telephone:   415-323-4487
Facsimile:   415-323-4445

Attorneys for Plaintiff
HISCOX INSURANCE COMPANY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HISCOX INSURANCE COMPANY, INC., an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SEVEN SAFE SERVICES, INC., a California Corporation, AMERICAN GUARD SERVICES, INC., a California Corporation, a California Corporation, LESTER FINNELL, an individual, and JONATHAN AMBRISTER, an individual,<br><br>Defendants. | Case No. 2:24-cv-01155 MCS (ASx)<br><br>**DECLARATION OF TYLER PETERSON IN SUPPORT OF PLAINTIFF HISCOX INSURANCE COMPANY, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**Date:    Monday, November 18, 2024**<br>**Time:    9:00 a.m.**<br>**Judge:   Hon. Mark C. Scarsi**<br>**Ctrm:    7C, 7th Floor**<br><br>Complaint Filed:   February 9, 2024<br>First Amended<br>Complaint Filed:   April 30, 2024<br>Trial Date:         May 20, 2025 |

1    I, Tyler Peterson, hereby declare:

2        1.    I am Senior Vice President – Underwriting for Hiscox Insurance Company,

3    Inc. ("Hiscox") and am authorized to provide this declaration on Hiscox's behalf. I have

4    personal knowledge of the matters set forth herein, and if called to testify, I could and

5    would testify competently thereto.

6        2.    I have personal knowledge of and understand Hiscox's record-keeping

7    systems. All records attached to this declaration are true and correct copies of

8    documents from Hiscox's files. Based upon information and belief, the records attached

9    to this declaration were made or transmitted by a person with knowledge at or near the

10   time of the incident recorded and were kept in the course of Hiscox's regularly

11   conducted business activity.

12       3.    Attached as **Exhibit 1** is a true and correct copy of the commercial general

13   liability policy, Policy No. UDC-4265713-CGL-19, issued by Hiscox to Lester Finnell

14   doing business as Seven Safe Services.  The policy had a policy period of September 5,

15   2019 to September 5, 2020. The policy documents also include a guide to the

16   commercial general liability policy and an application summary reflecting the insured's

17   answers to the questions in applying for the policy.

18       4.    Attached as **Exhibit 2** is a true and correct copy of the commercial general

19   liability policy, Policy No. UDC-4265713-CGL-20, issued by Hiscox to Lester Finnell

20   doing business as Seven Safe Services.  The policy had a policy period of September 5,

21   2020 to September 5, 2021. The policy documents also include a guide to the

22   commercial general liability policy and an application summary reflecting the insured's

23   answers to the questions in applying for the policy.

24       5.    Attached as **Exhibit 3** is a true and correct copy of the professional liability

25   policy, Policy No. UDC-4265713-EO-19, issued by Hiscox to Lester Finnell doing

26   business as Seven Safe Services.  The policy had a policy period of September 5, 2019

27   to September 5, 2020.  The policy documents also include a guide to the professional

28

1    liability policy and an application summary reflecting the insured's answers to the

2    questions in applying for the policy.

3    　　　　　6.　　Attached as **Exhibit 4** is a true and correct copy of the professional liability

4    policy, Policy No. UDC-4265713-EO-20, issued by Hiscox to Lester Finnell doing

5    business as Seven Safe Services.  The policy had a policy period of September 5, 2020

6    to September 5, 2021. The policy documents also include a guide to the professional

7    liability policy and an application summary reflecting the insured's answers to the

8    questions in applying for the policy.

9    　　　　　7.　　Other than the policies in Exhibits 1, 2, 3 and 4, Hiscox did not issue any

10   insurance policies to Lester Finnell or Seven Safe.

11   　　　　　8.　　The policies were not issued through a broker. Rather, Lester Finnell

12   applied for each policy directly through Hiscox's online portal. When applying for

13   insurance, an applicant is asked to describe the nature of its business by selecting from

14   a drop down menu of options.  An applicant must to choose a business from one of the

15   listed options. At the time Mr. Finnell applied for the insurance, those options included

16   technology services but not security guard services. The options did not include security

17   guard services because Hiscox did not (and still does not) insure that risk. For that

18   reason, Mr. Finnell could not have purchased a policy from Hiscox covering security

19   guard services.

20   　　　　　9.　　As set forth in the application summaries for the policies, in applying for

21   the insurance in 2019, Lester Finnell represented that Seven Safe's primary business

22   was "technology services" and that those IT consulting and technology services

23   primarily involved "network security design and consulting."   Based on that

24   representation, Hiscox issued professional liability policies to Seven Safe for

25   technology services only.

26   　　　　　10.　　Both commercial general liability policies contain a professional services

27   exclusion barring coverage for damages caused by the rendering or failure to render any

28   professional service. Under Hiscox's underwriting standards in place at the time the

3

1    policies were issued, the commercial general liability policies would have contained

2    that professional services exclusion regardless of the type of business or services the

3    insured identified on the application.

4        11.    In February 2020, after the first two policies were issued, Mr. Finnell

5    requested an increase in the limit for the commercial general liability policy to

6    $3,000,000 per occurrence and in the aggregate.  The original limit was $1,000,000 per

7    occurrence and in the aggregate.   At the same time, he requested a primary and

8    non-contributory endorsement and a waiver of subrogation. As part of that request, he

9    provided a copy of the Statement of Work between American Guard Services and

10   Seven Safe. That agreement indicated that Seven Safe's business involved off duty

11   police officer security guard services.

12       12.    Hiscox agreed to the request to raise the limit on the commercial general

13   liability policy without requiring additional premium.  However, Hiscox denied the

14   request for the primary and non-contributory endorsement and waiver of subrogation.

15       13.    Hiscox's underwriting files indicate that, in February 2020 in response to

16   the requests for the endorsements, Hiscox's underwriting department contacted

17   Mr. Finnell to inquire about the nature of his business.  During that call, Mr. Finnell

18   represented that Seven Safe worked with security companies to strengthen their

19   personnel and security software. A true and correct copy of the underwriting notes

20   reflecting the February 2020 conversation is attached as **Exhibit 5**.

21       14.    Because of uncertainties about the nature of Seven Safe's business, in

22   February 2020, underwriting flagged Seven Safe's policies not to be automatically

23   renewed. Attached as **Exhibit 6** is a true and correct copy of an underwriting note

24   providing that Seven Safe's program could not be expanded without an underwriting

25   review.

26       15.    Despite being flagged for review, due to a system error, the policies were

27   automatically renewed for the 2020-21 policy year. Hiscox's underwriting files indicate

28   that, on October 2, 2020, after the policies had been renewed, Mr. Finnell again

4

requested a waiver of subrogation. Hiscox denied the request, and, on October 5, 2020, Hiscox's underwriting department called Mr. Finnell to explain the decision. During that call, Mr. Finnell represented for the first time that Seven Safe was a staffing company that sends security guards to companies if their security system fails. He also represented that Seven Safe sends law enforcement officers. Attached as **Exhibit 7**, **Exhibit 8** and **Exhibit 9** are true and correct copies of Hiscox's underwriting notes reflecting Mr. Finnell's request for a waiver of subrogation and the October 5, 2020 telephone call with Mr. Finnell.

16.    Based on Mr. Finnel's representations about the nature of his business, Hiscox did not renew the policies for the 2021-22 policy period. Attached as **Exhibit 10** is a true and correct copy of underwriting notes reflecting the basis for the non-renewal. As explained in Exhibit 10, Hiscox did not renew the polices because the class of business did not meet Hiscox's underwriting guidelines.

17.    Attached as **Exhibit 11** and **Exhibit 12** are true and correct copies of notices of non-renewal that, on June 30, 2021, Hiscox sent to Lester Finnell dba Seven Safe. Those notices indicated that Hiscox would not renew Seven Safe's commercial general liability policy and professional liability policy when they expired and that Seven Safe's insurance would cease on September 5, 2021.

I certify under penalty of perjury under the laws of the United States that the statements in this declaration are true and correct to the best of my knowledge. Executed this 18 day of September 2024.


*Tyler Peterson*
_____
Tyler Peterson

DECLARATION OF TYLER PETERSON IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT  //  2:24-CV-01155 MCS (ASX)

EXHIBIT 1

# HISCOX
## encourage courage®

# A Guide To Your General Liability Policy

The following is a guide to your General Liability policy. We have identified several key coverage items along with the limits and deductibles you have selected. To make it easier, we have also added a brief explanation of those items.

We want you to feel confident about your new policy. If any of the information below is incorrect or if you have any questions, please contact one of our advisors at 888-202-3007 (Mon-Fri, 8am-10pm EST) or manage your policy at: www.hiscox.com/manage-your-policy.

## Your business details

| | |
|---|---|
| **Name:** | LESTER FINNELL |
| **Business Name:** | SEVEN SAFE SERVICES |
| **Address:** | 9547 SOPHIA AVE |
| **City:** | NORTH HILLS |
| **State:** | CA |
| **Zip code:** | 91343 |
| **Occupation:** | Technology services |
| **Telephone number:** | 818-970-7757 |
| **Email address:** | sevensafesv@aol.com |

## Your General Liability Policy

| | | |
|---|---|---|
| **Policy number:** | | UDC-4265713-CGL-19 |
| **Policy effective dates:**<br>This determines the time period during which your coverage applies. | From:<br>To: | September 5, 2019<br>September 5, 2020 |
| **Form of business:**<br>This identifies the legal structure of your business and determines who is insured under your policy. | | Individual/Sole Proprietor |
| **Business Property and Equipment Coverage:** | | Rejected |
| **Optional terrorism coverage:** | | Included |
| **Total cost of policy:** | | $ 350.00 |

## Your coverage and limits

| | |
|---|---|
| **Each occurrence limit**<br>The most we will pay for all damages due to bodily injury and property damage, and medical expenses that arise out of any one occurrence. Defense costs we incur, in the defense of a lawsuit filed against you, will not reduce this limit. | $ 1,000,000 |

| | |
|---|---|
| **General aggregate limit**<br>The most we will pay for all damages and medical expenses for the entire policy. Defense costs we incur, in the defense of a lawsuit filed against you, will not reduce this limit. | $ 2,000,000 |
| **Damage to premises rented to you**<br>The most we will pay for your liability for damage by fire to premises rented to you. This limit also applies to your liability to premises you rent for a period of 7 or fewer consecutive days. If you are a home-based business, this coverage does not apply to damage to your home. | $ 100,000 any one premises |
| **Medical expenses**<br>The most we will pay for all medical expenses sustained by any one person. | $ 5,000 any one person |
| **Personal and advertising injury limit**<br>The most we will pay for all personal and advertising injury(e.g., libel, slander) sustained by any one person or organization. | $ 1,000,000 any one person or organization |
| **Deductible for General Liability Coverage**<br>No deductible applies to the general liability portion of your policy so you are not required to make any payments in the events of such claims. | No deductible |

## Other policy information

| |
|---|
| **14 day full refund**<br>Be confident that you have made the right choice. We give you 14 days to review your policy. If you are not satisfied and have not had any claims or losses, you can cancel your policy back to its start date and receive a full refund. |
| **Notice of claim**<br>If you have a claim, please call us at 866-424-8508. You may also e-mail us at reportaclaim@hiscox.com |

**What does my General Liability Policy cover?**
For a summary showing examples of what you are and are not covered for, please read the Coverage Summary document.

This guide does not modify the terms and conditions of your policy, which are contained in your policy documents, nor does it imply any claim is covered or not covered. We recommend that you read your policy documents to learn the details of your coverage.

**HISCOX**

Reinventing Small Business Insurance®

# General Liability Coverage Summary

We want you to understand the Hiscox General Liability coverage. This summary explains the main areas of coverage and exclusions.

If you have any questions about your coverage, please contact one of our advisors at 888-202-3007 (Mon-Fri, 8am-10pm EST). Or, you can **manage your policy** by visiting https://www.hiscox.com/manage-your-policy.

## ☑ This policy does cover

**Bodily injury or property damage**
To the extent you are legally liable, we cover damages or claims expenses if you injure a third-party or damage someone else's property.  However, damage to premises you rent is only covered if caused by fire or if the premises is rented to you for a period of 7 or fewer consecutive days.

**Medical payments**
We will make medical payments as a result of bodily injury that occurs in the course of your business operations, regardless of fault.

**Defense costs**
If you're sued, even if you're not at fault, we will appoint an attorney to defend you, even if the lawsuit is groundless. We will pay these defense costs on your behalf.

**Personal and advertising injury**
We cover claims of libel and slander that are not part of your professional services.  We also protect you if your advertisement unintentionally uses a third party's advertising idea or infringes upon another's copyright. We do not provide this coverage to marketing or PR professionals, research consultants, graphic designers, lawyers,  recruiters, real estate agents/brokers or property managers.

**Electronic data liability**
Specifically added for consultants and technology service providers, Hiscox covers your liability for damage  to someone's electronic data resulting from the physical damage of property. We provide up to $25,000 of coverage.

**Worldwide insurance coverage**
We cover damage that occurs in the United States, its territories and Canada. We also offer some coverage for instances outside these areas while you're away on short periods of travel.

**Employees or temporary staff**
Hiscox will cover claims arising from your employees' or temporary staff's actions if they were performed on  behalf of your business.

**Supplemental payments**
Your Hiscox policy covers the following expenses, should they be incurred, without reducing your limit of liability:
- All expenses we incur, including the defense of lawsuits
- Up to $250 a day for reasonable expenses (including loss of earnings) you incur as a result of assisting us in the defense of a claim or lawsuit
- Interest on damage awards

## ☒ This policy does not cover

**Intent to injure**
We won't cover you for any act that occurs with the intent to injure. This includes personal and advertising injuries if you knew your actions were false or violated the rights of others.

**Outside the policy period**
We won't cover claims for bodily injury, property damage, or personal and advertising injury that do not occur during the policy period.

**Known claims and circumstances**
We won't cover your business for any claim or circumstance that could result in a claim you knew about prior to the start of your first Hiscox policy.

**Personally identifiable information**
We won't cover your failure to protect any personally identifiable information that is in your care.

**Professional services**
We won't cover any professional services performed by you. These types of risks may be covered as part of our Professional Liability Policy.

**Vehicles and boats**
We won't cover any claims arising out of the ownership or use of an automobile or a watercraft.

**Workers' compensation**
We won't cover any obligation you may have under a workers' compensation claim or similar law.

**Your property**
We won't cover claims for damage to property you own or have in your care. However, protection for your own business equipment can be purchased as part of our Business Owners Policy.

**Personal and advertising injury**
We don't provide this coverage to marketing or PR professionals, research consultants, graphic designers, lawyers, recruiters, real estate agents/brokers or property managers. However, this coverage is available as part of our Professional Liability Policy.

## Common claims examples

**Bodily injury** — A client falls over your bag and you are legally liable for the injury. We will cover the subsequent claim and related medical expenses up to your limits of liability.

**Property damage and data loss** — You spill coffee on a client's server causing damage and loss of data. We will cover the subsequent claim up to your limits of liability.

**Personal injury** — One of your employees is at lunch. He talks to the owner of the shop about one of your clients in a false and unflattering way. The client learns of this discussion and sues for slander. We will cover the subsequent claim, up to your limits of liability, and pay for an attorney to defend you if necessary.

Coverage summaries, descriptions, and claims examples are provided for illustrative purposes only and are subject to the applicable policy limits, deductibles, exclusions, terms, and conditions. Not all insurance products and services are available in all states. Hiscox recommends you read the policy documents to learn the full details of coverage.

Underwritten by Hiscox Insurance Company Inc., 104 South Michigan Avenue, Suite 600, Chicago, IL 60603, as administered by Hiscox Inc., a licensed insurance provider in all states and DC.

# HISCOX
## encourage courage®

Hiscox Insurance Company Inc.

**GET THE RIGHT INSURANCE, RIGHT NOW®**

# Your Insurance documents

Enclosed you will find the policy documents that make up your insurance contract with us.

Please read through all of these documents. If you have any questions or need to update any of your information please call us at 888-202-3007 (Mon-Fri, 8am-10pm EST).

## Your insurance documents

**Declarations Page**
This contains specific policy information, such as the limits and deductibles you have selected.

**Policy Wording**
This details the terms and conditions of your coverage, subject to policy endorsements.

**Endorsements**
These documents modify the Policy Wording or Declarations Page. These include relevant terms and conditions as required by your state and are part of your policy.

**Notices**
These documents provide information that may affect your coverage such as optional terrorism coverage (if purchased) and other important items required by your state.

**Application Summary**
This is a summary of the information that you provided to us as part of your application. Please review this document and let us know if any of the information is incorrect.

## Reporting a claim

Please inform us immediately if you have a claim or loss to report. Please have your policy number available so we can handle your call quickly.

**Email:** reportaclaim@hiscox.com

**Phone:** 866-424-8508

**Mail:**    Attn: Direct Claims
Hiscox
520 Madison Avenue - 32nd Floor
New York, NY, 10022



**GET THE RIGHT INSURANCE, RIGHT NOW**®

# Declarations Page



**HISCOX INSURANCE COMPANY INC. (A Stock Company)**
104 South Michigan Avenue, Suite 600, Chicago, Illinois 60603

# Commercial General Liability Declarations

**In return for the payment of the premium, and subject to all the terms of this Policy, we agree with you to provide the insurance as stated in this Policy.**

Policy No.: UDC-4265713-CGL-19

Named Insured: SEVEN SAFE SERVICES

Address: 9547 SOPHIA AVE
NORTH HILLS, CA 91343

Policy period: From: September 5, 2019   To: September 5, 2020

At 12:01 A.M. (Standard Time) at the address shown above.

Form of Business: Individual/Sole Proprietor

Each Occurrence Limit: $1,000,000

    Damage to Premises Rented to You Limit: $100,000   Any one premises

    Medical Expense Limit: $5,000   Any one person

Personal & Advertising Injury Limit: $1,000,000   Any one person or organization

General Aggregate Limit: $2,000,000

Products/Completed Operations Aggregate Limit: Products-completed operations are subject to the General Aggregate Limit

Supplemental Business Personal Property Floater Coverage Limit: $0

Supplemental Business Personal Property Floater Coverage Deductible: Not Applicable

All Premises You Own, Rent or Occupy

    Premises Number: 1

    Address: 9547 SOPHIA AVE
NORTH HILLS, CA 91343

**Total Premium:** $ 350.00

**Attachments:** See attached Forms and Endorsements Schedule.



**HISCOX INSURANCE COMPANY INC. (A Stock Company)**

104 South Michigan Avenue, Suite 600, Chicago, Illinois 60603

IN WITNESS WHEREOF, the Insurer indicated above has caused this Policy to be signed by its President and Secretary, but this Policy shall not be effective unless also signed by the Insurer's duly authorized representative.

President

Secretary

Authorized Representative

# HISCOX
encourage courage®

**HISCOX INSURANCE COMPANY INC. (A Stock Company)**
104 South Michigan Avenue, Suite 600, Chicago, Illinois 60603

# Forms and Endorsements Schedule

Forms and Endorsements made part of this policy at time of issue:

CGL D001 01 10 - Commercial General Liability Declarations
CG 00 01 12 07 - General Liability Coverage Form
CGL E5421 CW (02/14) - Additional Insured - Automatic Status
CGL E5409 CW (03/10) - Right and Duty to Select Defense Counsel
CGL E5404 CW (03/10) - Exclusion - Personal Information
CGL E5408 CW (03/10) - Cancellation Provision (14 Day Full Refund)
CGL E5403 CW (03/10) - Notice Information
CGL E5401 CW (03/10) - Definition of Employee
CGL E5407 CW (03/10) - Exclusion - Professional Services
IL 00 21 09 08 - Nuclear Energy Liability Exclusion Endorsement (Broad Form)
IL 02 70 09 08 - California Changes - Cancellation and Nonrenewal
CG 32 34 01 05 - California Changes
IL 00 17 11 98 - Common Policy Conditions
CG 04 37 12 04 - Electronic Data Liability
CG 21 41 11 85 - Exclusion - Intercompany Products Suits
CG 00 68 05 09 - Recording and Distribution of Material or Information in Violation of Law Exclusion
CG 21 70 01 15 - Cap On Losses From Certified Acts Of Terrorism
IL 09 85 01 15 - Disclosure Pursuant To Terrorism Risk Insurance Act
INT N001 CW (01/09) - Economic And Trade Sanctions Policyholder Notice

**INT D001 01 10**

Page 1 of 1



**GET THE RIGHT INSURANCE, RIGHT NOW**®

# Policy Wording



COMMERCIAL GENERAL LIABILITY
CG 00 01 12 07

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

© ISO Properties, Inc., 2006

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

  **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

  **(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

  **(a)** Less than 26 feet long; and

  **(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

  **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

  **(b)** the operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

  **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

    **(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

    **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

  No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

  **b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

  **a. Knowing Violation Of Rights Of Another**

    "Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

  **b. Material Published With Knowledge Of Falsity**

    "Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

  **c. Material Published Prior To Policy Period**

    "Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

  **d. Criminal Acts**

    "Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

  **e. Contractual Liability**

    "Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

  **f. Breach Of Contract**

    "Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

  **g. Quality Or Performance Of Goods – Failure To Conform To Statements**

    "Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

  **h. Wrong Description Of Prices**

    "Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

  **i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

    "Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

    However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

  **j. Insureds In Media And Internet Type Businesses**

    "Personal and advertising injury" committed by an insured whose business is:

    **(1)** Advertising, broadcasting, publishing or telecasting;

    **(2)** Designing or determining content of websites for others; or

© ISO Properties, Inc., 2006

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Distribution Of Material In Violation Of Statutes**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**COVERAGE C MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

   **(1)** With respect to liability arising out of the maintenance or use of that property; and

   **(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C;**

**b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B.**

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A;** and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

© ISO Properties, Inc., 2006

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in Paragraph **a.** above;

      (2) The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

      (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph **f.** does not include that part of any contract or agreement:

      (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

      (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

         (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

         (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

      (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

 © ISO Properties, Inc., 2006

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

   **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   **b.** While it is in or on an aircraft, watercraft or "auto"; or

   **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   **b.** Vehicles maintained for use solely on or next to premises you own or rent;

   **c.** Vehicles that travel on crawler treads;

   **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      **(1)** Power cranes, shovels, loaders, diggers or drills; or

      **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

   **e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

      **(2)** Cherry pickers and similar devices used to raise or lower workers;

   **f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **(1)** Equipment designed primarily for:

      **(a)** Snow removal;

      **(b)** Road maintenance, but not construction or resurfacing; or

      **(c)** Street cleaning;

   **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   **a.** False arrest, detention or imprisonment;

   **b.** Malicious prosecution;

   **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

   **f.** The use of another's advertising idea in your "advertisement"; or

   **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

  **a.** Means:

    **(1)** Work or operations performed by you or on your behalf; and

    **(2)** Materials, parts or equipment furnished in connection with such work or operations.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

    **(2)** The providing of or failure to provide warnings or instructions.



**GET THE RIGHT INSURANCE, RIGHT NOW**®

# Endorsements



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:    UDC-4265713-CGL-19
Endorsement Effective:    SEVEN SAFE SERVICES
1
September 5, 2019

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – AUTOMATIC STATUS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured any person(s) or organization(s) for whom you are performing operations or leasing a premises when you and such person(s) or organization(s) have agreed in writing in a contract or agreement that such person(s) or organization(s) be added as an additional insured on your policy.  Such person or organization is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

1.  In the performance of your ongoing operations; or

2.  In connection with your premises owned by or rented to you.

A person's or organization's status as an additional insured under this endorsement ends when your operations or lease agreement for that additional insured are completed.

CGL E5421 CW (02/14)       Includes copyrighted material of Insurance Services Office, Inc., with its permission.                    Page 1 of 1

34



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:  UDC-4265713-CGL-19
Endorsement Effective:  SEVEN SAFE SERVICES 2
September 5, 2019

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# RIGHT AND DUTY TO SELECT DEFENSE COUNSEL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

In regard to any covered "suit" seeking damages under **Section I – COVERAGE A – BODILY IN-JURY AND PROPERTY DAMAGE LIABILITY** or **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**, our right and duty to defend shall include the right to select defense counsel.

CGL E5409 CW (03/10)

Page 1 of 1



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:   UDC-4265713-CGL-19
Endorsement Effective:   SEVEN SAFE SERVICES 3
September 5, 2019

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – PERSONAL INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **2. Exclusions**  under **Section I – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**, and **COVERAGE C – MEDICAL PAYMENTS** is amended to include the following exclusion:

**Personal Information**
"Bodily injury", "property damage" or "personal and advertising injury" caused by the insured's failure to protect any non-public, personally identifiable information in the insured's care, custody or control.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:    UDC-4265713-CGL-19
Endorsement Effective:    SEVEN SAFE SERVICES
4
September 5, 2019

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CANCELLATION PROVISION
# (14 DAY FULL REFUND)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

All Coverage Parts included in this policy are subject to the following condition:

Notwithstanding anything in the "**COMMON POLICY CONDITIONS**" or any other cancellation provision to the contrary, if the first Named Insured cancels within 14 days of the inception of the policy period shown in the Declarations without there having been:  (i) an "occurrence" that caused "bodily injury" or "property damage"; (ii) an offense arising out of your business that caused a "personal and advertising injury"; or (iii) an accident that caused "bodily injury"; then we shall return in full any premium amount actually paid to us.  In such event, the effective date of cancellation shall be deemed to be the inception date of the policy period shown in the Declarations.

CGL E5408 CW (03/10)

Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:    UDC-4265713-CGL-19
Endorsement Effective:    SEVEN SAFE SERVICES 5
September 5, 2019

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NOTICE INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| **Where To Send Notice** |
|---|
| Phone:    866-424-8508 |
| Email:    reportaclaim@hiscox.com |
| Mail:    Hiscox |
|          520 Madison Avenue-32nd Floor |
|          Attn: Direct Claims |
|          New York, NY, 10022 |

Subparagraph **2. Duties In The Event Of Occurrence, Offense, Claim Or Suit** in **Section IV – COMMERCIAL GENERAL LIABILITY CONDITIONS** is amended to include the following:

Any notification required by this policy shall be provided to us at the address listed in the above **SCHEDULE**.

CGL E5403 CW (03/10)

Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:     UDC-4265713-CGL-19
Endorsement Effective:    SEVEN SAFE SERVICES
                          6
                          September 5, 2019

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# DEFINITION OF EMPLOYEE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

In **Section V – DEFINITIONS**, Definition 5. "Employee" is deleted and replaced with the following:

**5.**  "Employee" includes a "leased worker" and a "temporary worker".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:     UDC-4265713-CGL-19
Endorsement Effective:     SEVEN SAFE SERVICES 7
September 5, 2019

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – PROFESSIONAL SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **2. Exclusions**  under **Section I – COVERAGE A – BODILY INJURY AND PROPER-TY DAMAGE LIABILITY**, and **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**, is amended to include the following exclusion:

**Professional Services**
"Bodily injury", "property damage" or "personal and advertising injury" caused by the rendering or failure to render any professional service.

This exclusion applies even if the claims allege neg-ligence or other wrongdoing in the supervision, hir-ing, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering or failure to render any pro-fessional service.

CGL E5407 CW (03/10)                                                                                                     Page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:  UDC-4265713-CGL-19
Endorsement Effective:  SEVEN SAFE SERVICES 8
September 5, 2019

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

1.  The insurance does not apply:

   **A.**  Under any Liability Coverage, to "bodily injury" or "property damage":

   **(1)**  With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   **(2)**  Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   **B.**  Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   **C.**  Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

   **(1)**  The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

   **(2)**  The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

   **(3)**  The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2.  As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:
Endorsement Effective:

UDC-4265713-CGL-19
SEVEN SAFE SERVICES 9
September 5, 2019

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CALIFORNIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Paragraphs **2.** and **3.** of the **Cancellation** Common Policy Condition are replaced by the following:

**2. All Policies In Effect For 60 Days Or Less**

If this policy has been in effect for 60 days or less, and is not a renewal of a policy we have previously issued, we may cancel this policy by mailing or delivering to the first Named Insured at the mailing address shown in the policy and to the producer of record, advance written notice of cancellation, stating the reason for cancellation, at least:

**a.** 10 days before the effective date of cancellation if we cancel for:

**(1)** Nonpayment of premium; or

**(2)** Discovery of fraud by:

**(a)** Any insured or his or her representative in obtaining this insurance; or

**(b)** You or your representative in pursuing a claim under this policy.

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3. All Policies In Effect For More Than 60 Days**

**a.** If this policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this policy only upon the occurrence, after the effective date of the policy, of one or more of the following:

**(1)** Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

**(2)** Discovery of fraud or material misrepresentation by:

**(a)** Any insured or his or her representative in obtaining this insurance; or

**(b)** You or your representative in pursuing a claim under this policy.

**(3)** A judgment by a court or an administrative tribunal that you have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

© ISO Properties, Inc., 2007

**(4)** Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.

**(5)** Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

**(6)** A determination by the Commissioner of Insurance that the:

**(a)** Loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

**(b)** Continuation of the policy coverage would:

**(i)** Place us in violation of California law or the laws of the state where we are domiciled; or

**(ii)** Threaten our solvency.

**(7)** A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.

**b.** We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium or discovery of fraud; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason listed in Paragraph **3.a.**

**B.** The following provision is added to the **Cancellation** Common Policy Condition:

**7. Residential Property**

This provision applies to coverage on real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household personal property in a residential unit, if such coverage is written under one of the following:

Commercial Property Coverage Part

Farm Coverage Part – Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form

**a.** If such coverage has been in effect for 60 days or less, and is not a renewal of coverage we previously issued, we may cancel this coverage for any reason, except as provided in **b.** and **c.** below.

**b.** We may not cancel this policy solely because the first Named Insured has:

**(1)** Accepted an offer of earthquake coverage; or

**(2)** Cancelled or did not renew a policy issued by the California Earthquake Authority (CEA) that included an earthquake policy premium surcharge.

However, we shall cancel this policy if the first Named Insured has accepted a new or renewal policy issued by the CEA that includes an earthquake policy premium surcharge but fails to pay the earthquake policy premium surcharge authorized by the CEA.

**c.** We may not cancel such coverage solely because corrosive soil conditions exist on the premises. This Restriction **(c.)** applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

**(1)** Capital Assets Program Coverage Form (Output Policy);

**(2)** Commercial Property Coverage Part – Causes Of Loss – Special Form; or

**(3)** Farm Coverage Part – Causes Of Loss Form – Farm Property, Paragraph **D.** Covered Causes Of Loss – Special.

© ISO Properties, Inc., 2007

**C.** The following is added and supersedes any provisions to the contrary:

**NONRENEWAL**

**1.** Subject to the provisions of Paragraphs **C.2.** and **C.3.** below, if we elect not to renew this policy, we will mail or deliver written notice stating the reason for nonrenewal to the first Named Insured shown in the Declarations and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

We will mail or deliver our notice to the first Named Insured, and to the producer of record, at the mailing address shown in the policy.

**2. Residential Property**

This provision applies to coverage on real property used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household property contained in a residential unit, if such coverage is written under one of the following:

Capital Assets Program (Output Policy) Coverage Part

Commercial Property Coverage Part

Farm Coverage Part – Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form

**a.** We may elect not to renew such coverage for any reason, except as provided in **b., c.** and **d.** below:

**b.** We will not refuse to renew such coverage solely because the first Named Insured has accepted an offer of earthquake coverage.

However, the following applies only to insurers who are associate participating insurers as established by Cal. Ins. Code Section 10089.16. We may elect not to renew such coverage after the first Named Insured has accepted an offer of earthquake coverage, if one or more of the following reasons applies:

**(1)** The nonrenewal is based on sound underwriting principles that relate to the coverages provided by this policy and that are consistent with the approved rating plan and related documents filed with the Department of Insurance as required by existing law;

**(2)** The Commissioner of Insurance finds that the exposure to potential losses will threaten our solvency or place us in a hazardous condition. A hazardous condition includes, but is not limited to, a condition in which we make claims payments for losses resulting from an earthquake that occurred within the preceding two years and that required a reduction in policyholder surplus of at least 25% for payment of those claims; or

**(3)** We have:

**(a)** Lost or experienced a substantial reduction in the availability or scope of reinsurance coverage; or

**(b)** Experienced a substantial increase in the premium charged for reinsurance coverage of our residential property insurance policies; and

the Commissioner has approved a plan for the nonrenewals that is fair and equitable, and that is responsive to the changes in our reinsurance position.

**c.** We will not refuse to renew such coverage solely because the first Named Insured has cancelled or did not renew a policy, issued by the California Earthquake Authority that included an earthquake policy premium surcharge.

**d.** We will not refuse to renew such coverage solely because corrosive soil conditions exist on the premises. This Restriction **(d.)** applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

**(1)** Capital Assets Program Coverage Form (Output Policy);

**(2)** Commercial Property Coverage Part – Causes Of Loss – Special Form; or

**(3)** Farm Coverage Part – Causes Of Loss Form – Farm Property, Paragraph **D.** Covered Causes Of Loss – Special.

**3.** We are not required to send notice of nonrenewal in the following situations:

**a.** If the transfer or renewal of a policy, without any changes in terms, conditions, or rates, is between us and a member of our insurance group.

**b.** If the policy has been extended for 90 days or less, provided that notice has been given in accordance with Paragraph **C.1.**

**c.** If you have obtained replacement coverage, or if the first Named Insured has agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

**d.** If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

**e.** If the first Named Insured requests a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy period.

**f.** If we have made a written offer to the first Named Insured, in accordance with the timeframes shown in Paragraph **C.1.,** to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:    UDC-4265713-CGL-19
Endorsement Effective:    SEVEN SAFE SERVICES
10
September 5, 2019

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART


The term "spouse" is replaced by the following:

Spouse or registered domestic partner under California law.



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:     UDC-4265713-CGL-19
Endorsement Effective:     SEVEN SAFE SERVICES
                           11
                           September 5, 2019

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:  UDC-4265713-CGL-19
Endorsement Effective:  SEVEN SAFE SERVICES 12
September 5, 2019

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ELECTRONIC DATA LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**Schedule**

| Loss Of Electronic Data Limit: | $ 25,000 |
|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** Exclusion **2.p.** of **Coverage A – Bodily Injury And Property Damage Liability** in **Section I – Coverages** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data" that does not result from physical injury to tangible property.

**B.** The following paragraph is added to **Section III – Limits Of Insurance:**

Subject to **5.** above, the Loss of Electronic Data Limit shown in the Schedule above is the most we will pay under Coverage **A** for "property damage" because of all loss of "electronic data" arising out of any one "occurrence".

**C.** The following definition is added to the **Definitions** Section:

"Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**D.** For the purposes of the coverage provided by this endorsement, the definition of "Property Damage" in the **Definitions** Section is replaced by the following:

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it;

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it; or

**c.** Loss of, loss of use of, damage to, corruption of, inability to access, or inability to properly manipulate "electronic data", resulting from physical injury to tangible property. All such loss of "electronic data" shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, "electronic data" is not tangible property.

**CG 04 37 12 04**          © ISO Properties, Inc., 2003          **Page 1 of 1**

# HISCOX

**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:    UDC-4265713-CGL-19
Endorsement Effective:    SEVEN SAFE SERVICES
13
September 5, 2019

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

---

# EXCLUSION – INTERCOMPANY PRODUCTS SUITS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to any claim for damages by any Named Insured against another Named Insured because of "bodily injury" or "property damage" arising out of "your products" and included within the "products-completed operations hazard."



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:    UDC-4265713-CGL-19
Endorsement Effective:  SEVEN SAFE SERVICES
                        14
                        September 5, 2019

# RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **q.** of Paragraph **2. Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**B.** Exclusion **p.** of Paragraph **2. Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

# HISCOX

**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:      UDC-4265713-CGL-19
Endorsement Effective:    SEVEN SAFE SERVICES
                          15
                          September 5, 2019

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

**CG 21 70 01 15**                    © Insurance Services Office, Inc., 2015                    **Page 1 of 1**



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:   UDC-4265713-CGL-19
Endorsement Effective:   SEVEN SAFE SERVICES
16
September 5, 2019

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

**SCHEDULE**

| SCHEDULE – PART I |
| --- |
| **Terrorism Premium (Certified Acts) $**<br>**This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):** $.00<br><br><br><br><br><br><br>**Additional information, if any, concerning the terrorism premium:** |

| SCHEDULE – PART II |
| --- |
| **Federal share of terrorism losses 85% year 2015; 84% year 2016; 83% year 2017; 82% year 2018; 81% year 2019 and 80% year 2020.** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part **II** of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:     UDC-4265713-CGL-19
Endorsement Effective:   SEVEN SAFE SERVICES
                         17
                         February 19, 2020

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# POLICY CHANGES

This endorsement will not be used to decrease coverage, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured.

The following item(s):

| | | |
|---|---|---|
| ☐ Insured's Name | ☐ | Insured's Mailing Address |
| ☐ Policy Number | ☐ | Company |
| ☐ Effective/Expiration Date | ☐ | Insured's Legal Status/Business of Insured |
| ☐ Payment Plan | ☐ | Premium Determination |
| ☐ Additional Interested Parties | ☐ | Coverage Forms and Endorsements |
| ☐ X Limits/Exposures | ☐ | Deductibles |
| ☐ Covered Property/Located Description | ☐ | Classification/Class Codes |
| ☐ Rates | ☐ | Underlying Insurance |

is (are) changed to read **{See Additional Page(s)}**:

The above amendments result in a change in the premium as follows:

| ☐ X NO CHANGES | ☐ TO BE ADJUSTED AT AUDIT | ADDITIONAL PREMIUM | RETURN PREMIUM |
|---|---|---|---|
| | | $ | $ |

**CGL E5410 CW (03/10)**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    Page 1 of 2 ☐

| POLICY CHANGES ENDORSEMENT DESCRIPTION |
|---|

Each Occurrence Limit:        $ 3,000,000

General Aggregate Limit:      $ 3,000,000

It is hereby understood and agreed that the changes shown above, as appropriate, apply only to:
1.    an offense arising out of your business that caused a "personal and advertising injury";
2.    an "occurrence " that caused "bodily injury" or "property damage"; or
3.    an accident that caused "bodily injury"
that takes place on or after the effective date of this endorsement.

All other terms and conditions remain unchanged.

**CGL E5410 CW (03/10)**        Includes copyrighted material of Insurance Services Office, Inc., with its permission.        Page 2 of 2

57



**GET THE RIGHT INSURANCE, RIGHT NOW®**

# Notices

**HISCOX**                                        Hiscox Insurance Company Inc.

## ECONOMIC AND TRADE SANCTIONS POLICYHOLDER NOTICE

Hiscox is committed to complying with the U.S. Department of Treasury Office of Foreign Assets Control (OFAC) requirements. OFAC administers and enforces economic sanctions policy based on Presidential declarations of national emergency.  OFAC has identified and listed numerous foreign agents, front organizations, terrorists, and narcotics traffickers as Specially Designated Nationals (SDN's) and Blocked Persons.  OFAC has also identified Sanctioned Countries.  A list of Specially Designated Nationals, Blocked Persons and Sanctioned Countries may be found on the United States Treasury's web site http://www.treas.gov/offices/enforcement/ofac/.

Economic sanctions prohibit all United States citizens (including corporations and other entities) and permanent resident aliens from engaging in transactions with Specially Designated Nationals, Blocked Persons and Sanctioned Countries.  Hiscox may not accept premium from or issue a policy to insure property of or make a claim payment to a Specially Designated National or Blocked Person.  Hiscox may not engage in business transactions with a Sanctioned Country.

A Specially Designated National or Blocked Person is any person who is determined as such by the Secretary of Treasury.

A Sanctioned Country is any country that is the subject of trade or economic embargoes imposed by the laws or regulations of the United States.

In accordance with laws and regulations of the United States concerning economic and trade embargoes, this policy may be rendered void from its inception with respect to any term or condition of this policy that violates any laws or regulations of the United States concerning economic and trade embargoes including, but not limited to the following:

(1) Any insured under this Policy, or any person or entity claiming the benefits of such insured, who is or becomes a Specially Designated National or Blocked Person or who is otherwise subject to US economic trade sanctions;

(2) Any claim or suit that is brought in a Sanctioned Country or by a Sanctioned Country government, where any action in connection with such claim or suit is prohibited by US economic or trade sanctions;

(3) Any claim or suit that is brought by any Specially Designated National or Blocked Person or any person or entity who is otherwise subject to US economic or trade sanctions;

(4) Property that is located in a Sanctioned Country or that is owned by, rented to or in the care, custody or control of a Sanctioned Country government, where any activities related to such property are prohibited by US economic or trade sanctions; or

(5) Property that is owned by, rented to or in the care, custody or control of a Specially Designated National or Blocked Person, or any person or entity who is otherwise subject to US economic or trade sanctions.

Please read your Policy carefully and discuss with your broker/agent or insurance professional.  You may also visit the US Treasury's website at http://www.treas.gov/offices/enforcement/ofac/.



**GET THE RIGHT INSURANCE, RIGHT NOW**®

# Application Summary

**HISCOX**
encourage courage®

**Hiscox Insurance Company Inc.**

# Application Summary

The following outlines the details you have given us about your business. We have relied on the accuracy of this information in order to issue your policy. If any of the items below are incorrect or have changed, please call us at 888-202-3007 so that we can update your policy details.

| Your policy | |
|---|---|
| Policy number: | UDC-4265713-CGL-19 |
| Quote reference number: | 8881147 |
| Product: | Commercial General Liability |
| Business name: | SEVEN SAFE SERVICES |
| Business address: | 9547 SOPHIA AVE |
| City: | NORTH HILLS |
| State: | CA |
| Zip code: | 91343 |
| Name: | LESTER FINNELL |
| Email address: | sevensafesv@aol.com |
| Telephone number: | 818-970-7757 |
| Per occurrence limit of liability: | $ 1,000,000 |
| When would you like your policy to start? | September 5, 2019 |

| Your business | |
|---|---|
| What is your primary type of business? | Technology services |
| Your business's ownership structure (please select one). | Individual/Sole Proprietor |
| Do you currently have an insurance policy in effect for the coverage requested? | No |
| Including yourself, how many full-time, part-time, and temporary employees does your business have? (Do not include subcontractors.) | 1-4 |
| Is your business operated out of your home? | No |
| Other than the business address provided above, how many additional locations does your business own or rent? | 0 |
| Address: | Not Applicable |
| Do you or your business supply, manufacture, or distribute any tangible goods or products? Note: Brochures, documents and reports are not considered as tangible goods. | No |



**Hiscox Insurance Company Inc.**

| | |
|---|---|
| Does your business perform any design, construction, installation, removal, or physical repair of any property or tangible good? | No |
| For the next 12 months, what is your estimated payroll expense for yourself, your full-time, part-time, and temporary employees? (Do not include subcontractors.) | $ 1.00 |
| Does your business use rented or non-owned vehicles (e.g. an employee's car) for business purposes? | No |

## Statements About Your Business

| | |
|---|---|
| As the individual completing this transaction, you are authorized to purchase and bind this insurance on behalf of the entity applying for coverage. | I have read and agree |
| Your business is not controlled or owned by any other firm, corporation, or entity. | I have read and agree |
| For the entire period of time that you have owned and controlled the business, you have not sold, purchased or acquired, discontinued, merged into or consolidated with another business. | I have read and agree |
| Your business has never had any commercial insurance cancelled or rescinded. | I have read and agree |

## Business Activities

| | |
|---|---|
| Your Business does not conduct any of the following activities:<br>• Automotive repair or sales<br>• Food service/restaurant operations<br>• Medical services<br>• Retail operations<br>Note: This does not include the activities of your clients in any of these industries | I have read and agree |

## Claims and Loss History

| | |
|---|---|
| Based upon your knowledge and the knowledge of your business's current and past partners, officers, directors and employees, during the last five years a third party has never made a claim against your business and you do not know of any reason why someone may make a claim. | I have read and agree |



**Hiscox Insurance Company Inc.**

## General Liability

The limits of liability represent the total amount available to pay judgments and settlements for any claims. We are not liable for any amounts that exceed these limits.

If coverage is provided, it shall apply only to occurrences that take place during the policy period.

Judgments, settlements and claims expenses incurred are subject to a deductible amount. The deductible is the amount you must pay before we will make any payments under the policy. Some coverage may not be subject to a deductible, in which case you are not required to make payments before any payments are made under the policy. Please consult the policy language for details.

If you have knowledge of any circumstance that may lead to a loss or a claim being made against you, coverage will be excluded if such loss occurs or claim is made.

Occurrences that took place prior to the inception of the policy are excluded.

## Other information

**Fraud Warning**
It is a crime to knowingly and intentionally attempt to defraud an insurance company by providing false or misleading information or concealing material information during the application process or when filing a claim. Such conduct could result in your policy being voided and subject you to criminal and civil penalties.

| | |
|---|---|
| **Optional Terrorism coverage** <br> You have elected to purchase optional terrorism coverage. | Yes |
| **Optional Waiver of Subrogation** <br> You have declined to purchase a Waiver of Subrogation. | Yes |
| **Optional Primary and Noncontributory endorsement** <br> You have declined to purchase an optional Primary and Noncontributory endorsement. | Yes |
| You have confirmed that you agree with the General Statements provided. | Yes |
| **Optional Non-Owned Auto Liability coverage** <br> You have declined to purchase Non-Owned Auto Liability coverage. | Yes |
| I agree to accept delivery of the insurance policy and related documents via email to the address provided to Hiscox and agree to consent in electronic transactions. | Yes |
| I have read the information above and confirm it is all correct. I understand that by checking this box I am agreeing to enter into a binding agreement with Hiscox Insurance. | Yes |
| **Optional Business Personal Property Coverage** <br> You have declined to purchase optional business personal property and equipment coverage: | Yes |

EXHIBIT 2



# A Guide To Your General Liability Policy

The following is a guide to your General Liability policy. We have identified several key coverage items along with the limits and deductibles you have selected. To make it easier, we have also added a brief explanation of those items.

We want you to feel confident about your new policy. If any of the information below is incorrect or if you have any questions, please contact one of our advisors at 888-202-3007 (Mon-Fri, 7am-10pm EST) or manage your policy at: www.hiscox.com/manage-your-policy.

## Your business details

| | |
|---|---|
| **Name:** | LESTER FINNELL |
| **Business Name:** | SEVEN SAFE SERVICES |
| **Address:** | 9547 SOPHIA AVE |
| **City:** | NORTH HILLS |
| **State:** | CA |
| **Zip code:** | 91343 |
| **Occupation:** | Technology services |
| **Telephone number:** | 818-970-7757 |
| **Email address:** | sevensafesv@aol.com |

## Your General Liability Policy

| | |
|---|---|
| **Policy number:** | UDC-4265713-CGL-20 |
| **Policy effective dates:**<br>This determines the time period during which your coverage applies. | From:    September 5, 2020<br>To:       September 5, 2021 |
| **Form of business:**<br>This identifies the legal structure of your business and determines who is insured under your policy. | Individual/Sole Proprietor |
| **Business Property and Equipment Coverage:** | Rejected |
| **Optional terrorism coverage:** | Included |
| **Total cost of policy:** | $ 350.00 |

## Your coverage and limits

| | |
|---|---|
| **Each occurrence limit**<br>The most we will pay for all damages due to bodily injury and property damage, and medical expenses that arise out of any one occurrence. Defense costs we incur, in the defense of a lawsuit filed against you, will not reduce this limit. | $ 3,000,000 |

| | |
|---|---|
| **General aggregate limit**<br>The most we will pay for all damages and medical expenses for the entire policy. Defense costs we incur, in the defense of a lawsuit filed against you, will not reduce this limit. | $ 3,000,000 |
| **Damage to premises rented to you**<br>The most we will pay for your liability for damage by fire to premises rented to you. This limit also applies to your liability to premises you rent for a period of 7 or fewer consecutive days. If you are a home-based business, this coverage does not apply to damage to your home. | $ 100,000 any one premises |
| **Medical expenses**<br>The most we will pay for all medical expenses sustained by any one person. | $ 5,000 any one person |
| **Personal and advertising injury limit**<br>The most we will pay for all personal and advertising injury(e.g., libel, slander) sustained by any one person or organization. | $ 3,000,000 any one person or organization |
| **Deductible for General Liability Coverage**<br>No deductible applies to the general liability portion of your policy so you are not required to make any payments in the events of such claims. | No deductible |

## Other policy information

**14 day full refund**
Be confident that you have made the right choice. We give you 14 days to review your policy. If you are not satisfied and have not had any claims or losses, you can cancel your policy back to its start date and receive a full refund.

**Notice of claim**
If you have a claim, please call us at 866-424-8508. You may also e-mail us at reportaclaim@hiscox.com

**What does my General Liability Policy cover?**
For a summary showing examples of what you are and are not covered for, please read the Coverage Summary document.

This guide does not modify the terms and conditions of your policy, which are contained in your policy documents, nor does it imply any claim is covered or not covered. We recommend that you read your policy documents to learn the details of your coverage.

# HISCOX

Reinventing Small Business Insurance®

# General Liability Coverage Summary

We want you to understand the Hiscox General Liability coverage. This summary explains the main areas of coverage and exclusions.

If you have any questions about your coverage, please contact one of our advisors at 888-202-3007 (Mon-Fri, 8am-10pm EST). Or, you can **manage your policy** by visiting https://www.hiscox.com/manage-your-policy.

## ☑ This policy does cover

**Bodily injury or property damage**
To the extent you are legally liable, we cover damages or claims expenses if you injure a third-party or damage someone else's property.  However, damage to premises you rent is only covered if caused by fire or if the premises is rented to you for a period of 7 or fewer consecutive days.

**Medical payments**
We will make medical payments as a result of bodily injury that occurs in the course of your business operations, regardless of fault.

**Defense costs**
If you're sued, even if you're not at fault, we will appoint an attorney to defend you, even if the lawsuit is groundless. We will pay these defense costs on your behalf.

**Personal and advertising injury**
We cover claims of libel and slander that are not part of your professional services.  We also protect you if your advertisement unintentionally uses a third party's advertising idea or infringes upon another's copyright. We do not provide this coverage to marketing or PR professionals, research consultants, graphic designers, lawyers,  recruiters, real estate agents/brokers or property managers.

**Electronic data liability**
Specifically added for consultants and technology service providers, Hiscox covers your liability for damage  to someone's electronic data resulting from the physical damage of property. We provide up to $25,000 of coverage.

**Worldwide insurance coverage**
We cover damage that occurs in the United States, its territories and Canada. We also offer some coverage for instances outside these areas while you're away on short periods of travel.

**Employees or temporary staff**
Hiscox will cover claims arising from your employees' or temporary staff's actions if they were performed on  behalf of your business.

**Supplemental payments**
Your Hiscox policy covers the following expenses, should they be incurred, without reducing your limit of liability:
- All expenses we incur, including the defense of lawsuits
- Up to $250 a day for reasonable expenses (including loss of earnings) you incur as a result of assisting us in the defense of a claim or lawsuit
- Interest on damage awards

## ☒ This policy does not cover

**Intent to injure**
We won't cover you for any act that occurs with the intent to injure. This includes personal and advertising injuries if you knew your actions were false or violated the rights of others.

**Outside the policy period**
We won't cover claims for bodily injury, property damage, or personal and advertising injury that do not occur during the policy period.

**Known claims and circumstances**
We won't cover your business for any claim or circumstance that could result in a claim you knew about prior to the start of your first Hiscox policy.

**Personally identifiable information**
We won't cover your failure to protect any personally identifiable information that is in your care.

**Professional services**
We won't cover any professional services performed by you. These types of risks may be covered as part of our Professional Liability Policy.

**Vehicles and boats**
We won't cover any claims arising out of the ownership or use of an automobile or a watercraft.

**Workers' compensation**
We won't cover any obligation you may have under a workers' compensation claim or similar law.

**Your property**
We won't cover claims for damage to property you own or have in your care. However, protection for your own business equipment can be purchased as part of our Business Owners Policy.

**Personal and advertising injury**
We don't provide this coverage to marketing or PR professionals, research consultants, graphic designers, lawyers, recruiters, real estate agents/brokers or property managers. However, this coverage is available as part of our Professional Liability Policy.

## Common claims examples

**Bodily injury** — A client falls over your bag and you are legally liable for the injury. We will cover the subsequent claim and related medical expenses up to your limits of liability.

**Property damage and data loss** — You spill coffee on a client's server causing damage and loss of data. We will cover the subsequent claim up to your limits of liability.

**Personal injury** — One of your employees is at lunch. He talks to the owner of the shop about one of your clients in a false and unflattering way. The client learns of this discussion and sues for slander. We will cover the subsequent claim, up to your limits of liability, and pay for an attorney to defend you if necessary.

Coverage summaries, descriptions, and claims examples are provided for illustrative purposes only and are subject to the applicable policy limits, deductibles, exclusions, terms, and conditions. Not all insurance products and services are available in all states. Hiscox recommends you read the policy documents to learn the full details of coverage.

Underwritten by Hiscox Insurance Company Inc., 104 South Michigan Avenue, Suite 600, Chicago, IL 60603, as administered by Hiscox Inc., a licensed insurance provider in all states and DC.





Hiscox Insurance Company Inc.

# Your Insurance documents

Enclosed you will find the policy documents that make up your insurance contract with us.

Please read through all of these documents. If you have any questions or need to update any of your information please call us at 800-867-4001 (Mon-Fri, 7am-10pm EST).

Si tiene alguna pregunta o necesita actualizar su información, por favor llámenos al 1-855-744-2300 (Horario de Lunes – Viernes, 9am – 10pm ET).

## Your insurance documents

**Declarations Page**
This contains specific policy information, such as the limits and deductibles you have selected.

**Policy Wording**
This details the terms and conditions of your coverage, subject to policy endorsements.

**Endorsements**
These documents modify the Policy Wording or Declarations Page. These include relevant terms and conditions as required by your state and are part of your policy.

**Notices**
These documents provide information that may affect your coverage such as optional terrorism coverage (if purchased) and other important items required by your state.

## Reporting a claim

Please inform us immediately if you have a claim or loss to report. Please have your policy number available so we can handle your call quickly.

**Email:** reportaclaim@hiscox.com

**Phone:** 866-424-8508

**Mail:**  Attn: Direct Claims
Hiscox
520 Madison Avenue - 32nd Floor
New York, NY, 10022



# Declarations Page



**HISCOX INSURANCE COMPANY INC. (A Stock Company)**

104 South Michigan Avenue, Suite 600, Chicago, Illinois 60603

# Commercial General Liability Declarations

**In return for the payment of the premium, and subject to all the terms of this Policy, we agree with you to provide the insurance as stated in this Policy.**

| | |
|---|---|
| Policy No.: | UDC-4265713-CGL-20 |
| Renewal of: | UDC-4265713-CGL-19 |
| Named Insured: | SEVEN SAFE SERVICES |
| Address: | 9547 SOPHIA AVE<br>NORTH HILLS, CA 91343 |

Policy period:  From: September 5, 2020  To: September 5, 2021

At 12:01 A.M. (Standard Time) at the address shown above.

| | |
|---|---|
| Form of Business: | Individual/Sole Proprietor |
| Each Occurrence Limit: | $3,000,000 |
|     Damage to Premises Rented to You Limit: | $100,000    Any one premises |
|     Medical Expense Limit: | $5,000    Any one person |
| Personal & Advertising Injury Limit: | $3,000,000    Any one person or organization |
| General Aggregate Limit: | $3,000,000 |
| Products/Completed Operations Aggregate Limit: | Products-completed operations are subject to the General Aggregate Limit |
| Supplemental Business Personal Property Floater Coverage Limit: | $0 |
| Supplemental Business Personal Property Floater Coverage Deductible: | Not Applicable |

All Premises You Own, Rent or Occupy

| | |
|---|---|
|     Premises Number: | 1 |
|     Address: | 9547 SOPHIA AVE<br>NORTH HILLS, CA 91343 |
| **Total Premium:** | $ 350.00 |
| **Attachments:** | See attached Forms and Endorsements Schedule. |



**HISCOX INSURANCE COMPANY INC. (A Stock Company)**

104 South Michigan Avenue, Suite 600, Chicago, Illinois 60603

IN WITNESS WHEREOF, the Insurer indicated above has caused this Policy to be signed by its President and Secretary, but this Policy shall not be effective unless also signed by the Insurer's duly authorized representative.

President

Secretary

Authorized Representative

**HISCOX**
encourage courage®

**HISCOX INSURANCE COMPANY INC. (A Stock Company)**
104 South Michigan Avenue, Suite 600, Chicago, Illinois 60603

# Forms and Endorsements Schedule

Forms and Endorsements made part of this policy at time of issue:

CGL D001 01 10 - Commercial General Liability Declarations
CG 00 01 12 07 - General Liability Coverage Form
CGL E5401 CW (03/10) - Definition of Employee
CGL E5403 CW (03/10) - Notice Information
CGL E5404 CW (03/10) - Exclusion - Personal Information
CGL E5407 CW (03/10) - Exclusion - Professional Services
CGL E5408 CW (03/10) - Cancellation Provision (14 Day Full Refund)
CGL E5409 CW (03/10) - Right and Duty to Select Defense Counsel
CGL E5421 CW (02/14) - Additional Insured - Automatic Status
CG 04 37 12 04 - Electronic Data Liability
IL 00 17 11 98 - Common Policy Conditions
IL 00 21 09 08 - Nuclear Energy Liability Exclusion Endorsement (Broad Form)
CG 00 68 05 09 - Recording and Distribution of Material or Information in Violation of Law Exclusion
CG 21 41 11 85 - Exclusion - Intercompany Products Suits
CG 32 34 01 05 - California Changes
IL 02 70 09 08 - California Changes - Cancellation and Nonrenewal
CG 21 70 01 15 - Cap On Losses From Certified Acts Of Terrorism
IL 09 85 01 15 - Disclosure Pursuant To Terrorism Risk Insurance Act
INT N001 CW (01/09) - Economic And Trade Sanctions Policyholder Notice

**INT D001 01 10**

Page 1 of 1



# Policy Wording




COMMERCIAL GENERAL LIABILITY
CG 00 01 12 07

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© ISO Properties, Inc., 2006

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

  **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

  **(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

  **(a)** Less than 26 feet long; and

  **(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

  **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

  **(b)** the operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

© ISO Properties, Inc., 2006

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

  **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

    **(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

    **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

  **b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

  **a. Knowing Violation Of Rights Of Another**

    "Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

  **b. Material Published With Knowledge Of Falsity**

    "Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

  **c. Material Published Prior To Policy Period**

    "Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

  **d. Criminal Acts**

    "Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

  **e. Contractual Liability**

    "Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

  **f. Breach Of Contract**

    "Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

  **g. Quality Or Performance Of Goods – Failure To Conform To Statements**

    "Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

  **h. Wrong Description Of Prices**

    "Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

  **i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

    "Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

    However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

  **j. Insureds In Media And Internet Type Businesses**

    "Personal and advertising injury" committed by an insured whose business is:

    **(1)** Advertising, broadcasting, publishing or telecasting;

    **(2)** Designing or determining content of websites for others; or

© ISO Properties, Inc., 2006

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Distribution Of Material In Violation Of Statutes**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**COVERAGE C MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

     © ISO Properties, Inc., 2006

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C;**

**b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B.**

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A;** and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in Paragraph **a.** above;

      (2) The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

      (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph **f.** does not include that part of any contract or agreement:

      (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

      (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

         (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

         (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

      (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

  **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    **(1)** Products that are still in your physical possession; or

    **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

      **(a)** When all of the work called for in your contract has been completed.

      **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

      **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

  **b.** Does not include "bodily injury" or "property damage" arising out of:

    **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

    **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

    **(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

  **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

  **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

  **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

  **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

  **a.** Means:

    **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

      **(a)** You;

      **(b)** Others trading under your name; or

      **(c)** A person or organization whose business or assets you have acquired; and

    **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

    **(2)** The providing of or failure to provide warnings or instructions.

  **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

  **a.** Means:

    **(1)** Work or operations performed by you or on your behalf; and

    **(2)** Materials, parts or equipment furnished in connection with such work or operations.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

    **(2)** The providing of or failure to provide warnings or instructions.

© ISO Properties, Inc., 2006

**CG 00 01 12 07**   □



# Endorsements



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:    UDC-4265713-CGL-20
Endorsement Effective:    SEVEN SAFE SERVICES
1
September 5, 2020

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DEFINITION OF EMPLOYEE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

In **Section V – DEFINITIONS**, Definition 5. "Employee" is deleted and replaced with the following:

**5.**    "Employee" includes a "leased worker" and a "temporary worker".

CGL E5401 CW (03/10)                                                                                    Page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:    UDC-4265713-CGL-20
Endorsement Effective:    SEVEN SAFE SERVICES 2
September 5, 2020

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NOTICE INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| **Where To Send Notice** |
| --- |
| Phone:    866-424-8508 |
| Email:    reportaclaim@hiscox.com |
| Mail:    Hiscox |
| 520 Madison Avenue-32nd Floor |
| Attn: Direct Claims |
| New York, NY, 10022 |

Subparagraph **2. Duties In The Event Of Occurrence, Offense, Claim Or Suit** in **Section IV – COMMERCIAL GENERAL LIABILITY CONDITIONS** is amended to include the following:

Any notification required by this policy shall be provided to us at the address listed in the above **SCHEDULE**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:     UDC-4265713-CGL-20
Endorsement Effective:     SEVEN SAFE SERVICES
3
September 5, 2020

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – PERSONAL INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **2. Exclusions**  under **Section I – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**, and **COVERAGE C – MEDICAL PAYMENTS** is amended to include the following exclusion:

**Personal Information**
"Bodily injury", "property damage" or "personal and advertising injury" caused by the insured's failure to protect any non-public, personally identifiable information in the insured's care, custody or control.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:     UDC-4265713-CGL-20
Endorsement Effective:  SEVEN SAFE SERVICES 4
                        September 5, 2020

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – PROFESSIONAL SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **2. Exclusions** under **Section I – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, and **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**, is amended to include the following exclusion:

**Professional Services**
"Bodily injury", "property damage" or "personal and advertising injury" caused by the rendering or failure to render any professional service.

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering or failure to render any professional service.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:    UDC-4265713-CGL-20
Endorsement Effective:    SEVEN SAFE SERVICES
                                      5
                                      September 5, 2020

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CANCELLATION PROVISION
# (14 DAY FULL REFUND)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

All Coverage Parts included in this policy are subject to the following condition:

Notwithstanding anything in the "**COMMON POLICY CONDITIONS**" or any other cancellation provision to the contrary, if the first Named Insured cancels within 14 days of the inception of the policy period shown in the Declarations without there having been:  (i) an "occurrence" that caused "bodily injury" or "property damage"; (ii) an offense arising out of your business that caused a "personal and advertising injury"; or (iii) an accident that caused "bodily injury"; then we shall return in full any premium amount actually paid to us.  In such event, the effective date of cancellation shall be deemed to be the inception date of the policy period shown in the Declarations.

CGL E5408 CW (03/10)                                                                                    Page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:    UDC-4265713-CGL-20
Endorsement Effective:    SEVEN SAFE SERVICES
6
September 5, 2020

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# RIGHT AND DUTY TO SELECT DEFENSE COUNSEL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

In regard to any covered "suit" seeking damages under **Section I – COVERAGE A – BODILY IN-JURY AND PROPERTY DAMAGE LIABILITY** or **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**, our right and duty to defend shall include the right to select defense counsel.



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:    UDC-4265713-CGL-20
Endorsement Effective:    SEVEN SAFE SERVICES 7
September 5, 2020

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – AUTOMATIC STATUS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. **Section II – Who Is An Insured** is amended to include as an additional insured any person(s) or organization(s) for whom you are performing operations or leasing a premises when you and such person(s) or organization(s) have agreed in writing in a contract or agreement that such person(s) or organization(s) be added as an additional insured on your policy.  Such person or organization is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you.

A person's or organization's status as an additional insured under this endorsement ends when your operations or lease agreement for that additional insured are completed.

CGL E5421 CW (02/14)    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    Page 1 of 1

98



Hiscox Insurance Company Inc.

Policy Number:
Named Insured:
Endorsement Number:    UDC-4265713-CGL-20
Endorsement Effective:   SEVEN SAFE SERVICES
8
September 5, 2020

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ELECTRONIC DATA LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**Schedule**

| Loss Of Electronic Data Limit: | $ |
|---|---|
| | 25,000 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** Exclusion **2.p.** of **Coverage A – Bodily Injury And Property Damage Liability** in **Section I – Coverages** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data" that does not result from physical injury to tangible property.

**B.** The following paragraph is added to **Section III – Limits Of Insurance:**

Subject to **5.** above, the Loss of Electronic Data Limit shown in the Schedule above is the most we will pay under Coverage **A** for "property damage" because of all loss of "electronic data" arising out of any one "occurrence".

**C.** The following definition is added to the **Definitions** Section:

"Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**D.** For the purposes of the coverage provided by this endorsement, the definition of "Property Damage" in the **Definitions** Section is replaced by the following:

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it;

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it; or

**c.** Loss of, loss of use of, damage to, corruption of, inability to access, or inability to properly manipulate "electronic data", resulting from physical injury to tangible property. All such loss of "electronic data" shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, "electronic data" is not tangible property.

**CG 04 37 12 04**                    © ISO Properties, Inc., 2003                    **Page 1 of 1**



# HISCOX

**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:    UDC-4265713-CGL-20
Endorsement Effective:  SEVEN SAFE SERVICES
                        9
                        September 5, 2020

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

Copyright, Insurance Services Office, Inc., 1998

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:    UDC-4265713-CGL-20
Endorsement Effective:    SEVEN SAFE SERVICES
                         10
                         September 5, 2020

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:    UDC-4265713-CGL-20
Endorsement Effective:    SEVEN SAFE SERVICES
11
September 5, 2020

# RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **q.** of Paragraph **2. Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**B.** Exclusion **p.** of Paragraph **2. Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.



**HISCOX**

**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:  UDC-4265713-CGL-20
Endorsement Effective:  SEVEN SAFE SERVICES
12
September 5, 2020

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – INTERCOMPANY PRODUCTS SUITS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to any claim for damages by any Named Insured against another Named Insured because of "bodily injury" or "property damage" arising out of "your products" and included within the "products-completed operations hazard."



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:  UDC-4265713-CGL-20
Endorsement Effective:  SEVEN SAFE SERVICES
13
September 5, 2020

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The term "spouse" is replaced by the following:

Spouse or registered domestic partner under California law.



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:    UDC-4265713-CGL-20
Endorsement Effective:    SEVEN SAFE SERVICES 14
September 5, 2020

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CALIFORNIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Paragraphs **2.** and **3.** of the **Cancellation** Common Policy Condition are replaced by the following:

**2. All Policies In Effect For 60 Days Or Less**

If this policy has been in effect for 60 days or less, and is not a renewal of a policy we have previously issued, we may cancel this policy by mailing or delivering to the first Named Insured at the mailing address shown in the policy and to the producer of record, advance written notice of cancellation, stating the reason for cancellation, at least:

**a.** 10 days before the effective date of cancellation if we cancel for:

**(1)** Nonpayment of premium; or

**(2)** Discovery of fraud by:

**(a)** Any insured or his or her representative in obtaining this insurance; or

**(b)** You or your representative in pursuing a claim under this policy.

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3. All Policies In Effect For More Than 60 Days**

**a.** If this policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this policy only upon the occurrence, after the effective date of the policy, of one or more of the following:

**(1)** Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

**(2)** Discovery of fraud or material misrepresentation by:

**(a)** Any insured or his or her representative in obtaining this insurance; or

**(b)** You or your representative in pursuing a claim under this policy.

**(3)** A judgment by a court or an administrative tribunal that you have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

**(4)** Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.

**(5)** Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

**(6)** A determination by the Commissioner of Insurance that the:

  **(a)** Loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

  **(b)** Continuation of the policy coverage would:

    **(i)** Place us in violation of California law or the laws of the state where we are domiciled; or

    **(ii)** Threaten our solvency.

**(7)** A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.

**b.** We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium or discovery of fraud; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason listed in Paragraph **3.a.**

**B.** The following provision is added to the **Cancellation** Common Policy Condition:

**7. Residential Property**

This provision applies to coverage on real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household personal property in a residential unit, if such coverage is written under one of the following:

Commercial Property Coverage Part

Farm Coverage Part – Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form

**a.** If such coverage has been in effect for 60 days or less, and is not a renewal of coverage we previously issued, we may cancel this coverage for any reason, except as provided in **b.** and **c.** below.

**b.** We may not cancel this policy solely because the first Named Insured has:

**(1)** Accepted an offer of earthquake coverage; or

**(2)** Cancelled or did not renew a policy issued by the California Earthquake Authority (CEA) that included an earthquake policy premium surcharge.

However, we shall cancel this policy if the first Named Insured has accepted a new or renewal policy issued by the CEA that includes an earthquake policy premium surcharge but fails to pay the earthquake policy premium surcharge authorized by the CEA.

**c.** We may not cancel such coverage solely because corrosive soil conditions exist on the premises. This Restriction **(c.)** applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

**(1)** Capital Assets Program Coverage Form (Output Policy);

**(2)** Commercial Property Coverage Part – Causes Of Loss – Special Form; or

**(3)** Farm Coverage Part – Causes Of Loss Form – Farm Property, Paragraph **D.** Covered Causes Of Loss – Special.

© ISO Properties, Inc., 2007

**C.** The following is added and supersedes any provisions to the contrary:

**NONRENEWAL**

**1.** Subject to the provisions of Paragraphs **C.2.** and **C.3.** below, if we elect not to renew this policy, we will mail or deliver written notice stating the reason for nonrenewal to the first Named Insured shown in the Declarations and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

We will mail or deliver our notice to the first Named Insured, and to the producer of record, at the mailing address shown in the policy.

**2. Residential Property**

This provision applies to coverage on real property used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household property contained in a residential unit, if such coverage is written under one of the following:

Capital Assets Program (Output Policy) Coverage Part

Commercial Property Coverage Part

Farm Coverage Part – Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form

**a.** We may elect not to renew such coverage for any reason, except as provided in **b., c.** and **d.** below:

**b.** We will not refuse to renew such coverage solely because the first Named Insured has accepted an offer of earthquake coverage.

However, the following applies only to insurers who are associate participating insurers as established by Cal. Ins. Code Section 10089.16. We may elect not to renew such coverage after the first Named Insured has accepted an offer of earthquake coverage, if one or more of the following reasons applies:

**(1)** The nonrenewal is based on sound underwriting principles that relate to the coverages provided by this policy and that are consistent with the approved rating plan and related documents filed with the Department of Insurance as required by existing law;

**(2)** The Commissioner of Insurance finds that the exposure to potential losses will threaten our solvency or place us in a hazardous condition. A hazardous condition includes, but is not limited to, a condition in which we make claims payments for losses resulting from an earthquake that occurred within the preceding two years and that required a reduction in policyholder surplus of at least 25% for payment of those claims; or

**(3)** We have:

**(a)** Lost or experienced a substantial reduction in the availability or scope of reinsurance coverage; or

**(b)** Experienced a substantial increase in the premium charged for reinsurance coverage of our residential property insurance policies; and

the Commissioner has approved a plan for the nonrenewals that is fair and equitable, and that is responsive to the changes in our reinsurance position.

**c.** We will not refuse to renew such coverage solely because the first Named Insured has cancelled or did not renew a policy, issued by the California Earthquake Authority that included an earthquake policy premium surcharge.

**d.** We will not refuse to renew such coverage solely because corrosive soil conditions exist on the premises. This Restriction **(d.)** applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

**(1)** Capital Assets Program Coverage Form (Output Policy);

**(2)** Commercial Property Coverage Part – Causes Of Loss – Special Form; or

**(3)** Farm Coverage Part – Causes Of Loss Form – Farm Property, Paragraph **D.** Covered Causes Of Loss – Special.

**3.** We are not required to send notice of nonrenewal in the following situations:

**a.** If the transfer or renewal of a policy, without any changes in terms, conditions, or rates, is between us and a member of our insurance group.

**b.** If the policy has been extended for 90 days or less, provided that notice has been given in accordance with Paragraph **C.1.**

**c.** If you have obtained replacement coverage, or if the first Named Insured has agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

**d.** If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

**e.** If the first Named Insured requests a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy period.

**f.** If we have made a written offer to the first Named Insured, in accordance with the timeframes shown in Paragraph **C.1.,** to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:    UDC-4265713-CGL-20
Endorsement Effective:    SEVEN SAFE SERVICES
15
September 5, 2020

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:    UDC-4265713-CGL-20
Endorsement Effective:    SEVEN SAFE SERVICES
16
September 5, 2020

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

**SCHEDULE**

| SCHEDULE – PART I |
|---|
| **Terrorism Premium (Certified Acts) $** |
| **This premium is the total Certified Acts premium** $.00 **attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):** |
| |
| **Additional information, if any, concerning the terrorism premium:** |
| |

| SCHEDULE – PART II |
|---|
| **Federal share of terrorism losses 85% year 2015; 84% year 2016; 83% year 2017; 82% year 2018; 81% year 2019 and 80% year 2020.** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part **II** of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2015

**IL 09 85 01 15**



# Notices



**Hiscox Insurance Company Inc.**

## ECONOMIC AND TRADE SANCTIONS POLICYHOLDER NOTICE

Hiscox is committed to complying with the U.S. Department of Treasury Office of Foreign Assets Control (OFAC) requirements. OFAC administers and enforces economic sanctions policy based on Presidential declarations of national emergency.  OFAC has identified and listed numerous foreign agents, front organizations, terrorists, and narcotics traffickers as Specially Designated Nationals (SDN's) and Blocked Persons.  OFAC has also identified Sanctioned Countries.  A list of Specially Designated Nationals, Blocked Persons and Sanctioned Countries may be found on the United States Treasury's web site http://www.treas.gov/offices/enforcement/ofac/.

Economic sanctions prohibit all United States citizens (including corporations and other entities) and permanent resident aliens from engaging in transactions with Specially Designated Nationals, Blocked Persons and Sanctioned Countries.  Hiscox may not accept premium from or issue a policy to insure property of or make a claim payment to a Specially Designated National or Blocked Person.  Hiscox may not engage in business transactions with a Sanctioned Country.

A Specially Designated National or Blocked Person is any person who is determined as such by the Secretary of Treasury.

A Sanctioned Country is any country that is the subject of trade or economic embargoes imposed by the laws or regulations of the United States.

In accordance with laws and regulations of the United States concerning economic and trade embargoes, this policy may be rendered void from its inception with respect to any term or condition of this policy that violates any laws or regulations of the United States concerning economic and trade embargoes including, but not limited to the following:

(1)  Any insured under this Policy, or any person or entity claiming the benefits of such insured, who is or becomes a Specially Designated National or Blocked Person or who is otherwise subject to US economic trade sanctions;

(2)  Any claim or suit that is brought in a Sanctioned Country or by a Sanctioned Country government, where any action in connection with such claim or suit is prohibited by US economic or trade sanctions;

(3)  Any claim or suit that is brought by any Specially Designated National or Blocked Person or any person or entity who is otherwise subject to US economic or trade sanctions;

(4)  Property that is located in a Sanctioned Country or that is owned by, rented to or in the care, custody or control of a Sanctioned Country government, where any activities related to such property are prohibited by US economic or trade sanctions; or

(5)  Property that is owned by, rented to or in the care, custody or control of a Specially Designated National or Blocked Person, or any person or entity who is otherwise subject to US economic or trade sanctions.

Please read your Policy carefully and discuss with your broker/agent or insurance professional.  You may also visit the US Treasury's website at http://www.treas.gov/offices/enforcement/ofac/.



**GET THE RIGHT INSURANCE, RIGHT NOW**[®]

# Application Summary



**Hiscox Insurance Company Inc.**

# Application Summary

The following outlines the details you have given us about your business. We have relied on the accuracy of this information in order to issue your policy. If any of the items below are incorrect or have changed, please call us at 888-202-3007 so that we can update your policy details.

| Your policy | |
|---|---|
| Policy number: | UDC-4265713-CGL-20 |
| Quote reference number: | 8881147 |
| Product: | Commercial General Liability |
| Business name: | SEVEN SAFE SERVICES |
| Business address: | 9547 SOPHIA AVE |
| City: | NORTH HILLS |
| State: | CA |
| Zip code: | 91343 |
| Name: | LESTER FINNELL |
| Email address: | sevensafesv@aol.com |
| Telephone number: | 818-970-7757 |
| Per occurrence limit of liability: | $ 3,000,000 |
| When would you like your policy to start? | September 5, 2020 |

| Your business | |
|---|---|
| What is your primary type of business? | Technology services |
| Your business's ownership structure (please select one). | Individual/Sole Proprietor |
| Including yourself, how many full-time, part-time, and temporary employees does your business have? (Do not include subcontractors.) | 1-4 |
| Do you currently have an insurance policy in effect for the coverage requested? | No |
| Is your business operated out of your home? | No |
| Other than the business address provided above, how many additional locations does your business own or rent? | 0 |
| Address: | Not Applicable |
| Do you or your business supply, manufacture, or distribute any tangible goods or products? Note: Brochures, documents and reports are not considered as tangible goods. | No |

# HISCOX
## encourage courage®

**Hiscox Insurance Company Inc.**

| | |
|---|---|
| Does your business perform any design, construction, installation, removal, or physical repair of any property or tangible good? | No |
| For the next 12 months, what is your estimated payroll expense for yourself, your full-time, part-time, and temporary employees? (Do not include subcontractors.) | $ 1.00 |
| Does your business use rented or non-owned vehicles (e.g. an employee's car) for business purposes? | No |

## Statements About Your Business

| | |
|---|---|
| As the individual completing this transaction, you are authorized to purchase and bind this insurance on behalf of the entity applying for coverage. | I have read and agree |
| Your business is not controlled or owned by any other firm, corporation, or entity. | I have read and agree |
| For the entire period of time that you have owned and controlled the business, you have not sold, purchased or acquired, discontinued, merged into or consolidated with another business. | I have read and agree |
| Your business has never had any commercial insurance cancelled or rescinded. | I have read and agree |

## Business Activities

| | |
|---|---|
| Your Business does not conduct any of the following activities:<br>● Automotive repair or sales<br>● Food service/restaurant operations<br>● Medical services<br>● Retail operations<br>Note: This does not include the activities of your clients in any of these industries | I have read and agree |

## Claims and Loss History

| | |
|---|---|
| Based upon your knowledge and the knowledge of your business's current and past partners, officers, directors and employees, during the last five years a third party has never made a claim against your business and you do not know of any reason why someone may make a claim. | I have read and agree |



**Hiscox Insurance Company Inc.**

## General Liability

The limits of liability represent the total amount available to pay judgments and settlements for any claims. We are not liable for any amounts that exceed these limits.

If coverage is provided, it shall apply only to occurrences that take place during the policy period.

Judgments, settlements and claims expenses incurred are subject to a deductible amount. The deductible is the amount you must pay before we will make any payments under the policy. Some coverage may not be subject to a deductible, in which case you are not required to make payments before any payments are made under the policy. Please consult the policy language for details.

If you have knowledge of any circumstance that may lead to a loss or a claim being made against you, coverage will be excluded if such loss occurs or claim is made.

Occurrences that took place prior to the inception of the policy are excluded.

## Other information

**Fraud Warning**
For your protection California law requires the following to appear on this form: Any person who knowingly presents false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

| | |
|---|---|
| **Optional Terrorism coverage**<br>You have elected to purchase optional terrorism coverage. | Yes |
| **Optional Waiver of Subrogation**<br>You have declined to purchase a Waiver of Subrogation. | Yes |
| **Optional Primary and Noncontributory endorsement**<br>You have declined to purchase an optional Primary and Noncontributory endorsement. | Yes |
| You have confirmed that you agree with the General Statements provided. | Yes |
| **Optional Non-Owned Auto Liability coverage**<br>You have declined to purchase Non-Owned Auto Liability coverage. | Yes |
| I agree to accept delivery of the insurance policy and related documents via email to the address provided to Hiscox and agree to consent in electronic transactions. | Yes |
| I have read the information above and confirm it is all correct. I understand that by checking this box I am agreeing to enter into a binding agreement with Hiscox Insurance. | Yes |
| **Optional Business Personal Property Coverage**<br>You have declined to purchase optional business personal property and equipment coverage: | Yes |

© Hiscox Inc. 2010

EXHIBIT 3



HISCOX
encourage courage®

# A Guide To Your Professional Liability Policy

The following is a guide to your Professional Liability policy. We have identified several key coverage items along with the limits and deductibles you have selected. To make it easier, we have also added a brief explanation of those items.

We want you to feel confident about your new policy. If any of the information below is incorrect or if you have any questions, please contact one of our advisors at 888-202-3007 (Mon-Fri, 8am-10pm EST) or manage your policy at: www.hiscox.com/manage-your-policy.

## Your business details

| | |
|---|---|
| **Name:** | LESTER FINNELL |
| **Business name:** | SEVEN SAFE SERVICES |
| **Address:** | 9547 SOPHIA AVE |
| **City:** | NORTH HILLS |
| **State:** | CA |
| **Zip code:** | 91343 |
| **Occupation:** | Technology services |
| **Telephone number:** | 818-970-7757 |
| **Email address:** | sevensafesv@aol.com |

## Your Professional Liability Policy

| | |
|---|---|
| **Policy number:** | UDC-4265713-EO-19 |
| **Policy effective dates:** <br> This determines the time period during which your coverage applies. | From:   September 5, 2019 <br> To:       September 5, 2020 |
| **Total cost of policy:** | $ 667.00 |

## Your limits explained

| | |
|---|---|
| **Each claim limit** <br> The total amount we will pay for damages, claim expenses (e.g. defense costs), and supplemental payments for each claim. | $ 1,000,000 |
| **Aggregate limit** <br> The total amount we will pay for damages, claim expenses (e.g. defense costs), and supplemental payments during the policy period. | $ 1,000,000 |
| **Supplemental payments** <br> The total amount we will pay for expenses your business reasonably incurs as a result of attending an arbitration proceeding or trial in the defense of a covered claim. | Maximum of $250.00 per day, $5,000 in total for your policy |

© Hiscox Inc. 2010

| | |
|---|---|
| **Software copyright infringement**<br>This coverage is specifically added for IT consultants and technology service providers. This is the most we will pay for damages and claim expenses alleging the infringement of any copyright of software code. | $ 200,000 |
| **Deductible**<br>The amount your business must pay (per claim) before we will make any payment under the policy. This does not apply to supplemental payments. | $ 500 |
| **Retroactive Date**<br>This establishes how far back we will cover services you have performed (even if that date is before you were insured with Hiscox) for any unknown claims that may be made against you during the policy period. | September 1, 2019 |

## Other policy information

**14 Day full refund**
Be confident that you have made the right choice. We give you 14 days to review your policy. If you are not satisfied and have not had any claims or losses, you can cancel your policy back to its start date and receive a full refund.

**Notice of claim**
If you have a claim, please call us at 866-424-8508. You may also e-mail us at reportaclaim@hiscox.com

**What does my Professional Liability Policy cover?**
For a summary showing examples of what you are and are not covered for, please read the Coverage Summary document.

This guide does not modify the terms and conditions of your policy, which are contained in your policy documents, nor does it imply any claim is covered or not covered. We recommend that you read your policy documents to learn the details of your coverage.

© Hiscox Inc. 2010



**Reinventing Small Business Insurance™**

# Professional Liability Insurance
# A Coverage Summary for Technology Services

We want you to understand the Hiscox Professional Liability coverage. This summary explains the main areas of coverage and those for which your business is and isn't covered.

If you have any questions about your coverage, please contact one of our advisors at 888-202-3007 (Mon-Fri, 8am-10pm EST) or manage your policy at: www.hiscox.com/manage-your-policy.

## ☑ This policy does cover

**Negligence**
We cover any alleged mistakes in your provision of professional services. This includes failing in your 'duty of care', giving incorrect advice, making an omission (leaving something out), or failing to deliver your services.

**Defense costs**
If you're sued, even if you haven't made a mistake, we will appoint an attorney to defend you, even if the lawsuit is groundless.

**Software copyright infringement**
Specifically added for most technology service providers, we offer $200,000 of coverage for software copyright infringement that results from your professional services.

**Services performed in the past**
We cover the services you have performed going back to an agreed – upon date – even if that date is before you were insured with Hiscox – for any unknown claims that may be made against you and reported to us during the policy period. This date, the retroactive date, is printed on the Declarations Page of your policy.

**Worldwide insurance coverage**
We cover claims arising from work done anywhere in the world as long as the claim is filed in the United States, its territories, or Canada.

**Employees, temporary staff, and independent contractors**
We cover claims arising from services performed by your employees, temporary staff, or independent contractors if those services were performed on behalf of your business.

**Claims and damages**
We cover claims for damages, including up to $250,000 of punitive damages where allowed by law.

**Personal injury**
We cover claims of libel and slander as part of your professional services.

**Supplemental payments**
We will pay for expenses you reasonably incur as a result of attending arbitration proceedings or trials in the defense of a covered claim. We will pay up to $5,000.

## ☒ Your policy does not cover

**Bodily injury or property damage**
We won't cover damages or claims expenses if you injure someone or damage someone's property. Coverage for these types of risks is included in our General Liability or Business Owners Policy.

**Employment matters**
We won't cover you for claims alleging improper employment practices, workers' compensation claims, or employer's liability.

**Known claims and circumstances**
We won't cover any known circumstance that could result in a claim or any actual claim originating prior to the start of your first Hiscox policy.

**False advertising**
We won't cover you for any false advertising claims.

**Personally identifiable information**
We won't cover your failure to protect any personally identifiable information that is in your care.

**Other services**
We won't cover any medical, nursing, insurance broker/agent, legal, actuarial, architectural, or engineering services you perform. Development of any trading platform (e.g., stocks) is excluded. We don't cover any services you perform that are not specified in your policy.

**Regulatory claims**
We won't cover any claims that are brought by any governmental body or licensing organization, unless it is one of your clients and makes a claim against you in that capacity.

**Your costs and excluded damages**
We won't cover fines, penalties, and taxes that are levied against you. Hiscox also won't cover the cost of complying with nonmonetary relief, any cost overruns, or reduction of your fees.

**Intellectual property**
Apart from software copy infringement, we won't cover any other infringement of a copyright, trademark, patent, or theft of trade secrets.

### Common claims examples

**Software copyright infringement** — While developing a website for a client, you accidentally use some code which is copyrighted by another business. Through the provision of your services, you have infringed upon the rights of the other business. If that business decides to sue you, we will appoint an attorney to defend you, even if the lawsuit is groundless.

**Protection even if you haven't made a mistake** — Even though it's not your fault, your client has a different interpretation about the scope of the new invoicing system you are building for them and alleges that the system does not have the functionality it requires. They allege negligence and sue you for failing to deliver a working piece of software. We will appoint an attorney to defend you and pay any damages for which you are liable up to the policy limits.

Coverage summaries, descriptions, and claims examples are provided for illustrative purposes only and are subject to the applicable policy limits, deductibles, exclusions, terms, and conditions. Not all insurance products and services are available in all states. Hiscox recommends you read the policy documents to learn the full details of coverage.

Underwritten by Hiscox Insurance Company Inc., 104 South Michigan Avenue, Suite 600, Chicago, IL 60603, as administered by Hiscox Inc., a licensed insurance provider in all states and DC.



Hiscox Insurance Company Inc.

**GET THE RIGHT INSURANCE, RIGHT NOW®**

# Your Insurance documents

Enclosed you will find the policy documents that make up your insurance contract with us.

Please read through all of these documents. If you have any questions or need to update any of your information please call us at 888-202-3007 (Mon-Fri, 8am-10pm EST).

## Your insurance documents

**Declarations Page**
This contains specific policy information, such as the limits and deductibles you have selected.

**Policy Wording**
This details the terms and conditions of your coverage, subject to policy endorsements.

**Endorsements**
These documents modify the Policy Wording or Declarations Page. These include relevant terms and conditions as required by your state and are part of your policy.

**Notices**
These documents provide information that may affect your coverage such as optional terrorism coverage (if purchased) and other important items required by your state.

**Application Summary**
This is a summary of the information that you provided to us as part of your application. Please review this document and let us know if any of the information is incorrect.

## Reporting a claim

Please inform us immediately if you have a claim or loss to report. Please have your policy number available so we can handle your call quickly.

**Email:** reportaclaim@hiscox.com

**Phone:** 866-424-8508

**Mail:**    Attn: Direct Claims
Hiscox
520 Madison Avenue - 32nd Floor
New York, NY, 10022



**GET THE RIGHT INSURANCE, RIGHT NOW**®

# Declarations Page

# HISCOX
## encourage courage®

**HISCOX INSURANCE COMPANY INC. (A Stock Company)**
104 South Michigan Avenue, Suite 600, Chicago, Illinois 60603

# Professional Liability Insurance Declarations

**This is a "Claims Made and Reported" Policy in which Claim Expenses are included within the Limit of Liability unless otherwise noted. Those words (other than the words in the captions) which are printed in Boldface are defined in the Policy.**

|  |  |  |
|---|---|---|
| | Policy No.: | UDC-4265713-EO-19 |
| 1. | Named Insured: | SEVEN SAFE SERVICES |
| 2. | Address: | 9547 SOPHIA AVE<br>NORTH HILLS, CA 91343 |
| 3.A. | Limit of Liability: | $ 1,000,000     Each Claim |
| 3.B. | | $ 1,000,000     Aggregate for all Claims |
| 4. | Deductible: | $ 500     Each Claim |
| 5. | Notice: | Phone:   866-424-8508<br>Email:   reportaclaim@hiscox.com<br>Mail:   Hiscox<br>   520 Madison Avenue-32nd Floor<br>   Attn: Direct Claims<br>   New York, NY, 10022 |
| 6. | Policy period: | From:   September 5, 2019   To:   September 5, 2020 |

At 12:01 A.M. (Standard Time) at the address shown above.

|  |  |  |
|---|---|---|
| 7. | Retroactive Date: | September 1, 2019 |
| 8. | Premium: | $ 667.00 |
| 9. | Attachments: | |

---

DPL D001 CW (01/10) - Professional Liability Errors & Omissions Insurance Declarations

DPL P001 CW (05/13) - Professional Liability Coverage Form

DPL E5036 CW (08/15) - Technology Services/IT Consulting Services Endorsement (Software Copyright Infringement)

DPL E5102 CA (01/10) - California Amendatory Endorsement

DPL E5424 CW (02/15) - Blanket Additional Insured Endorsement (PL)

INT N001 CW (01/09) - Economic And Trade Sanctions Policyholder Notice

---

# HISCOX
## encourage courage®

**HISCOX INSURANCE COMPANY INC. (A Stock Company)**
104 South Michigan Avenue, Suite 600, Chicago, Illinois 60603

IN WITNESS WHEREOF, the Insurer indicated above has caused this Policy to be signed by its President and Secretary, but this Policy shall not be effective unless also signed by the Insurer's duly authorized representative.

President

Secretary

Authorized Representative



**GET THE RIGHT INSURANCE, RIGHT NOW**®

# Policy Wording



# PROFESSIONAL LIABILITY – US DIRECT ERRORS AND OMISSIONS INSURANCE

© Hiscox Inc. All rights reserved.

DPL P001 CW (05/13)



**PROFESSIONAL LIABILITY – US DIRECT ERRORS AND OMISSIONS**

**ABOUT THIS POLICY**

The Hiscox Professional Liability – US Direct policy is designed to offer coverage for the risks entities face in performing their **Professional Services**.  **We** urge **You** to read this Policy carefully so **You** understand the insurance that **You** have purchased, and the full extent of **Your** and **Our** rights and duties under this Policy. Please note that all words and phrases that appear in bold-type (except headings) have special meaning and are defined in the Definitions section of this Policy.  Coverage for all **Claims** is subject to the entire terms and conditions of the policy.

**Coverage for Claims Made Against You**

**You** have purchased insurance that provides coverage for **Claims** made against **You**. **We** will pay **Damages** on **Your** behalf for any **Claim** that falls within the Insuring Agreement and within all of the terms and conditions outlined in the policy.  Covered **Claims** are for **Your Wrongful Acts** in providing or failing to provide **Professional Services**.  To determine who is an **Insured** please refer to the Definitions and Spousal and Domestic Partner section of the policy.  Additionally, for coverage to apply, **You** must comply with all **Your** obligations as outlined in the Notice of Claims, Notice of Potential Claims, and the rest of the policy**.**  The most **We** will pay is outlined in the Limits of Liability Section and items **We** will not pay are outlined in the Exclusions section.  **You** are responsible for payments as outlined in the Deductible section.

© Hiscox Inc. All rights reserved.



In consideration of the premium charged and in reliance on the statements made and information provided to **Us**, including but not limited to the statements made and information provided in and with the **Application**, which is made a part of this Policy, as well as subject to the Limits of Liability, the Deductible and all of the terms, conditions, limitations and exclusions of this Policy, **We** and **You** agree as follows:



**I.    INSURING AGREEMENT, DEFENSE AND SETTLEMENT**

### A.   INSURING AGREEMENT

**We** shall pay on **Your** behalf **Damages** and **Claim Expenses** in excess of the Deductible resulting from any covered **Claim** that is first made against **You** during the **Policy Period** and reported to **Us** pursuant to the terms of the Policy for **Wrongful Acts** committed on or after the **Retroactive Date**.

**We** shall also pay on **Your** behalf all **Supplemental Payments** in connection with any covered **Claim** that is first made against **You** during the **Policy Period** and reported to **Us** pursuant to the terms of the Policy for **Wrongful Acts** committed on or after the **Retroactive Date**.  No Deductible shall apply to **Supplemental Payments**.

### B.   DEFENSE

1.  **We** shall have the right and the duty to defend any covered **Claim**, even if such **Claim** is groundless, false or fraudulent.

2.  **We** shall have the right to appoint defense counsel upon being notified of such **Claim**.

3.  Notwithstanding paragraph 2., **We** shall have no obligation to pay **Claim Expenses** until **You** have satisfied the applicable Deductible.

4.  **Our** duty to defend shall terminate upon the exhaustion of the Limit of Liability as set forth in Item 3. of the Declarations.

### C.   SETTLEMENT

1.  **We** shall have the right to solicit and negotiate settlement of any **Claim**.

2.  **We** shall not, however, enter into a settlement without **Your** prior consent, which consent shall not be unreasonably withheld.

3.  If **You** shall refuse to consent to any settlement recommended by **Us**, **Our** liability for such **Claim** shall not exceed the amount for which such **Claim** could have been settled plus **Claim Expenses** incurred up to the date of such refusal.

---

3

© Hiscox Inc. All rights reserved.

**HISCOX**

| **II.  NOTICE OF CLAIMS AND NOTICE OF POTENTIAL CLAIMS** |

### A. NOTICE OF CLAIMS

1. As a condition precedent to any coverage under this Policy, **You** shall give written notice to **Us** of any **Claim** as soon as practicable, but in all events no later than:

   a. the end of the **Policy Period** (or any purchased **Optional Extended Reporting Period**); or

   b. 60 days after the end of the **Policy Period** (or any purchased **Optional Extended Reporting Period**) so long as such **Claim** is made within the last 60 days of such **Policy Period** (or any purchased **Optional Extended Reporting Period**).

2. Such notice shall be sent to **Us** at the address set forth in Item 5. of the Declarations.

3. Such notice shall include any and all documents related to such **Claim**, including every demand, notice, summons or other applicable information received by **You** or by **Your** representative.

### B. NOTICE OF POTENTIAL CLAIMS

If **You** first become aware during the **Policy Period** of any **Wrongful Act** that might be reasonably likely give rise to a covered **Claim**, **You** may give written notice to **Us** of such potential **Claim** during the **Policy Period**.  Such notice must include to the fullest extent possible:

1. the identity of the potential claimant;
2. the identity of the person(s) who allegedly committed the **Wrongful Act**;
3. the date of the alleged **Wrongful Act**;
4. specific details of the alleged **Wrongful Act**; and
5. any written notice from the potential claimant describing the **Wrongful Act**.

If such notice is accepted as a "potential **Claim**," then any actual **Claim** that is subsequently made shall be deemed to have been first made on the date such "potential **Claim**" was first reported to **Us**.

Provided, however, **You** may not report "potential **Claims**" during any purchased **Optional Extended Reporting Period**.

### C. OPTIONAL EXTENDED REPORTING PERIOD

1. If **We** or the **Named Insured** cancel or non-renew this Policy (as described by Endorsement hereto), then the **Named Insured** shall have the right to purchase for an additional premium an **Optional Extended Reporting Period**.  Provided,

4

© Hiscox Inc. All rights reserved.



however, the right to purchase an **Optional Extended Reporting Period** shall not apply if:

    a.  this Policy is canceled by **Us** for nonpayment of premium (as described by Endorsement hereto); or

    b.  the total premium for this Policy has not been fully paid.

2.  The **Optional Extended Reporting Period** will apply only to **Claims** that:

    a.  are first made against **You** and reported to **Us** during such **Optional Extended Reporting Period**; and

    b.  are for **Wrongful Acts** committed on or after the **Retroactive Date** but prior to the effective date of cancellation or non-renewal (as described by Endorsement hereto).

3.  The additional premium for such **Optional Extended Reporting Period** shall not exceed 200% of the annualized expiring premium for an **Optional Extended Reporting Period** of 3 years.

The additional premium for such **Optional Extended Reporting Period** shall be fully earned at the inception of such **Optional Extended Reporting Period**.

4.  Notice of election and full payment of the additional premium for the **Optional Extended Reporting Period** must be received within 30 days after the effective date of cancellation or non-renewal (as described by Endorsement hereto). In the event the additional premium is not received within the 30 days, any right to purchase the **Optional Extended Reporting Period** shall lapse and no further **Optional Extended Reporting Period** shall be offered.

The Limits of Liability applicable during any purchased **Optional Extended Reporting Period** shall be the remaining available Limits of Liability under this canceled or non-renewed Policy (as described by Endorsement hereto). There shall be no separate or additional Limit of Liability available for any purchased **Optional Extended Reporting Period** and the purchase of any **Optional Extended Reporting Period** shall in no way increase the Limit of Liability set forth in Item 3. of the Declarations.

## III. EXCLUSIONS

This Policy does not apply to and **We** shall have no obligation to pay any **Damages**, **Claim Expenses** or **Supplemental Payments** for any **Claim**:

A.  based upon or arising out of any actual or alleged fraud, dishonesty, criminal conduct, or any knowingly wrongful, malicious, or intentional acts or omissions; provided, however, that:

    1.  **We** will pay **Claim Expenses** until there is a final adjudication establishing such conduct, at which time **You** shall reimburse **Us** for such **Claim Expenses**; and

    2.  this exclusion shall not apply to otherwise covered intentional acts or omissions resulting in a **Personal Injury**.

5

© Hiscox Inc. All rights reserved.

**HISCOX**

B. based upon or arising out of any actual or alleged gaining of any profit or advantage to which **You** were not legally entitled.

C. based upon or arising out of any actual or alleged wrongful termination, retaliation or discrimination against or harassment of any past, present, future or potential **Employee**, including but not limited to any violations of federal, state or local statutory or common law.

D. based upon or arising out of any actual or alleged **Wrongful Act** that:

1. was committed prior to the **Retroactive Date**;
2. has been the subject of any notice given under any other policy of which this Policy is a renewal or replacement; or
3. **You** had knowledge of prior to the **Policy Period** and had a reasonable basis to believe that such **Wrongful Act** could give rise to a **Claim**; provided, however, that if this Policy is a renewal or replacement of a previous policy issued by **Us** providing materially identical coverage, the **Policy Period** referred to in this paragraph will be deemed to refer to the inception date of the first such policy issued by **Us**.

E. brought by or on behalf of any federal, state or local government agency or professional or trade licensing organization; provided, however, this exclusion shall not apply to claims brought in their capacity as a client receiving **Your Professional Services**.

F. brought by or on behalf of one **Insured** against another **Insured**.

G. brought by or on behalf of any person or entity maintaining **Effective Control** of **You**.

H. based upon or arising out of any actual or alleged violation of the following laws, including any similar provisions of any federal, state or local statutory or common law:

1. the Securities Act of 1933 (as amended);
2. the Securities Exchange Act of 1934 (as amended);
3. any state blue sky or securities laws (as amended);
4. the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 et seq. (as amended);
5. the Employee Retirement Income Security Act of 1974 (as amended);

including any rules or regulations promulgated thereunder.

I. based upon or arising out of any actual or alleged obligation under any Workers' Compensation, Unemployment Compensation, Employers Liability or Disability Benefit Law, including any similar provisions of any federal, state or local statutory or common law.

J. based upon or arising out of any actual or alleged liability of others that **You** assume under any contract or agreement unless such liability would have attached in the absence of such contract or agreement.

DPL P001 CW (05/13)

© Hiscox Inc. All rights reserved.



<div style="text-align:right">**PROFESSIONAL LIABILITY – US DIRECT ERRORS AND OMISSIONS**</div>

K. based upon or arising out of any actual or alleged **Bodily Injury** or **Property Damage**.

L. based upon or arising out of any actual, alleged or threatened discharge, dispersal, release or escape of **Pollutants**, including any direction or request to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize **Pollutants**.

M. based upon or arising out of any actual or alleged infringement of any copyright, trademark, trade dress, trade name, service mark, service name, title, slogan or patent or theft of trade secret.

N. based upon or arising out of any actual or alleged false or deceptive advertising of **Your** goods or services or misrepresentation in advertising of **Your** goods or services, including but not limited to any wrongful description of prices of **Your** goods or services or the quality or performance of **Your** goods or services.

O. based upon or arising out of any actual or alleged breach of contract or breach of any implied or express warranty or guarantee; provided, however, this Exclusion shall not apply to:

    1. any obligation you have to perform your **Professional Services** with reasonable skill or care; or
    2. any liability **You** would have had in absence of such contract, warranty or guarantee.

P. based upon or arising out of any actual or alleged violation of any federal, state or local statutes, ordinances or regulations regarding or relating to unsolicited telemarketing, solicitations, emails, faxes or any other communications of any type or nature, including but not limited to any "anti-spam" and "do-not-call" statutes, ordinances, or regulations.

Q. based upon or arising out of any actual or alleged failure to procure or maintain adequate insurance or bonds.

R. based upon or arising out of any actual or alleged failure to protect any non-public, personally identifiable information in **Your** care, custody or control.

S. based upon or arising out of any actual or alleged actuarial services, medical or nursing services, insurance agent/broker services, legal services or services as an architect or engineer.

## IV.  LIMITS OF LIABILITY, DEDUCTIBLE AND RELATED CLAIMS

A. **LIMIT OF LIABILITY**

---

© Hiscox Inc. All rights reserved.

**HISCOX**

**PROFESSIONAL LIABILITY – US DIRECT ERRORS AND OMISSIONS**

Regardless of the number of **Claims** made during the **Policy Period** (or applicable **Extended Reporting Period**), the maximum that **We** shall be liable to pay for all covered **Damages**, **Claim Expenses** and **Supplemental Payments** shall be as follows:

1.  The amount set forth in Item 3.A. of the Declarations as "Each **Claim**" shall be the maximum amount for each covered **Claim**.

2.  The amount set forth in Item 3.B. of the Declarations as "Aggregate for all **Claims**" is the maximum amount for all **Claims** combined.

3.  Notwithstanding 1. and 2. above, **Our** liability for **Supplemental Payments** shall not exceed $250 per day for each **Insured** up to $5,000 per **Claim**, which amounts shall reduce the amounts described in 1. and 2. above.

B.  **DEDUCTIBLE**

1.  **We** shall not be responsible for payment of **Damages** or **Claims Expenses** until the Deductible amount has been satisfied.

2.  **We** may at **Our** discretion advance payment of **Damages** or **Claims Expenses** within the Deductible amount on **Your** behalf, but **You** shall reimburse **Us** for any such amounts as soon as **We** request such reimbursement.

3.  No Deductible amount shall apply to **Supplemental Payments**.

C.  **RELATED CLAIMS**

For purposes of the applicable Deductible and Limit of Liability, all **Claims** based upon or arising out of continuous, repeated, related or interrelated **Wrongful Acts** shall be considered a single **Claim** first made against **You** in the **Policy Period** the first such **Claim** was made.



**V. OTHER MATTERS AFFECTING COVERAGE**

A.  **ESTATES, HEIRS, LEGAL REPRESENTATIVES, SPOUSES & DOMESTIC PARTNERS**

This Policy shall apply to **Claims** brought against:

1.  the heirs, executors, administrators, trustees in bankruptcy, assignees and legal representatives of any **Insured** in the event of such **Insured's** death or disability; or
2.  the legal spouse or legal domestic partner of any **Insured**;

but only:

1.  for the **Wrongful Acts** of such **Insured**; or

---

DPL P001 CW (05/13)

© Hiscox Inc. All rights reserved.



2.  in connection with their ownership interest in property which the claimant seeks as recovery for actual or alleged **Wrongful Acts** of such **Insured**.

B.  **INSURED DUTY TO COOPERATE**

**You** shall have the duty to cooperate with **Us** in the defense, investigation and settlement of any **Claim**, including but not limited to:

1.  upon request, submit to examination and interrogation under oath by **Our** representative;
2.  attend hearings, depositions and trials as requested by **Us**;
3.  assist in securing and giving evidence and obtaining the attendance of witnesses;
4.  provide written statements to **Our** representative and meet with such representative for the purpose of investigation and/or defense; and
5.  provide all documents **We** may reasonably require.

C.  **INSURED OBLIGATION NOT TO INCUR EXPENSE OR ADMIT LIABILITY**

**You** shall not, except at **Your** own cost, make any payment, incur any expense, admit any liability, settle any **Claim** or assume any obligation without **Our** prior consent.

D.  **ACTION AGAINST THE INSURER**

No action shall be taken against **Us** unless:

1.  **You** have complied fully with all the terms and conditions of this Policy; and
2.  the amount of **Your** obligation to pay shall have been finally determined either by judgment against **You** after actual trial, or by written agreement between **You**, **Us** and the claimant.

No person or organization shall have any right under this Policy to join **Us** as a party to any **Claim** against **You** nor shall **We** be impleaded by **You** or **Your** legal representatives in any such **Claim**.

E.  **OTHER INSURANCE**

This Policy shall be excess insurance over any other valid and collectable insurance available to **You**, whether such other insurance is stated to be primary, contributory, excess, contingent or otherwise, unless such other insurance is written only as a specific excess insurance over the Limit of Liability provided in this Policy.

F.  **SUBROGATION**

1.  In the event of any payment by **Us** under this Policy, **We** shall be subrogated to all of **Your** rights of recovery to such payment.

2.  **You** shall do everything that may be necessary to secure and preserve such subrogation rights, including but not limited to the execution of any documents necessary to allow **Us** to bring suit in **Your** name.

---

DPL P001 CW (05/13)

9

© Hiscox Inc. All rights reserved.



3.  **You** shall do nothing to prejudice such subrogation rights without first obtaining **Our** written consent.

4.  Any recovery shall first be paid to **Us** up to the amount of any **Damages**, **Claim Expenses** or **Supplemental Payments** that **We** have paid.  Any remaining amounts shall be paid to **You**.

5.  Notwithstanding the above, no subrogation shall be had against any **Insured**.

G.  **ALTERATION AND ASSIGNMENT**

No change in, modification of or assignment of interest under this Policy shall be effective unless made by written endorsement to this Policy signed by **Our** authorized representative.

H.  **REPRESENTATIONS**

As a condition precedent of **Our** obligations under this Policy, **You** represent that:

1.  the statements and representations made by **You** in the **Application** are true and are the basis of the Policy and are to be considered as incorporated into and constituting a part of this Policy;

2.  the statements and representations made by **You** in the **Application** shall be deemed material to the acceptance of the risk assumed by **Us** under the Policy;

3.  this Policy is issued in reliance upon the truth of the statements and representations made by **You** in the **Application**; and

4.  in the event the **Application** contains misrepresentations which materially affect the acceptance of the risk assumed by **Us** under this Policy, this Policy shall be *void ab initio*.

I.  **BANKRUPTCY OR INSOLVENCY**

**Your** bankruptcy or insolvency shall not relieve **Us** of any of **Our** obligations under this Policy.

J.  **TERRITORY**

This Policy shall apply to **Wrongful Acts** committed anywhere in the world, provided that any action, arbitration, or other proceeding for, in relation to, or arising from the **Claim** is brought within the United States, its territories or possessions, or Canada.

K.  **FALSE OR FRAUDULENT CLAIMS**

If any **Insured** shall commit fraud in proffering any **Claim** or regarding the amount or otherwise, this Insurance shall become void as to such **Insured** from the date such fraudulent claim is proffered.

L.  **NAMED INSURED RESPONSIBILITIES**

10

© Hiscox Inc. All rights reserved.



It shall be the responsibility of the **Named Insured** to act on behalf of all other **Insureds** with respect to the following:

1. giving and receiving notice of cancellation and/or non-renewal (as described by Endorsement hereto);
2. payment of premium
3. receipt of return premiums;
4. acceptance of changes to this Policy; and
5. payment of Deductibles.

M.  **EXAMINATION OF YOUR BOOKS AND RECORDS**

**We** may examine and audit **Your** books and records as they related to this Policy at any time during the **Policy Period** (or any purchased **Optional Extended Reporting Period**) or up to three years after the end of the **Policy Period** (or any purchased **Optional Extended Reporting Period**).

N.  **TITLES**

Titles of sections of and endorsements to this Policy are inserted solely for convenience of reference and shall not be deemed to limit, expand or otherwise affect the provisions to which they relate.

## VI.  DEFINITIONS

A.  **Application** means the signed application for the Policy, whether submitted on-line, over the phone or on paper, including any attachments and other materials or statements submitted in conjunction therewith. If this Policy is a renewal or replacement of a previous policy or policies issued by **Us**, **Application** shall also include all signed applications and other materials that were submitted therewith and attached thereto.

B.  **Bodily Injury** means physical injury to or sickness, disease or death of a person, or mental injury, mental anguish, emotional distress, pain or suffering, or shock sustained by a person.

C.  **Claim** means any written demand for **Damages** or for non-monetary relief.

D.  **Claim Expenses** means the following that are incurred by **Us** or by **You** with **Our** prior written consent:

1. all reasonable and necessary fees, costs and expenses (including the fees of attorneys and experts) incurred in the investigation, defense and appeal of a **Claim**; and
2. premiums on appeal bonds, attachment bonds or similar bond.  Provided, however, **We** shall have no obligation to apply for or furnish any such bonds.

**Claim Expenses** shall not mean and **We** shall not be obligated to pay:

1. salaries, wages or expenses other than **Supplemental Payments**; or

---

© Hiscox Inc. All rights reserved.



<div style="border:1px solid #999;padding:8px;color:#999;font-weight:bold;">PROFESSIONAL LIABILITY – US DIRECT ERRORS AND OMISSIONS</div>

2.  the defense of any criminal investigation, criminal grand jury proceeding, or criminal action.

E.  **Damages** means a monetary judgment or monetary award that **You** are legally obligated to pay (including pre- or post-judgment interest) or a monetary settlement negotiated by **Us** with **Your** consent.

**Damages** shall not mean and **We** shall not be obligated to pay:

1.  fines, penalties, taxes, sanctions levied against **You**;
2.  any punitive or exemplary damages or that portion of any multiplied damages award which exceeds the damage award so multiplied, provided, however, that, if such damages are otherwise insurable under applicable law and regulation, **We** will pay an award of punitive or exemplary damages in excess of the Deductible and up to a maximum sum of $250,000.  This limit shall be a part of and not in addition to the Limit of Liability set forth in Items 3. of the Declarations;
3.  the return, reduction or restitution of **Your** fees, commissions, profits, or charges for goods provided or services rendered, including any over-charges or cost over-runs;
4.  liquidated damages; or
5.  **Your** cost of complying with injunctive relief.

F.  **Effective Control** means:

1.  ownership of more than 50% of the issued and outstanding voting securities; or
2.  having the right pursuant to written contract, by-laws, charter, operating agreement or similar documents to elect, appoint or designate a majority of the board of directors, management committee members of a partnership or the members of the management board of a limited liability company (or equivalent management structure).

G.  **Employee** means any past, present or future:

1.  employee (including any part-time, seasonal or temporary employee or any volunteer);
2.  partner, director, officer, member or board member (or equivalent position);
3.  independent contractor; or
4.  leased worker;

of an **Organization**, but only in their performance of **Professional Services** on behalf of or at the direction of such **Organization**.

H.  **Insured** means **You** or **Your**.

I.  **Named Insured** means the individual, corporation, partnership, limited liability company, limited partnership, or other entity set forth in Item 1 of the Declarations.

J.  **Optional Extended Reporting Period** means any applicable **Optional Extended Reporting Period** contemplated by the **OPTIONAL EXTENDED REPORTING PERIOD** Clause.

---

© Hiscox Inc. All rights reserved.



**PROFESSIONAL LIABILITY – US DIRECT ERRORS AND OMISSIONS**

K.  **Organization** means the **Named Insured** and any **Subsidiary**.

L.  **Personal Injury** means injury, other than **Bodily Injury**, arising out of one or more of the following offenses:

1.  false arrest, detention or imprisonment;
2.  malicious prosecution;
3.  wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of premises;
4.  slander, libel, defamation or disparagement of goods, products or services; or
5.  oral or written publication of material in connection with **Your** advertising that violates a person's right of privacy.

M.  **Policy Period** means the period of time set forth in Item 6. of the Declarations.

N.  **Pollutants** means any solid, liquid, gaseous, biological, radiological or thermal irritant or contaminant, including smoke, vapor, dust, fibers, mold, spores, fungi, germs, soot, fumes, acids, alkalis, chemicals and Waste.  "Waste" includes, but is not limited to, materials to be recycled, reconditioned or reclaimed and nuclear materials.

O.  **Professional Services** means only those services specified in Endorsement to this Policy as performed by or on behalf of an **Organization** for others for a fee or other compensation.

P.  **Property Damage** means physical loss of or physical damage to or destruction of any tangible property, including the loss of use thereof.  For purposes of this definition, "tangible property" shall not include electronic data.

Q.  **Retroactive Date** means the date set forth in Item 7. of the Declarations.

R.  **Subsidiary** means:

1.  any entity of which the **Named Insured** has **Effective Control** ("**Controlled Entity**") on or before the **Policy Period**, either directly or indirectly through one or more **Controlled Entities**;

2.  any entity of which the **Named Insured** forms or acquires **Effective Control** during the **Policy Period**, either directly or indirectly through one or more **Controlled Entities**, but only for the first 90 days after such formation or acquisition (or until the end of the **Policy Period**, whichever is earlier). Provided, however, with respect to a **Subsidiary** described in paragraph 2. of this definition, **We** shall only cover **Claims** alleging **Wrongful Acts** committed while the **Named Insured** had **Effective Control** of such **Subsidiary**, either directly or indirectly through one or more **Controlled Entities**.

An entity ceases to be a **Subsidiary** once the **Named Insured** no longer has **Effective Control** of such entity, either directly or indirectly through one or more **Controlled Entities**, and this Policy will not respond to **Claims** made against such entity thereafter.

DPL P001 CW (05/13)
© Hiscox Inc. All rights reserved.



S.  **Supplemental Payments** means the reasonable expenses incurred by **You**, including loss of wages, if **You** are required by **Us** to attend arbitration proceedings or trial in the defense of a covered **Claim**.

T.  **We**, **Us**, **Our** or **Insurer** means the insurance company set forth in the Declarations.

U.  **Wrongful Act** means any actual or alleged breach of duty, negligent act, error, omission or **Personal Injury** committed by **You** in the performance of **Your Professional Services**.

V.  **You** or **Your** means any:

1.  **Organization**;
2.  **Employee**;
3.  joint venture in which an **Organization** participates pursuant to written agreement, but only for:

    a.  **Wrongful Acts** committed by such **Organization**; and
    b.  the percentage of otherwise covered **Damages** and **Claims Expenses** in proportion to such **Organization's** participation in the joint venture.

DPL P001 CW (05/13)

© Hiscox Inc. All rights reserved.



**GET THE RIGHT INSURANCE, RIGHT NOW**®

# Endorsements

**Hiscox Insurance Company Inc.**



**Endorsement 1**

NAMED INSURED: SEVEN SAFE SERVICES

**E5036.2 Technology Services/IT Consulting Services Endorsement (Software Copyright Infringement)**    Page 1 of 2

In consideration of the premium charged, it is understood and agreed that the Policy is amended as follows:

1.  In Clause VI. **DEFINITIONS**, paragraph O., **"Professional Services**," is amended to read as follows:

    O.    **Professional Services** means **Technology Services** or Information Technology (IT) consulting services performed for others for compensation.

2.  Clause VI. **DEFINITIONS** is amended to include the following at the end thereof:

    TS-A.    **Technology Services** means the following:

        1.    application service provider (ASP) services;
        2.    data processing, analysis, and database design services;
        3.    IT Project Management services;
        4.    internet service provider (ISP) services;
        5.    internet hosting services;
        6.    network security design and consulting services;
        7.    software installation, customization, and support;
        8.    software programming and development;
        9.    systems/hardware/network installation, maintenance, and support;
        10.    systems/network advice, design, and integration;
        11.    technology products training;
        12.    value-added resale of hardware; and
        13.    website design.

    TS-B.    **Software Copyright Infringement Claim** means any **Claim** alleging or arising out of any actual or alleged infringement of any copyright of source code or other software code.

    TS-C.    **Infringement Claim** means any **Claim** alleging or arising out of any actual or alleged infringement of any copyright, trademark, trade dress, trade name, service mark, service name, title, or slogan.

3.  In Clause VI **DEFINITIONS**, paragraph C., "**Claim**," is amended to include the following at the end thereof:

    **Claim** will also mean **Software Copyright Infringement Claim** and **Infringement Claim.**

4.  In Clause III. **EXCLUSIONS**, exclusion M. is deleted in its entirety and replaced with the following:

    M.    based upon or arising out of any actual or alleged infringement of any copyright, trademark, trade dress, trade name, service mark, service name, title, slogan, or patent, or theft of trade secret; provided, however, this exclusion will not apply to **Software Copyright Infringement Claims** and **Infringement Claims**.

5.  Notwithstanding anything in the Policy to the contrary, all **Software Copyright Infringement Claims** and **Infringement Claims** will be subject to a combined sublimit of liability of $ 200,000, which will be part of, and not in addition to, any applicable Limit of Liability.

6.  Clause III. **EXCLUSIONS** is amended to include the following at the end thereof:

    This Policy does not apply to and We will have no obligation to pay any **Damages**, **Claim Expenses**, or **Supplemental Payments** for any **Claim:**

**Hiscox Insurance Company Inc.**



<u>Endorsement 1</u>

NAMED INSURED: SEVEN SAFE SERVICES

<u>**E5036.2 Technology Services/IT Consulting Services Endorsement (Software Copyright Infringement)**</u>                    Page 2 of 2

TS-A.   based upon or arising out of any actual or alleged price discounts, prizes, awards, money, or valuable consideration given in excess of a total contracted or expected amount.

TS-B.   based upon or arising out of any actual or alleged manufacture or design of any hardware or components thereof; provided, however, this exclusion will not apply to **Your** value-added resale of hardware for others in the performance of **Your Technology Services**.

TS-C.   based upon or arising out of any actual or alleged manufacturing, design, or use of software designed to execute securities transactions.

TS-D.   based upon or arising out of any actual or alleged manufacturing, process control, engineering, or use of CAD or CAM software.

TS-E.   based upon or arising out of any actual or alleged website owned or operated by **You** that:

1.   is a social networking website;
2.   is an auction website;
3.   contains pornographic materials; or
4.   primarily features user-generated content.

TS-F.   for the value of any money or securities transferred to or from any entity or natural person.

TS-G.   based upon or arising out of any actual or alleged antitrust violation, price fixing, price discrimination, unfair competition, deceptive trade practices, and/or monopolies, including any proceedings or investigations related thereto, including but not limited to violations of the Sherman Antitrust Act or similar federal, state, or local statutes governing antitrust violations, price fixing, price discrimination, unfair competition, deceptive trade practices, and/or monopolies.

TS-H.   based upon or arising out of any actual or alleged misappropriation of confidential or proprietary information by **You**.

TS-I.   based upon or arising out of any **Insured's** actual or alleged solicitation, recruiting, or hiring of employees or workers from a past or current employer of the **Insured**.

All other terms and conditions remain unchanged.

Endorsement effective:  September 5, 2019                    Policy No.:  UDC-4265713-EO-19
Endorsement No:        1

By: Kevin Kerridge
(Appointed Representative)

                                                                DPL E5036 CW (08/15)

**Hiscox Insurance Company Inc.**



**Endorsement 2**

NAMED INSURED: SEVEN SAFE SERVICES

**E5102.1 California Amendatory Endorsement**                                    Page 1 of 3

This endorsement modifies insurance provided under the following:

**PROFESSIONAL LIABILITY - ERRORS AND OMISSIONS INSURANCE**

In consideration of the premium charged, it is understood and agreed that the Policy is modified as follows:

1.   Section V. **OTHER MATTERS AFFECTING COVERAGE** is amended to include the following at the end thereof:

      **CANCELLATION**

      <u>Notice of Cancellation</u>

      A.   The **Named Insured** may cancel this Policy by giving **Us** advance written notice stating when thereafter such cancellation shall be effective. If the **Named Insured** cancels this Policy, the refund may be less than pro rata. Provided, however, if this Policy shall be cancelled by the **Named Insured** within 14 days of the inception of the **Policy Period** without having submitted a **Claim, We** shall return in full any premium amount actually paid to **Us.** In such event, the effective date of cancellation shall be deemed to be the inception date of the **Policy Period**.

      B.   **Policies In Effect For 60 Days or Less**

        If this Policy has been in effect for sixty (60) days or less, and is not a renewal of a Policy **We** have previously issued, **We** may cancel this Policy by mailing or delivering to the **Named Insured** at the mailing address shown in the Declarations and to the producer of record, if any, advance written notice of cancellation stating the reason for cancellation at least :

        Ten (10) days before the effective date of cancellation if **We** cancel for:
        (a)   Non-payment of premium; or
        (b)   Discovery of fraud by:
            i.   The **Insured** or the **Insured's** representative in obtaining this insurance; or
            ii.   The **Insured** or the **Insured's** representative in pursuing a **Claim** under the Policy.
        Thirty (30) days before the effective date of cancellation if **We** cancel for any other reason.

      C.   **Policies In Effect For More Than 60 Days**

        If this Policy has been in effect for more than sixty (60) days, **We** may also cancel this Policy by mailing or delivering to the **Named Insured** at the address shown in the Declarations, the producer of record, if any, written notice, including the reason for cancellation, stating when not less than thirty (30) days thereafter (or ten (10) days thereafter when cancellation is due to non-payment of premium or discovery of fraud), the cancellation shall be effective.

        **We** may only cancel this Policy for one or more of the following reasons:

        (a)   Nonpayment of premium, including payment due on a prior policy issued by **Us** and due during the current policy term covering the same risks;

        (b)   Discovery of fraud or material misrepresentation by:

            i.   The **Insured** or the **Insured's** representative in obtaining this insurance; or

            ii.   The **Insured** or the **Insured's** representative in pursuing a **Claim** under the Policy.

**Hiscox Insurance Company Inc.**



<div align="center"><u>**Endorsement 2**</u></div>

NAMED INSURED: SEVEN SAFE SERVICES

<u>**E5102.1 California Amendatory Endorsement**</u>                                        Page 2 of 3

(c)  A judgment by a court or an administrative tribunal that the **Insured** has violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against;

(d)  Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by the **Insured** or the **Insured's** representative, which materially increase any of the risks insured against;

(e)  Failure by the **Insured** or the **Insured's** representative to implement reasonable loss control requirements, agreed to by the **Insured** as a condition of policy issuance, or which were conditions precedent to **Our** use of a particular rate or rating plan, if that failure materially increases any of the risks insured against;

(f)  A determination by the Commissioner of Insurance that the

    i.  Loss of, or changes in, **our** reinsurance covering all or part of the risk would threaten Our financial integrity or solvency; or

    ii. Continuation of the policy coverage would:

        a.  Place **Us** in violation of California law or the laws of the state where **We** are domiciled; or

        b.  Threaten **Our** solvency.

(g)  A change by the **Insured** or the **Insured's** representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, is included in the Policy.

D.  The mailing of the notice of cancellation shall be sufficient proof of notice and this Policy shall terminate at the date and hour specified in such notice. If **We** cancel this Policy, any return premium shall be calculated pro rata. Payment or tender of any unearned premium by **Us** shall not be a condition precedent to the effectiveness of the cancellation, but such payment shall be made as soon as practicable.

<u>**Nonrenewal**</u>

A.  If **We** elect not to renew this Policy, **We** will mail or deliver to the **Named Insured** written notice of nonrenewal, stating the reason for nonrenewal, not less than sixty (60) days, but not more than one hundred twenty (120) days before the end of the **Policy Period**.

    **We** will mail the notice of nonrenewal to the **Named Insured** at the last mailing address known **Us.** If the notice of nonrenewal is mailed, proof of mailing will be sufficient proof of notice.

B.  **We** are not required to send notice of nonrenewal in the following situations:

(a)  If the transfer or renewal of a policy, without any changes in terms, conditions or rates, is between **Us** and a member of **Our** insurance group.

(b)  If the policy has been extended for 90 days or less, provided that notice has been given in accordance with paragraph A above.

**Hiscox Insurance Company Inc.**



**Endorsement 2**

NAMED INSURED: SEVEN SAFE SERVICES

<u>**E5102.1 California Amendatory Endorsement**</u>                                                        Page 3 of 3

(c)   If the **Named Insured** has obtained replacement coverage, or if the **Named Insured** has agreed, in writing, within 60 days of the termination of the Policy, to obtain that coverage.

(d)   If the Policy is for a period of no more than 60 days and the **Named Insured** is notified at the time of issuance that it will not be renewed.

(e)   If the **Named Insured** requests a change in the terms or conditions or risks covered by the Policy within 60 days of the end of the **Policy Period**.

(f)    If **We** made a written offer to the **Named Insured**, in accordance with the timeframes shown in paragraph A above, to renew the Policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

2.   Section VII. **DEFINITIONS,** Paragraph E **Damages,** is modified to the extent necessary to provide the following:

Punitive and exemplary damages shall not be insurable in cases where California law governs the **Claim.**

3.   The Policy is amended by adding the following Clause at the end thereof:

<u>**Policy Conflicts**</u>

To the extent any term or condition contained in the Policy or any Endorsement attached thereto conflicts with any term or condition contained in this or any other State Amendatory Endorsement attached to the Policy, such terms and conditions most favorable to the Insured shall apply.

All other terms and conditions remain unchanged.

Endorsement effective:   September 5, 2019                          Policy No.:  UDC-4265713-EO-19
Endorsement No:           2

By: Kevin Kerridge
(Appointed Representative)

DPL E5102 CA (01/10)



**Hiscox Insurance Company**

Policy Number:        UDC-4265713-EO-19
Named Insured:        SEVEN SAFE SERVICES
Endorsement Number:   3
Endorsement Effective: September 5, 2019

**E5424.1 Blanket Additional Insured Endorsement (PL)**

In consideration of the premium charged and on the understanding that this endorsement leaves all other terms, conditions, and exclusions unchanged, it is agreed that the Professional Liability – US Direct Errors and Omissions Insurance policy is amended as follows:

1.  In Clause VI. **DEFINITIONS**, paragraph V., "'**You**' or '**Your**'," is amended to include the following at the end thereof:

    **You** or **Your** shall also include any **Additional Insured** but only for the **Wrongful Acts** of those contemplated in paragraphs 1., 2. or 3. of the definition of "'**You**' or '**Your**'":

2.  The following definition is added to Clause VI. **DEFINITIONS**:

    AI-A.   **Additional Insured** means any person(s) or organization(s) with whom **You** have agreed in a written contract or agreement to add them as an additional insured to a policy providing the type of coverage afforded by this Policy, provided the contract or agreement:

        1.  is currently in effect or becomes effective during the **Policy Period**; and
        2.  was executed before the **Professional Services** from which the **Claim** arises were performed.

3.  In Clause III. **EXCLUSIONS**, paragraph F. is deleted in its entirety and replaced with the following:

    F.   brought by or on behalf of one **Insured** against another **Insured**; provided, however, this Exclusion will not apply to any **Claim** brought by an **Additional Insured** in any capacity other than that of an **Additional Insured**.

All other terms and conditions remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**GET THE RIGHT INSURANCE, RIGHT NOW®**

# Notices

**HISCOX**

**Hiscox Insurance Company Inc.**

## ECONOMIC AND TRADE SANCTIONS POLICYHOLDER NOTICE

Hiscox is committed to complying with the U.S. Department of Treasury Office of Foreign Assets Control (OFAC) requirements. OFAC administers and enforces economic sanctions policy based on Presidential declarations of national emergency.  OFAC has identified and listed numerous foreign agents, front organizations, terrorists, and narcotics traffickers as Specially Designated Nationals (SDN's) and Blocked Persons.  OFAC has also identified Sanctioned Countries.  A list of Specially Designated Nationals, Blocked Persons and Sanctioned Countries may be found on the United States Treasury's web site http://www.treas.gov/offices/enforcement/ofac/.

Economic sanctions prohibit all United States citizens (including corporations and other entities) and permanent resident aliens from engaging in transactions with Specially Designated Nationals, Blocked Persons and Sanctioned Countries.  Hiscox may not accept premium from or issue a policy to insure property of or make a claim payment to a Specially Designated National or Blocked Person.  Hiscox may not engage in business transactions with a Sanctioned Country.

A Specially Designated National or Blocked Person is any person who is determined as such by the Secretary of Treasury.

A Sanctioned Country is any country that is the subject of trade or economic embargoes imposed by the laws or regulations of the United States.

In accordance with laws and regulations of the United States concerning economic and trade embargoes, this policy may be rendered void from its inception with respect to any term or condition of this policy that violates any laws or regulations of the United States concerning economic and trade embargoes including, but not limited to the following:

(1) Any insured under this Policy, or any person or entity claiming the benefits of such insured, who is or becomes a Specially Designated National or Blocked Person or who is otherwise subject to US economic trade sanctions;

(2) Any claim or suit that is brought in a Sanctioned Country or by a Sanctioned Country government, where any action in connection with such claim or suit is prohibited by US economic or trade sanctions;

(3) Any claim or suit that is brought by any Specially Designated National or Blocked Person or any person or entity who is otherwise subject to US economic or trade sanctions;

(4) Property that is located in a Sanctioned Country or that is owned by, rented to or in the care, custody or control of a Sanctioned Country government, where any activities related to such property are prohibited by US economic or trade sanctions; or

(5) Property that is owned by, rented to or in the care, custody or control of a Specially Designated National or Blocked Person, or any person or entity who is otherwise subject to US economic or trade sanctions.

Please read your Policy carefully and discuss with your broker/agent or insurance professional.  You may also visit the US Treasury's website at http://www.treas.gov/offices/enforcement/ofac/.



**GET THE RIGHT INSURANCE, RIGHT NOW**[®]

# Application Summary



**Hiscox Insurance Company Inc.**

# Application Summary

The following outlines the details you have given us about your business. We have relied on the accuracy of this information in order to issue your policy. If any of the items below are incorrect or have changed, please call us at 888-202-3007 so that we can update your policy details.

| Your policy | |
|---|---|
| Policy number: | UDC-4265713-EO-19 |
| Quote reference number: | 8881147 |
| Product: | Professional Liability Insurance |
| Business name: | SEVEN SAFE SERVICES |
| Business address: | 9547 SOPHIA AVE |
| City: | NORTH HILLS |
| State: | CA |
| Zip code: | 91343 |
| Name: | LESTER FINNELL |
| Email address: | sevensafesv@aol.com |
| Telephone number: | 818-970-7757 |
| Per claim limit of liability: | $ 1,000,000 |
| Aggregate limit of liability: | $ 1,000,000 |
| Deductible: | $ 500 |
| When would you like your policy to start? | September 5, 2019 |

| Your business | |
|---|---|
| What is your primary type of business? | Technology services |
| Your business's ownership structure (please select one). | Individual/Sole Proprietor |
| Do you currently have an insurance policy in effect for the coverage requested? | No |
| Other than the business address provided above, how many additional locations does your business own or rent? | 0 |
| I consent to engage in electronic transactions. | Agree |
| Approximately when did your business begin? | September 01, 2019 |
| What are your business's estimated gross sales during the next 12 months? Note: Your best estimate is fine. Include all revenues, fees and commissions. | $ 150,000.00 |

| | |
|---|---|
| During the next 12 months, what are the estimated gross sales you will earn from your largest customer? | $ 10,000 |
| Does your business use a written contract or statement of work? | Always (100%) |
| Which of the following does your business implement? | |
| - Customer sign-off on deliverables | Yes |
| - Contracts with indemnification clauses in your favor | Yes |
| - Formal change management procedures | Yes |
| - Legal review of contracts | Yes |
| - Dedicated customer support | Yes |
| What type of IT consulting or technology services do you primarily provide? | Network security design and consulting |
| Does your business conduct any of the following activities?<br>● Manufacture, design, or assist in the design of any hardware or components. (This does not apply if your business is a Value Added Reseller of third-party hardware.)<br>● Create, support, or work on software that executes securities transactions, makes medical diagnoses, or is involved in manufacturing or process control.<br>● Own, host, or run any website that contains any pornographic materials or user generated content.<br>● Own, or manage a social networking or auction website. (This does not apply to third-party sites where you offer hosting services only.)<br>● Operate as a Voice Over IP Service Provider (This does not apply to use of a third –party VOIP service provider to conduct your own business's telephone calls.) | No |
| In what industry do the majority of your clients work? | Retail/wholesale trade/consumer products |
| Do your contracts clearly state the ownership rights, licensing, and use of any materials or intellectual property created for or during an engagement? | Yes |
| Do your contracts state that to the best of your knowledge any materials or intellectual property created are original and do not infringe upon the intellectual property rights of others? | Yes |
| Do you have procedures in place to ensure that your software code does not infringe upon another party's software copyright? | Yes |

## Statements About Your Business

| | |
|---|---|
| As the individual completing this transaction, you are authorized to purchase and bind this insurance on behalf of the entity applying for coverage. | I have read and agree |
| Your Business is not controlled or owned by any other firm, corporation, or entity. | I have read and agree |
| For the entire period of time that You have owned and controlled the business, You have not sold, purchased or acquired, discontinued, merged into or consolidated with another business. | I have read and agree |
| Your business has never had any commercial insurance cancelled or rescinded. | I have read and agree |
| You, your business's current and past partners, officers, directors, board members, trustees, or employees, have never been subject to disciplinary action by authorities as a result of professional activities. | I have read and agree |

© Hiscox Inc. 2010

## Claims and Loss History

| | |
|---|---|
| Based upon your knowledge and the knowledge of your business's current and past partners, officers, directors and employees, during the last five years a third party has never made a claim against your business and you do not know of any reason why someone may make a claim. | I have read and agree |

## Professional Liability

The limits of liability represent the total amount available to pay judgments, settlements, and claim expenses (e.g., attorney's fees) incurred in the defense of any claims. We are not liable for any amounts that exceed these limits.

This is a claims-made policy. If coverage is provided, it shall apply to claims made against you and reported to us during the policy period or applicable extended reporting period.

Judgments, settlements and claims expenses incurred are subject to the deductible amount. The deductible is the amount you must pay before we will make any payments under the policy. Some coverage may not be subject to a deductible, in which case you are not required to make payments before any payments are made under the policy. Please consult the policy language for details.

If you have knowledge of any circumstance that may lead to a claim being made against you, coverage will be excluded if such claim is made.

Claims made against you prior to the inception of the policy are excluded.

## Other information

**Fraud Warning**
It is a crime to knowingly and intentionally attempt to defraud an insurance company by providing false or misleading information or concealing material information during the application process or when filing a claim. Such conduct could result in your policy being voided and subject you to criminal and civil penalties.

| | |
|---|---|
| You have confirmed that you agree with the General Statements provided. | Yes |
| I agree to accept delivery of my insurance policy via email to the address provided. | Yes |
| I have read the information above and confirm it is all correct. I understand that by checking this box I am agreeing to enter into a binding agreement with Hiscox Insurance Company Inc. | Yes |

© Hiscox Inc. 2010

EXHIBIT 4



# A Guide To Your Professional Liability Policy

The following is a guide to your Professional Liability policy. We have identified several key coverage items along with the limits and deductibles you have selected. To make it easier, we have also added a brief explanation of those items.

We want you to feel confident about your new policy. If any of the information below is incorrect or if you have any questions, please contact one of our advisors at 888-202-3007 (Mon-Fri, 7am-10pm EST) or manage your policy at: www.hiscox.com/manage-your-policy.

## Your business details

| | |
|---|---|
| **Name:** | LESTER FINNELL |
| **Business name:** | SEVEN SAFE SERVICES |
| **Address:** | 9547 SOPHIA AVE |
| **City:** | NORTH HILLS |
| **State:** | CA |
| **Zip code:** | 91343 |
| **Occupation:** | Technology services |
| **Telephone number:** | 818-970-7757 |
| **Email address:** | sevensafesv@aol.com |

## Your Professional Liability Policy

| | |
|---|---|
| **Policy number:** | UDC-4265713-EO-20 |
| **Policy effective dates:**<br>This determines the time period during which your coverage applies. | From:   September 5, 2020<br>To:        September 5, 2021 |
| **Total cost of policy:** | $ 633.00 |

## Your limits explained

| | |
|---|---|
| **Each claim limit**<br>The total amount we will pay for damages, claim expenses (e.g. defense costs), and supplemental payments for each claim. | $ 1,000,000 |
| **Aggregate limit**<br>The total amount we will pay for damages, claim expenses (e.g. defense costs), and supplemental payments during the policy period. | $ 1,000,000 |
| **Supplemental payments**<br>The total amount we will pay for expenses your business reasonably incurs as a result of attending an arbitration proceeding or trial in the defense of a covered claim. | Maximum of $250.00 per day, $5,000 in total for your policy |

© Hiscox Inc. 2010

| | |
|---|---|
| **Software copyright infringement**<br>This coverage is specifically added for IT consultants and technology service providers. This is the most we will pay for damages and claim expenses alleging the infringement of any copyright of software code. | $ 200,000 |
| **Deductible**<br>The amount your business must pay (per claim) before we will make any payment under the policy. This does not apply to supplemental payments. | $ 500 |
| **Retroactive Date**<br>This establishes how far back we will cover services you have performed (even if that date is before you were insured with Hiscox) for any unknown claims that may be made against you during the policy period. | September 1, 2019 |

## Other policy information

| |
|---|
| **14 Day full refund**<br>Be confident that you have made the right choice. We give you 14 days to review your policy. If you are not satisfied and have not had any claims or losses, you can cancel your policy back to its start date and receive a full refund. |
| **Notice of claim**<br>If you have a claim, please call us at 866-424-8508. You may also e-mail us at reportaclaim@hiscox.com |

**What does my Professional Liability Policy cover?**
For a summary showing examples of what you are and are not covered for, please read the Coverage Summary document.

This guide does not modify the terms and conditions of your policy, which are contained in your policy documents, nor does it imply any claim is covered or not covered. We recommend that you read your policy documents to learn the details of your coverage.

**HISCOX**

Reinventing Small Business Insurance™

# Professional Liability Insurance
# A Coverage Summary for Technology Services

We want you to understand the Hiscox Professional Liability coverage. This summary explains the main areas of coverage and those for which your business is and isn't covered.

If you have any questions about your coverage, please contact one of our advisors at 888-202-3007 (Mon-Fri, 8am-10pm EST) or manage your policy at: www.hiscox.com/manage-your-policy.

☑ **This policy does cover**

**Negligence**
We cover any alleged mistakes in your provision of professional services. This includes failing in your 'duty of care', giving incorrect advice, making an omission (leaving something out), or failing to deliver your services.

**Defense costs**
If you're sued, even if you haven't made a mistake, we will appoint an attorney to defend you, even if the lawsuit is groundless.

**Software copyright infringement**
Specifically added for most technology service providers, we offer $200,000 of coverage for software copyright infringement that results from your professional services.

**Services performed in the past**
We cover the services you have performed going back to an agreed – upon date – even if that date is before you were insured with Hiscox – for any unknown claims that may be made against you and reported to us during the policy period. This date, the retroactive date, is printed on the Declarations Page of your policy.

**Worldwide insurance coverage**
We cover claims arising from work done anywhere in the world as long as the claim is filed in the United States, its territories, or Canada.

**Employees, temporary staff, and independent contractors**
We cover claims arising from services performed by your employees, temporary staff, or independent contractors if those services were performed on behalf of your business.

**Claims and damages**
We cover claims for damages, including up to $250,000 of punitive damages where allowed by law.

**Personal injury**
We cover claims of libel and slander as part of your professional services.

**Supplemental payments**
We will pay for expenses you reasonably incur as a result of attending arbitration proceedings or trials in the defense of a covered claim. We will pay up to $5,000.

## ☒ Your policy does not cover

**Bodily injury or property damage**
We won't cover damages or claims expenses if you injure someone or damage someone's property. Coverage for these types of risks is included in our General Liability or Business Owners Policy.

**Employment matters**
We won't cover you for claims alleging improper employment practices, workers' compensation claims, or employer's liability.

**Known claims and circumstances**
We won't cover any known circumstance that could result in a claim or any actual claim originating prior to the start of your first Hiscox policy.

**False advertising**
We won't cover you for any false advertising claims.

**Personally identifiable information**
We won't cover your failure to protect any personally identifiable information that is in your care.

**Other services**
We won't cover any medical, nursing, insurance broker/agent, legal, actuarial, architectural, or engineering services you perform. Development of any trading platform (e.g., stocks) is excluded. We don't cover any services you perform that are not specified in your policy.

**Regulatory claims**
We won't cover any claims that are brought by any governmental body or licensing organization, unless it is one of your clients and makes a claim against you in that capacity.

**Your costs and excluded damages**
We won't cover fines, penalties, and taxes that are levied against you. Hiscox also won't cover the cost of complying with nonmonetary relief, any cost overruns, or reduction of your fees.

**Intellectual property**
Apart from software copy infringement, we won't cover any other infringement of a copyright, trademark, patent, or theft of trade secrets.

### Common claims examples

**Software copyright infringement** — While developing a website for a client, you accidentally use some code which is copyrighted by another business. Through the provision of your services, you have infringed upon the rights of the other business. If that business decides to sue you, we will appoint an attorney to defend you, even if the lawsuit is groundless.

**Protection even if you haven't made a mistake** — Even though it's not your fault, your client has a different interpretation about the scope of the new invoicing system you are building for them and alleges that the system does not have the functionality it requires. They allege negligence and sue you for failing to deliver a working piece of software. We will appoint an attorney to defend you and pay any damages for which you are liable up to the policy limits.

Coverage summaries, descriptions, and claims examples are provided for illustrative purposes only and are subject to the applicable policy limits, deductibles, exclusions, terms, and conditions. Not all insurance products and services are available in all states. Hiscox recommends you read the policy documents to learn the full details of coverage.

Underwritten by Hiscox Insurance Company Inc., 30 North LaSalle Street, Suite 1760, Chicago, IL 60602, as administered by Hiscox Inc., a licensed insurance provider in all states and DC.

# HISCOX
encourage courage®

**HISCOX INSURANCE COMPANY INC. (A Stock Company)**
30 North LaSalle Street, Suite 1760, Chicago, IL 60602

## Professional Liability Insurance Declarations

This is a "Claims Made and Reported" Policy in which Claim Expenses are included within the Limit of Liability unless otherwise noted. Those words (other than the words in the captions) which are printed in Boldface are defined in the Policy.

|  |  |  |
|---|---|---|
| | Policy No.: | UDC-4265713-EO-20 |
| | Renewal of: | UDC-4265713-EO-19 |
| 1. | Named Insured: | SEVEN SAFE SERVICES |
| 2. | Address: | 9547 SOPHIA AVE<br>NORTH HILLS, CA 91343 |
| 3.A. | Limit of Liability: | $ 1,000,000     Each Claim |
| 3.B. | | $ 1,000,000     Aggregate for all Claims |
| 4. | Deductible: | $ 500     Each Claim |
| 5. | Notice: | Phone:   866-424-8508<br>Email:   reportaclaim@hiscox.com<br>Mail:    Hiscox<br>         5 Concourse Parkway - Suite 2150<br>         Attn: Direct Claims<br>         Atlanta GA, 30328 |

6. Policy period:    From:  September 5, 2020    To:  September 5, 2021

At 12:01 A.M. (Standard Time) at the address shown above.

7. Retroactive Date:    September 1, 2019

8. Premium:    $ 633.00

9. Attachments:

---

DPL D001 CW (01/10) - Professional Liability Errors & Omissions Insurance Declarations

DPL P001 CW (05/13) - Professional Liability Coverage Form

DPL E5036 CW (08/15) - Technology Services/IT Consulting Services Endorsement (Software Copyright Infringement)

DPL E5102 CA (01/10) - California Amendatory Endorsement

DPL E5424 CW (02/15) - Blanket Additional Insured Endorsement (PL)

INT N001 CW (01/09) - Economic And Trade Sanctions Policyholder Notice

---



**HISCOX INSURANCE COMPANY INC. (A Stock Company)**
30 North LaSalle Street, Suite 1760, Chicago, IL 60602

IN WITNESS WHEREOF, the Insurer indicated above has caused this Policy to be signed by its President and Secretary, but this Policy shall not be effective unless also signed by the Insurer's duly authorized representative.

President

Secretary

Authorized Representative



# PROFESSIONAL LIABILITY – US DIRECT

## ERRORS AND OMISSIONS INSURANCE

© Hiscox Inc. All rights reserved.

DPL P001 CW (05/13)

**PROFESSIONAL LIABILITY – US DIRECT ERRORS AND OMISSIONS**

## ABOUT THIS POLICY

The Hiscox Professional Liability – US Direct policy is designed to offer coverage for the risks entities face in performing their **Professional Services**.  **We** urge **You** to read this Policy carefully so **You** understand the insurance that **You** have purchased, and the full extent of **Your** and **Our** rights and duties under this Policy. Please note that all words and phrases that appear in bold-type (except headings) have special meaning and are defined in the Definitions section of this Policy.  Coverage for all **Claims** is subject to the entire terms and conditions of the policy.

**Coverage for Claims Made Against You**

**You** have purchased insurance that provides coverage for **Claims** made against **You**. **We** will pay **Damages** on **Your** behalf for any **Claim** that falls within the Insuring Agreement and within all of the terms and conditions outlined in the policy.  Covered **Claims** are for **Your Wrongful Acts** in providing or failing to provide **Professional Services**.  To determine who is an **Insured** please refer to the Definitions and Spousal and Domestic Partner section of the policy.  Additionally, for coverage to apply, **You** must comply with all **Your** obligations as outlined in the Notice of Claims, Notice of Potential Claims, and the rest of the policy**.**  The most **We** will pay is outlined in the Limits of Liability Section and items **We** will not pay are outlined in the Exclusions section.  **You** are responsible for payments as outlined in the Deductible section.

DPL P001 CW (05/13)                                                                 © Hiscox Inc. All rights reserved.

**HISCOX**

In consideration of the premium charged and in reliance on the statements made and information provided to **Us**, including but not limited to the statements made and information provided in and with the **Application**, which is made a part of this Policy, as well as subject to the Limits of Liability, the Deductible and all of the terms, conditions, limitations and exclusions of this Policy, **We** and **You** agree as follows:

## I.   INSURING AGREEMENT, DEFENSE AND SETTLEMENT

A.   **INSURING AGREEMENT**

**We** shall pay on **Your** behalf **Damages** and **Claim Expenses** in excess of the Deductible resulting from any covered **Claim** that is first made against **You** during the **Policy Period** and reported to **Us** pursuant to the terms of the Policy for **Wrongful Acts** committed on or after the **Retroactive Date**.

**We** shall also pay on **Your** behalf all **Supplemental Payments** in connection with any covered **Claim** that is first made against **You** during the **Policy Period** and reported to **Us** pursuant to the terms of the Policy for **Wrongful Acts** committed on or after the **Retroactive Date**.   No Deductible shall apply to **Supplemental Payments**.

B.   **DEFENSE**

1.   **We** shall have the right and the duty to defend any covered **Claim**, even if such **Claim** is groundless, false or fraudulent.

2.   **We** shall have the right to appoint defense counsel upon being notified of such **Claim**.

3.   Notwithstanding paragraph 2., **We** shall have no obligation to pay **Claim Expenses** until **You** have satisfied the applicable Deductible.

4.   **Our** duty to defend shall terminate upon the exhaustion of the Limit of Liability as set forth in Item 3. of the Declarations.

C.   **SETTLEMENT**

1.   **We** shall have the right to solicit and negotiate settlement of any **Claim**.

2.   **We** shall not, however, enter into a settlement without **Your** prior consent, which consent shall not be unreasonably withheld.

3.   If **You** shall refuse to consent to any settlement recommended by **Us**, **Our** liability for such **Claim** shall not exceed the amount for which such **Claim** could have been settled plus **Claim Expenses** incurred up to the date of such refusal.

**HISCOX**

PROFESSIONAL LIABILITY – US DIRECT
ERRORS AND OMISSIONS

**II. NOTICE OF CLAIMS AND NOTICE OF POTENTIAL CLAIMS**

A. **NOTICE OF CLAIMS**

1. As a condition precedent to any coverage under this Policy, **You** shall give written notice to **Us** of any **Claim** as soon as practicable, but in all events no later than:

    a. the end of the **Policy Period** (or any purchased **Optional Extended Reporting Period**); or
    b. 60 days after the end of the **Policy Period** (or any purchased **Optional Extended Reporting Period**) so long as such **Claim** is made within the last 60 days of such **Policy Period** (or any purchased **Optional Extended Reporting Period**).

2. Such notice shall be sent to **Us** at the address set forth in Item 5. of the Declarations.

3. Such notice shall include any and all documents related to such **Claim**, including every demand, notice, summons or other applicable information received by **You** or by **Your** representative.

B. **NOTICE OF POTENTIAL CLAIMS**

If **You** first become aware during the **Policy Period** of any **Wrongful Act** that might be reasonably likely give rise to a covered **Claim**, **You** may give written notice to **Us** of such potential **Claim** during the **Policy Period**.  Such notice must include to the fullest extent possible:

1. the identity of the potential claimant;
2. the identity of the person(s) who allegedly committed the **Wrongful Act**;
3. the date of the alleged **Wrongful Act**;
4. specific details of the alleged **Wrongful Act**; and
5. any written notice from the potential claimant describing the **Wrongful Act**.

If such notice is accepted as a "potential **Claim**," then any actual **Claim** that is subsequently made shall be deemed to have been first made on the date such "potential **Claim**" was first reported to **Us**.

Provided, however, **You** may not report "potential **Claims**" during any purchased **Optional Extended Reporting Period**.

C. **OPTIONAL EXTENDED REPORTING PERIOD**

1. If **We** or the **Named Insured** cancel or non-renew this Policy (as described by Endorsement hereto), then the **Named Insured** shall have the right to purchase for an additional premium an **Optional Extended Reporting Period**.  Provided,

4
© Hiscox Inc. All rights reserved.

**HISCOX**

however, the right to purchase an **Optional Extended Reporting Period** shall not apply if:

a.  this Policy is canceled by **Us** for nonpayment of premium (as described by Endorsement hereto); or
b.  the total premium for this Policy has not been fully paid.

2.  The **Optional Extended Reporting Period** will apply only to **Claims** that:

a.  are first made against **You** and reported to **Us** during such **Optional Extended Reporting Period**; and
b.  are for **Wrongful Acts** committed on or after the **Retroactive Date** but prior to the effective date of cancellation or non-renewal (as described by Endorsement hereto).

3.  The additional premium for such **Optional Extended Reporting Period** shall not exceed 200% of the annualized expiring premium for an **Optional Extended Reporting Period** of 3 years.

The additional premium for such **Optional Extended Reporting Period** shall be fully earned at the inception of such **Optional Extended Reporting Period**.

4.  Notice of election and full payment of the additional premium for the **Optional Extended Reporting Period** must be received within 30 days after the effective date of cancellation or non-renewal (as described by Endorsement hereto). In the event the additional premium is not received within the 30 days, any right to purchase the **Optional Extended Reporting Period** shall lapse and no further **Optional Extended Reporting Period** shall be offered.

The Limits of Liability applicable during any purchased **Optional Extended Reporting Period** shall be the remaining available Limits of Liability under this canceled or non-renewed Policy (as described by Endorsement hereto). There shall be no separate or additional Limit of Liability available for any purchased **Optional Extended Reporting Period** and the purchase of any **Optional Extended Reporting Period** shall in no way increase the Limit of Liability set forth in Item 3. of the Declarations.

## III.  EXCLUSIONS

This Policy does not apply to and **We** shall have no obligation to pay any **Damages**, **Claim Expenses** or **Supplemental Payments** for any **Claim**:

A.  based upon or arising out of any actual or alleged fraud, dishonesty, criminal conduct, or any knowingly wrongful, malicious, or intentional acts or omissions; provided, however, that:

1.  **We** will pay **Claim Expenses** until there is a final adjudication establishing such conduct, at which time **You** shall reimburse **Us** for such **Claim Expenses**; and
2.  this exclusion shall not apply to otherwise covered intentional acts or omissions resulting in a **Personal Injury**.

5

© Hiscox Inc. All rights reserved.

**HISCOX**

PROFESSIONAL LIABILITY – US DIRECT
ERRORS AND OMISSIONS

B.  based upon or arising out of any actual or alleged gaining of any profit or advantage to which **You** were not legally entitled.

C.  based upon or arising out of any actual or alleged wrongful termination, retaliation or discrimination against or harassment of any past, present, future or potential **Employee**, including but not limited to any violations of federal, state or local statutory or common law.

D.  based upon or arising out of any actual or alleged **Wrongful Act** that:

1.  was committed prior to the **Retroactive Date**;
2.  has been the subject of any notice given under any other policy of which this Policy is a renewal or replacement; or
3.  **You** had knowledge of prior to the **Policy Period** and had a reasonable basis to believe that such **Wrongful Act** could give rise to a **Claim**; provided, however, that if this Policy is a renewal or replacement of a previous policy issued by **Us** providing materially identical coverage, the **Policy Period** referred to in this paragraph will be deemed to refer to the inception date of the first such policy issued by **Us**.

E.  brought by or on behalf of any federal, state or local government agency or professional or trade licensing organization; provided, however, this exclusion shall not apply to claims brought in their capacity as a client receiving **Your Professional Services**.

F.  brought by or on behalf of one **Insured** against another **Insured**.

G.  brought by or on behalf of any person or entity maintaining **Effective Control** of **You**.

H.  based upon or arising out of any actual or alleged violation of the following laws, including any similar provisions of any federal, state or local statutory or common law:

1.  the Securities Act of 1933 (as amended);
2.  the Securities Exchange Act of 1934 (as amended);
3.  any state blue sky or securities laws (as amended);
4.  the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 et seq. (as amended);
5.  the Employee Retirement Income Security Act of 1974 (as amended);

including any rules or regulations promulgated thereunder.

I.  based upon or arising out of any actual or alleged obligation under any Workers' Compensation, Unemployment Compensation, Employers Liability or Disability Benefit Law, including any similar provisions of any federal, state or local statutory or common law.

J.  based upon or arising out of any actual or alleged liability of others that **You** assume under any contract or agreement unless such liability would have attached in the absence of such contract or agreement.

**HISCOX**

PROFESSIONAL LIABILITY – US DIRECT
ERRORS AND OMISSIONS

K.  based upon or arising out of any actual or alleged **Bodily Injury** or **Property Damage**.

L.  based upon or arising out of any actual, alleged or threatened discharge, dispersal, release or escape of **Pollutants**, including any direction or request to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize **Pollutants**.

M.  based upon or arising out of any actual or alleged infringement of any copyright, trademark, trade dress, trade name, service mark, service name, title, slogan or patent or theft of trade secret.

N.  based upon or arising out of any actual or alleged false or deceptive advertising of **Your** goods or services or misrepresentation in advertising of **Your** goods or services, including but not limited to any wrongful description of prices of **Your** goods or services or the quality or performance of **Your** goods or services.

O.  based upon or arising out of any actual or alleged breach of contract or breach of any implied or express warranty or guarantee; provided, however, this Exclusion shall not apply to:

  1.  any obligation you have to perform your **Professional Services** with reasonable skill or care; or
  2.  any liability **You** would have had in absence of such contract, warranty or guarantee.

P.  based upon or arising out of any actual or alleged violation of any federal, state or local statutes, ordinances or regulations regarding or relating to unsolicited telemarketing, solicitations, emails, faxes or any other communications of any type or nature, including but not limited to any "anti-spam" and "do-not-call" statutes, ordinances, or regulations.

Q.  based upon or arising out of any actual or alleged failure to procure or maintain adequate insurance or bonds.

R.  based upon or arising out of any actual or alleged failure to protect any non-public, personally identifiable information in **Your** care, custody or control.

S.  based upon or arising out of any actual or alleged actuarial services, medical or nursing services, insurance agent/broker services, legal services or services as an architect or engineer.

**IV.  LIMITS OF LIABILITY, DEDUCTIBLE AND RELATED CLAIMS**

A.  **LIMIT OF LIABILITY**

© Hiscox Inc. All rights reserved.

**HISCOX**

Regardless of the number of **Claims** made during the **Policy Period** (or applicable **Extended Reporting Period**), the maximum that **We** shall be liable to pay for all covered **Damages**, **Claim Expenses** and **Supplemental Payments** shall be as follows:

1.  The amount set forth in Item 3.A. of the Declarations as "Each **Claim**" shall be the maximum amount for each covered **Claim**.

2.  The amount set forth in Item 3.B. of the Declarations as "Aggregate for all **Claims**" is the maximum amount for all **Claims** combined.

3.  Notwithstanding 1. and 2. above, **Our** liability for **Supplemental Payments** shall not exceed $250 per day for each **Insured** up to $5,000 per **Claim**, which amounts shall reduce the amounts described in 1. and 2. above.

B.  **DEDUCTIBLE**

1.  **We** shall not be responsible for payment of **Damages** or **Claims Expenses** until the Deductible amount has been satisfied.

2.  **We** may at **Our** discretion advance payment of **Damages** or **Claims Expenses** within the Deductible amount on **Your** behalf, but **You** shall reimburse **Us** for any such amounts as soon as **We** request such reimbursement.

3.  No Deductible amount shall apply to **Supplemental Payments**.

C.  **RELATED CLAIMS**

For purposes of the applicable Deductible and Limit of Liability, all **Claims** based upon or arising out of continuous, repeated, related or interrelated **Wrongful Acts** shall be considered a single **Claim** first made against **You** in the **Policy Period** the first such **Claim** was made.

**V.   OTHER MATTERS AFFECTING COVERAGE**

A.  **ESTATES, HEIRS, LEGAL REPRESENTATIVES, SPOUSES & DOMESTIC PARTNERS**

This Policy shall apply to **Claims** brought against:

1.  the heirs, executors, administrators, trustees in bankruptcy, assignees and legal representatives of any **Insured** in the event of such **Insured's** death or disability; or
2.  the legal spouse or legal domestic partner of any **Insured**;

but only:

1.  for the **Wrongful Acts** of such **Insured**; or

8
© Hiscox Inc. All rights reserved.

**HISCOX**

2.  in connection with their ownership interest in property which the claimant seeks as recovery for actual or alleged **Wrongful Acts** of such **Insured**.

B.  **INSURED DUTY TO COOPERATE**

**You** shall have the duty to cooperate with **Us** in the defense, investigation and settlement of any **Claim**, including but not limited to:

1.  upon request, submit to examination and interrogation under oath by **Our** representative;
2.  attend hearings, depositions and trials as requested by **Us**;
3.  assist in securing and giving evidence and obtaining the attendance of witnesses;
4.  provide written statements to **Our** representative and meet with such representative for the purpose of investigation and/or defense; and
5.  provide all documents **We** may reasonably require.

C.  **INSURED OBLIGATION NOT TO INCUR EXPENSE OR ADMIT LIABILITY**

**You** shall not, except at **Your** own cost, make any payment, incur any expense, admit any liability, settle any **Claim** or assume any obligation without **Our** prior consent.

D.  **ACTION AGAINST THE INSURER**

No action shall be taken against **Us** unless:

1.  **You** have complied fully with all the terms and conditions of this Policy; and
2.  the amount of **Your** obligation to pay shall have been finally determined either by judgment against **You** after actual trial, or by written agreement between **You**, **Us** and the claimant.

No person or organization shall have any right under this Policy to join **Us** as a party to any **Claim** against **You** nor shall **We** be impleaded by **You** or **Your** legal representatives in any such **Claim**.

E.  **OTHER INSURANCE**

This Policy shall be excess insurance over any other valid and collectable insurance available to **You**, whether such other insurance is stated to be primary, contributory, excess, contingent or otherwise, unless such other insurance is written only as a specific excess insurance over the Limit of Liability provided in this Policy.

F.  **SUBROGATION**

1.  In the event of any payment by **Us** under this Policy, **We** shall be subrogated to all of **Your** rights of recovery to such payment.

2.  **You** shall do everything that may be necessary to secure and preserve such subrogation rights, including but not limited to the execution of any documents necessary to allow **Us** to bring suit in **Your** name.

**HISCOX**

3.  **You** shall do nothing to prejudice such subrogation rights without first obtaining **Our** written consent.

4.  Any recovery shall first be paid to **Us** up to the amount of any **Damages**, **Claim Expenses** or **Supplemental Payments** that **We** have paid. Any remaining amounts shall be paid to **You**.

5.  Notwithstanding the above, no subrogation shall be had against any **Insured**.

G.  **ALTERATION AND ASSIGNMENT**

No change in, modification of or assignment of interest under this Policy shall be effective unless made by written endorsement to this Policy signed by **Our** authorized representative.

H.  **REPRESENTATIONS**

As a condition precedent of **Our** obligations under this Policy, **You** represent that:

1.  the statements and representations made by **You** in the **Application** are true and are the basis of the Policy and are to be considered as incorporated into and constituting a part of this Policy;

2.  the statements and representations made by **You** in the **Application** shall be deemed material to the acceptance of the risk assumed by **Us** under the Policy;

3.  this Policy is issued in reliance upon the truth of the statements and representations made by **You** in the **Application**; and

4.  in the event the **Application** contains misrepresentations which materially affect the acceptance of the risk assumed by **Us** under this Policy, this Policy shall be *void ab initio*.

I.  **BANKRUPTCY OR INSOLVENCY**

**Your** bankruptcy or insolvency shall not relieve **Us** of any of **Our** obligations under this Policy.

J.  **TERRITORY**

This Policy shall apply to **Wrongful Acts** committed anywhere in the world, provided that any action, arbitration, or other proceeding for, in relation to, or arising from the **Claim** is brought within the United States, its territories or possessions, or Canada.

K.  **FALSE OR FRAUDULENT CLAIMS**

If any **Insured** shall commit fraud in proffering any **Claim** or regarding the amount or otherwise, this Insurance shall become void as to such **Insured** from the date such fraudulent claim is proffered.

L.  **NAMED INSURED RESPONSIBILITIES**

---

DPL P001 CW (05/13)
© Hiscox Inc. All rights reserved.

**HISCOX**

PROFESSIONAL LIABILITY – US DIRECT
ERRORS AND OMISSIONS

It shall be the responsibility of the **Named Insured** to act on behalf of all other **Insureds** with respect to the following:

1. giving and receiving notice of cancellation and/or non-renewal (as described by Endorsement hereto);
2. payment of premium
3. receipt of return premiums;
4. acceptance of changes to this Policy; and
5. payment of Deductibles.

M. **EXAMINATION OF YOUR BOOKS AND RECORDS**

**We** may examine and audit **Your** books and records as they related to this Policy at any time during the **Policy Period** (or any purchased **Optional Extended Reporting Period**) or up to three years after the end of the **Policy Period** (or any purchased **Optional Extended Reporting Period**).

N. **TITLES**

Titles of sections of and endorsements to this Policy are inserted solely for convenience of reference and shall not be deemed to limit, expand or otherwise affect the provisions to which they relate.

## VI.  DEFINITIONS

A. **Application** means the signed application for the Policy, whether submitted on-line, over the phone or on paper, including any attachments and other materials or statements submitted in conjunction therewith. If this Policy is a renewal or replacement of a previous policy or policies issued by **Us**, **Application** shall also include all signed applications and other materials that were submitted therewith and attached thereto.

B. **Bodily Injury** means physical injury to or sickness, disease or death of a person, or mental injury, mental anguish, emotional distress, pain or suffering, or shock sustained by a person.

C. **Claim** means any written demand for **Damages** or for non-monetary relief.

D. **Claim Expenses** means the following that are incurred by **Us** or by **You** with **Our** prior written consent:

1. all reasonable and necessary fees, costs and expenses (including the fees of attorneys and experts) incurred in the investigation, defense and appeal of a **Claim**; and
2. premiums on appeal bonds, attachment bonds or similar bond.  Provided, however, **We** shall have no obligation to apply for or furnish any such bonds.

**Claim Expenses** shall not mean and **We** shall not be obligated to pay:

1. salaries, wages or expenses other than **Supplemental Payments**; or

**HISCOX**

PROFESSIONAL LIABILITY – US DIRECT
ERRORS AND OMISSIONS

2.  the defense of any criminal investigation, criminal grand jury proceeding, or criminal action.

E.  **Damages** means a monetary judgment or monetary award that **You** are legally obligated to pay (including pre- or post-judgment interest) or a monetary settlement negotiated by **Us** with **Your** consent.

**Damages** shall not mean and **We** shall not be obligated to pay:

1.  fines, penalties, taxes, sanctions levied against **You**;
2.  any punitive or exemplary damages or that portion of any multiplied damages award which exceeds the damage award so multiplied, provided, however, that, if such damages are otherwise insurable under applicable law and regulation, **We** will pay an award of punitive or exemplary damages in excess of the Deductible and up to a maximum sum of $250,000. This limit shall be a part of and not in addition to the Limit of Liability set forth in Items 3. of the Declarations;
3.  the return, reduction or restitution of **Your** fees, commissions, profits, or charges for goods provided or services rendered, including any over-charges or cost over-runs;
4.  liquidated damages; or
5.  **Your** cost of complying with injunctive relief.

F.  **Effective Control** means:

1.  ownership of more than 50% of the issued and outstanding voting securities; or
2.  having the right pursuant to written contract, by-laws, charter, operating agreement or similar documents to elect, appoint or designate a majority of the board of directors, management committee members of a partnership or the members of the management board of a limited liability company (or equivalent management structure).

G.  **Employee** means any past, present or future:

1.  employee (including any part-time, seasonal or temporary employee or any volunteer);
2.  partner, director, officer, member or board member (or equivalent position);
3.  independent contractor; or
4.  leased worker;

of an **Organization**, but only in their performance of **Professional Services** on behalf of or at the direction of such **Organization**.

H.  **Insured** means **You** or **Your**.

I.  **Named Insured** means the individual, corporation, partnership, limited liability company, limited partnership, or other entity set forth in Item 1 of the Declarations.

J.  **Optional Extended Reporting Period** means any applicable **Optional Extended Reporting Period** contemplated by the **OPTIONAL EXTENDED REPORTING PERIOD** Clause.

              © Hiscox Inc. All rights reserved.

**HISCOX**

K.  **Organization** means the **Named Insured** and any **Subsidiary**.

L.  **Personal Injury** means injury, other than **Bodily Injury**, arising out of one of more
of the following offenses:

1.  false arrest, detention or imprisonment;
2.  malicious prosecution;
3.  wrongful eviction from, wrongful entry into, or invasion of the right of private
occupancy of premises;
4.  slander, libel, defamation or disparagement of goods, products or services; or
5.  oral or written publication of material in connection with **Your** advertising that
violates a person's right of privacy.

M.  **Policy Period** means the period of time set forth in Item 6. of the Declarations.

N.  **Pollutants** means any solid, liquid, gaseous, biological, radiological or thermal
irritant or contaminant, including smoke, vapor, dust, fibers, mold, spores, fungi,
germs, soot, fumes, acids, alkalis, chemicals and Waste.  "Waste" includes, but is
not limited to, materials to be recycled, reconditioned or reclaimed and nuclear
materials.

O.  **Professional Services** means only those services specified in Endorsement to this
Policy as performed by or on behalf of an **Organization** for others for a fee or other
compensation.

P.  **Property Damage** means physical loss of or physical damage to or destruction of
any tangible property, including the loss of use thereof.  For purposes of this
definition, "tangible property" shall not include electronic data.

Q.  **Retroactive Date** means the date set forth in Item 7. of the Declarations.

R.  **Subsidiary** means:

1.  any entity of which the **Named Insured** has **Effective Control** ("**Controlled
Entity**") on or before the **Policy Period**, either directly or indirectly through one
or more **Controlled Entities**;

2.  any entity of which the **Named Insured** forms or acquires **Effective Control**
during the **Policy Period**, either directly or indirectly through one or more
**Controlled Entities**, but only for the first 90 days after such formation or
acquisition (or until the end of the **Policy Period**, whichever is earlier).
Provided, however, with respect to a **Subsidiary** described in paragraph 2. of
this definition, **We** shall only cover **Claims** alleging **Wrongful Acts** committed
while the **Named Insured** had **Effective Control** of such **Subsidiary**, either
directly or indirectly through one or more **Controlled Entities**.

An entity ceases to be a **Subsidiary** once the **Named Insured** no longer has
**Effective Control** of such entity, either directly or indirectly through one or more
**Controlled Entities**, and this Policy will not respond to **Claims** made against such
entity thereafter.

PROFESSIONAL LIABILITY – US DIRECT ERRORS AND OMISSIONS

**HISCOX**

S. **Supplemental Payments** means the reasonable expenses incurred by **You**, including loss of wages, if **You** are required by **Us** to attend arbitration proceedings or trial in the defense of a covered **Claim**.

T. **We**, **Us**, **Our** or **Insurer** means the insurance company set forth in the Declarations.

U. **Wrongful Act** means any actual or alleged breach of duty, negligent act, error, omission or **Personal Injury** committed by **You** in the performance of **Your Professional Services**.

V. **You** or **Your** means any:

1. **Organization**;
2. **Employee**;
3. joint venture in which an **Organization** participates pursuant to written agreement, but only for:

   a. **Wrongful Acts** committed by such **Organization**; and
   b. the percentage of otherwise covered **Damages** and **Claims Expenses** in proportion to such **Organization's** participation in the joint venture.

 © Hiscox Inc. All rights reserved.

**Hiscox Insurance Company Inc.**



**Endorsement 1**

NAMED INSURED: SEVEN SAFE SERVICES

<u>**E5036.2 Technology Services/IT Consulting Services Endorsement (Software Copyright Infringement)**</u>                    Page 1 of 2

In consideration of the premium charged, it is understood and agreed that the Policy is amended as follows:

1.    In Clause VI. **DEFINITIONS**, paragraph O., **"Professional Services,"** is amended to read as follows:

    O.    **Professional Services** means **Technology Services** or Information Technology (IT) consulting services performed for others for compensation.

2.    Clause VI. **DEFINITIONS** is amended to include the following at the end thereof:

    TS-A.    **Technology Services** means the following:

        1.    application service provider (ASP) services;
        2.    data processing, analysis, and database design services;
        3.    IT Project Management services;
        4.    internet service provider (ISP) services;
        5.    internet hosting services;
        6.    network security design and consulting services;
        7.    software installation, customization, and support;
        8.    software programming and development;
        9.    systems/hardware/network installation, maintenance, and support;
        10.    systems/network advice, design, and integration;
        11.    technology products training;
        12.    value-added resale of hardware; and
        13.    website design.

    TS-B.    **Software Copyright Infringement Claim** means any **Claim** alleging or arising out of any actual or alleged infringement of any copyright of source code or other software code.

    TS-C.    **Infringement Claim** means any **Claim** alleging or arising out of any actual or alleged infringement of any copyright, trademark, trade dress, trade name, service mark, service name, title, or slogan.

3.    In Clause VI **DEFINITIONS**, paragraph C., "**Claim**," is amended to include the following at the end thereof:

    **Claim** will also mean **Software Copyright Infringement Claim** and **Infringement Claim.**

4.    In Clause III. **EXCLUSIONS**, exclusion M. is deleted in its entirety and replaced with the following:

    M.    based upon or arising out of any actual or alleged infringement of any copyright, trademark, trade dress, trade name, service mark, service name, title, slogan, or patent, or theft of trade secret; provided, however, this exclusion will not apply to **Software Copyright Infringement Claims** and **Infringement Claims**.

5.    Notwithstanding anything in the Policy to the contrary, all **Software Copyright Infringement Claims** and **Infringement Claims** will be subject to a combined sublimit of liability of $ 200,000, which will be part of, and not in addition to, any applicable Limit of Liability.

6.    Clause III. **EXCLUSIONS** is amended to include the following at the end thereof:

    This Policy does not apply to and We will have no obligation to pay any **Damages**, **Claim Expenses**, or **Supplemental Payments** for any **Claim:**

**Hiscox Insurance Company Inc.**



**Endorsement 1**

NAMED INSURED: SEVEN SAFE SERVICES

**E5036.2 Technology Services/IT Consulting Services Endorsement (Software Copyright Infringement)**                 Page 2 of 2

TS-A.  based upon or arising out of any actual or alleged price discounts, prizes, awards, money, or valuable consideration given in excess of a total contracted or expected amount.

TS-B.  based upon or arising out of any actual or alleged manufacture or design of any hardware or components thereof; provided, however, this exclusion will not apply to **Your** value-added resale of hardware for others in the performance of **Your Technology Services**.

TS-C.  based upon or arising out of any actual or alleged manufacturing, design, or use of software designed to execute securities transactions.

TS-D.  based upon or arising out of any actual or alleged manufacturing, process control, engineering, or use of CAD or CAM software.

TS-E.  based upon or arising out of any actual or alleged website owned or operated by **You** that:

1.  is a social networking website;
2.  is an auction website;
3.  contains pornographic materials; or
4.  primarily features user-generated content.

TS-F.  for the value of any money or securities transferred to or from any entity or natural person.

TS-G.  based upon or arising out of any actual or alleged antitrust violation, price fixing, price discrimination, unfair competition, deceptive trade practices, and/or monopolies, including any proceedings or investigations related thereto, including but not limited to violations of the Sherman Antitrust Act or similar federal, state, or local statutes governing antitrust violations, price fixing, price discrimination, unfair competition, deceptive trade practices, and/or monopolies.

TS-H.  based upon or arising out of any actual or alleged misappropriation of confidential or proprietary information by **You**.

TS-I.  based upon or arising out of any **Insured's** actual or alleged solicitation, recruiting, or hiring of employees or workers from a past or current employer of the **Insured**.

All other terms and conditions remain unchanged.

Endorsement effective:  September 5, 2020                 Policy No.:  UDC-4265713-EO-20
Endorsement No:        1

By: Kevin Kerridge
(Appointed Representative)

DPL E5036 CW (08/15)

**Hiscox Insurance Company Inc.**



**Endorsement 2**

NAMED INSURED: SEVEN SAFE SERVICES

**E5102.1 California Amendatory Endorsement**                                      Page 1 of 3

This endorsement modifies insurance provided under the following:

**PROFESSIONAL LIABILITY - ERRORS AND OMISSIONS INSURANCE**

In consideration of the premium charged, it is understood and agreed that the Policy is modified as follows:

1.   Section V. **OTHER MATTERS AFFECTING COVERAGE** is amended to include the following at the end thereof:

    **CANCELLATION**

    <u>Notice of Cancellation</u>

    A.   The **Named Insured** may cancel this Policy by giving **Us** advance written notice stating when thereafter such cancellation shall be effective. If the **Named Insured** cancels this Policy, the refund may be less than pro rata. Provided, however, if this Policy shall be cancelled by the **Named Insured** within 14 days of the inception of the **Policy Period** without having submitted a **Claim, We** shall return in full any premium amount actually paid to **Us.** In such event, the effective date of cancellation shall be deemed to be the inception date of the **Policy Period**.

    B.   **Policies In Effect For 60 Days or Less**

    If this Policy has been in effect for sixty (60) days or less, and is not a renewal of a Policy **We** have previously issued, **We** may cancel this Policy by mailing or delivering to the **Named Insured** at the mailing address shown in the Declarations and to the producer of record, if any, advance written notice of cancellation stating the reason for cancellation at least :

    Ten (10) days before the effective date of cancellation if **We** cancel for:

    (a)   Non-payment of premium; or
    (b)   Discovery of fraud by:

        i.   The **Insured** or the **Insured's** representative in obtaining this insurance; or
        ii.   The **Insured** or the **Insured's** representative in pursuing a **Claim** under the Policy.

    Thirty (30) days before the effective date of cancellation if **We** cancel for any other reason.

    C.   **Policies In Effect For More Than 60 Days**

    If this Policy has been in effect for more than sixty (60) days, **We** may also cancel this Policy by mailing or delivering to the **Named Insured** at the address shown in the Declarations, the producer of record, if any, written notice, including the reason for cancellation, stating when not less than thirty (30) days thereafter (or ten (10) days thereafter when cancellation is due to non-payment of premium or discovery of fraud), the cancellation shall be effective.

    **We** may only cancel this Policy for one or more of the following reasons:

    (a)   Nonpayment of premium, including payment due on a prior policy issued by **Us** and due during the current policy term covering the same risks;

    (b)   Discovery of fraud or material misrepresentation by:

        i.   The **Insured** or the **Insured's** representative in obtaining this insurance; or

        ii.   The **Insured** or the **Insured's** representative in pursuing a **Claim** under the Policy.

**Hiscox Insurance Company Inc.**



<div align="center">

**Endorsement 2**

</div>

NAMED INSURED: SEVEN SAFE SERVICES

**E5102.1 California Amendatory Endorsement**                                    Page 2 of 3

(c)   A judgment by a court or an administrative tribunal that the **Insured** has violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against;

(d)   Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by the **Insured** or the **Insured's** representative, which materially increase any of the risks insured against;

(e)   Failure by the **Insured** or the **Insured's** representative to implement reasonable loss control requirements, agreed to by the **Insured** as a condition of policy issuance, or which were conditions precedent to **Our** use of a particular rate or rating plan, if that failure materially increases any of the risks insured against;

(f)   A determination by the Commissioner of Insurance that the

   i.   Loss of, or changes in, **our** reinsurance covering all or part of the risk would threaten Our financial integrity or solvency; or

   ii.   Continuation of the policy coverage would:

     a.   Place **Us** in violation of California law or the laws of the state where **We** are domiciled; or

     b.   Threaten **Our** solvency.

(g)   A change by the **Insured** or the **Insured's** representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, is included in the Policy.

D.   The mailing of the notice of cancellation shall be sufficient proof of notice and this Policy shall terminate at the date and hour specified in such notice. If **We** cancel this Policy, any return premium shall be calculated pro rata. Payment or tender of any unearned premium by **Us** shall not be a condition precedent to the effectiveness of the cancellation, but such payment shall be made as soon as practicable.

**Nonrenewal**

A.   If **We** elect not to renew this Policy, **We** will mail or deliver to the **Named Insured** written notice of nonrenewal, stating the reason for nonrenewal, not less than sixty (60) days, but not more than one hundred twenty (120) days before the end of the **Policy Period**.

    **We** will mail the notice of nonrenewal to the **Named Insured** at the last mailing address known **Us.** If the notice of nonrenewal is mailed, proof of mailing will be sufficient proof of notice.

B.   **We** are not required to send notice of nonrenewal in the following situations:

(a)   If the transfer or renewal of a policy, without any changes in terms, conditions or rates, is between **Us** and a member of **Our** insurance group.

(b)   If the policy has been extended for 90 days or less, provided that notice has been given in accordance with paragraph A above.

**Hiscox Insurance Company Inc.**



<u>Endorsement 2</u>

NAMED INSURED: SEVEN SAFE SERVICES

<u>E5102.1 California Amendatory Endorsement</u>                                                                     Page 3 of 3

      (c)    If the **Named Insured** has obtained replacement coverage, or if the **Named Insured** has agreed, in writing, within 60 days of the termination of the Policy, to obtain that coverage.

      (d)    If the Policy is for a period of no more than 60 days and the **Named Insured** is notified at the time of issuance that it will not be renewed.

      (e)    If the **Named Insured** requests a change in the terms or conditions or risks covered by the Policy within 60 days of the end of the **Policy Period**.

      (f)    If **We** made a written offer to the **Named Insured**, in accordance with the timeframes shown in paragraph A above, to renew the Policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

2.    Section VII. **DEFINITIONS,** Paragraph E **Damages,** is modified to the extent necessary to provide the following:

      Punitive and exemplary damages shall not be insurable in cases where California law governs the **Claim.**

3.    The Policy is amended by adding the following Clause at the end thereof:

      <u>Policy Conflicts</u>

      To the extent any term or condition contained in the Policy or any Endorsement attached thereto conflicts with any term or condition contained in this or any other State Amendatory Endorsement attached to the Policy, such terms and conditions most favorable to the Insured shall apply.

All other terms and conditions remain unchanged.

Endorsement effective:  September 5, 2020           Policy No.:  UDC-4265713-EO-20
Endorsement No:      2

By: Kevin Kerridge
(Appointed Representative)

                                                   DPL E5102 CA (01/10)



**Hiscox Insurance Company**

Policy Number:
Named Insured:
Endorsement Number:     UDC-4265713-EO-20
Endorsement Effective:     SEVEN SAFE SERVICES
3
September 5, 2020

**E5424.1 Blanket Additional Insured Endorsement (PL)**

In consideration of the premium charged and on the understanding that this endorsement leaves all other terms, conditions, and exclusions unchanged, it is agreed that the Professional Liability – US Direct Errors and Omissions Insurance policy is amended as follows:

1.  In Clause VI. **DEFINITIONS**, paragraph V., "'**You**' or '**Your**'," is amended to include the following at the end thereof:

    **You** or **Your** shall also include any **Additional Insured** but only for the **Wrongful Acts** of those contemplated in paragraphs 1., 2. or 3. of the definition of "'**You**' or '**Your**'":

2.  The following definition is added to Clause VI. **DEFINITIONS**:

    AI-A.   **Additional Insured** means any person(s) or organization(s) with whom **You** have agreed in a written contract or agreement to add them as an additional insured to a policy providing the type of coverage afforded by this Policy, provided the contract or agreement:

    1.  is currently in effect or becomes effective during the **Policy Period**; and
    2.  was executed before the **Professional Services** from which the **Claim** arises were performed.

3.  In Clause III. **EXCLUSIONS**, paragraph F. is deleted in its entirety and replaced with the following:

    F.   brought by or on behalf of one **Insured** against another **Insured**; provided, however, this Exclusion will not apply to any **Claim** brought by an **Additional Insured** in any capacity other than that of an **Additional Insured**.

All other terms and conditions remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**HISCOX**

<div align="right"><strong>Hiscox Insurance Company Inc.</strong></div>

## ECONOMIC AND TRADE SANCTIONS POLICYHOLDER NOTICE

Hiscox is committed to complying with the U.S. Department of Treasury Office of Foreign Assets Control (OFAC) requirements. OFAC administers and enforces economic sanctions policy based on Presidential declarations of national emergency. OFAC has identified and listed numerous foreign agents, front organizations, terrorists, and narcotics traffickers as Specially Designated Nationals (SDN's) and Blocked Persons. OFAC has also identified Sanctioned Countries. A list of Specially Designated Nationals, Blocked Persons and Sanctioned Countries may be found on the United States Treasury's web site http://www.treas.gov/offices/enforcement/ofac/.

Economic sanctions prohibit all United States citizens (including corporations and other entities) and permanent resident aliens from engaging in transactions with Specially Designated Nationals, Blocked Persons and Sanctioned Countries. Hiscox may not accept premium from or issue a policy to insure property of or make a claim payment to a Specially Designated National or Blocked Person. Hiscox may not engage in business transactions with a Sanctioned Country.

A Specially Designated National or Blocked Person is any person who is determined as such by the Secretary of Treasury.

A Sanctioned Country is any country that is the subject of trade or economic embargoes imposed by the laws or regulations of the United States.

In accordance with laws and regulations of the United States concerning economic and trade embargoes, this policy may be rendered void from its inception with respect to any term or condition of this policy that violates any laws or regulations of the United States concerning economic and trade embargoes including, but not limited to the following:

(1) Any insured under this Policy, or any person or entity claiming the benefits of such insured, who is or becomes a Specially Designated National or Blocked Person or who is otherwise subject to US economic trade sanctions;

(2) Any claim or suit that is brought in a Sanctioned Country or by a Sanctioned Country government, where any action in connection with such claim or suit is prohibited by US economic or trade sanctions;

(3) Any claim or suit that is brought by any Specially Designated National or Blocked Person or any person or entity who is otherwise subject to US economic or trade sanctions;

(4) Property that is located in a Sanctioned Country or that is owned by, rented to or in the care, custody or control of a Sanctioned Country government, where any activities related to such property are prohibited by US economic or trade sanctions; or

(5) Property that is owned by, rented to or in the care, custody or control of a Specially Designated National or Blocked Person, or any person or entity who is otherwise subject to US economic or trade sanctions.

Please read your Policy carefully and discuss with your broker/agent or insurance professional. You may also visit the US Treasury's website at http://www.treas.gov/offices/enforcement/ofac/.



**Hiscox Insurance Company Inc.**

# Application Summary

The following outlines the details you have given us about your business. We have relied on the accuracy of this information in order to issue your policy. If any of the items below are incorrect or have changed, please call us at 888-202-3007 so that we can update your policy details.

| Your policy | |
|---|---|
| Policy number: | UDC-4265713-EO-20 |
| Quote reference number: | 8881147 |
| Product: | Professional Liability Insurance |
| Business name: | SEVEN SAFE SERVICES |
| Business address: | 9547 SOPHIA AVE |
| City: | NORTH HILLS |
| State: | CA |
| Zip code: | 91343 |
| Name: | LESTER FINNELL |
| Email address: | sevensafesv@aol.com |
| Telephone number: | 818-970-7757 |
| Per claim limit of liability: | $ 1,000,000 |
| Aggregate limit of liability: | $ 1,000,000 |
| Deductible: | $ 500 |
| When would you like your policy to start? | September 5, 2020 |

| Your business | |
|---|---|
| What is your primary type of business? | Technology services |
| Your business's ownership structure (please select one). | Individual/Sole Proprietor |
| Do you currently have an insurance policy in effect for the coverage requested? | No |
| Other than the business address provided above, how many additional locations does your business own or rent? | 0 |
| I consent to engage in electronic transactions. | Agree |
| Approximately when did your business begin? | September 01, 2019 |
| What are your business's estimated gross sales during the next 12 months? Note: Your best estimate is fine. Include all revenues, fees and commissions. | $ 150,000.00 |

| | |
|---|---|
| During the next 12 months, what are the estimated gross sales you will earn from your largest customer? | $ 10,000 |
| Does your business use a written contract or statement of work? | Always (100%) |
| Which of the following does your business implement? | |
| - Customer sign-off on deliverables | Yes |
| - Contracts with indemnification clauses in your favor | Yes |
| - Formal change management procedures | Yes |
| - Legal review of contracts | Yes |
| - Dedicated customer support | Yes |
| What type of IT consulting or technology services do you primarily provide? | Network security design and consulting |
| Does your business conduct any of the following activities?<br>● Manufacture, design, or assist in the design of any hardware or components. (This does not apply if your business is a Value Added Reseller of third-party hardware.)<br>● Create, support, or work on software that executes securities transactions, makes medical diagnoses, or is involved in manufacturing or process control.<br>● Own, host, or run any website that contains any pornographic materials or user generated content.<br>● Own, or manage a social networking or auction website. (This does not apply to third-party sites where you offer hosting services only.)<br>● Operate as a Voice Over IP Service Provider (This does not apply to use of a third –party VOIP service provider to conduct your own business's telephone calls.) | No |
| In what industry do the majority of your clients work? | Retail/wholesale trade/consumer products |
| Do your contracts clearly state the ownership rights, licensing, and use of any materials or intellectual property created for or during an engagement? | Yes |
| Do your contracts state that to the best of your knowledge any materials or intellectual property created are original and do not infringe upon the intellectual property rights of others? | Yes |
| Do you have procedures in place to ensure that your software code does not infringe upon another party's software copyright? | Yes |

## Statements About Your Business

| | |
|---|---|
| As the individual completing this transaction, you are authorized to purchase and bind this insurance on behalf of the entity applying for coverage. | I have read and agree |
| Your Business is not controlled or owned by any other firm, corporation, or entity. | I have read and agree |
| For the entire period of time that You have owned and controlled the business, You have not sold, purchased or acquired, discontinued, merged into or consolidated with another business. | I have read and agree |
| Your business has never had any commercial insurance cancelled or rescinded. | I have read and agree |
| You, your business's current and past partners, officers, directors, board members, trustees, or employees, have never been subject to disciplinary action by authorities as a result of professional activities. | I have read and agree |

© Hiscox Inc. 2010

## Claims and Loss History

| | |
|---|---|
| Based upon your knowledge and the knowledge of your business's current and past partners, officers, directors and employees, during the last five years a third party has never made a claim against your business and you do not know of any reason why someone may make a claim. | I have read and agree |

## Professional Liability

The limits of liability represent the total amount available to pay judgments, settlements, and claim expenses (e.g., attorney's fees) incurred in the defense of any claims. We are not liable for any amounts that exceed these limits.

This is a claims-made policy. If coverage is provided, it shall apply to claims made against you and reported to us during the policy period or applicable extended reporting period.

Judgments, settlements and claims expenses incurred are subject to the deductible amount. The deductible is the amount you must pay before we will make any payments under the policy. Some coverage may not be subject to a deductible, in which case you are not required to make payments before any payments are made under the policy. Please consult the policy language for details.

If you have knowledge of any circumstance that may lead to a claim being made against you, coverage will be excluded if such claim is made.

Claims made against you prior to the inception of the policy are excluded.

## Other information

**Fraud Warning**
For your protection California law requires the following to appear on this form: Any person who knowingly presents false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

| | |
|---|---|
| You have confirmed that you agree with the General Statements provided. | Yes |
| I agree to accept delivery of my insurance policy via email to the address provided. | Yes |
| I have read the information above and confirm it is all correct. I understand that by checking this box I am agreeing to enter into a binding agreement with Hiscox Insurance Company Inc. | Yes |

© Hiscox Inc. 2010

EXHIBIT 5

**(841932)SEVEN SAFE SERVICES**
9547 SOPHIA AVE, NORTH HILLS, CA 91343, USA

**(831)US Direct - Hiscox**
357 Main St, Armonk, NY 10504-1808, USA (Wholesale )

**Next Step**    Work Flow

Filters
☐ [ ▼ ] [                    ] =>

● **10. Open Market - General Task**
**Revenue:** 150,000

| No. Event | Workflow | Priority |
|---|---|---|
| ○ **14  RENRenewal** | | 07/22/20 ⬆ |
| | | ⬆ ☐ |
| ● **13  ADCAuto Notice**  Renewal Notice | RENEWAL | 05/07/20 ☐ |
| ● **12  RQTRenewal Quote** | | 05/07/20 ☐ |
| ● **11  TSK General Task**  UW Notes: | EZCLM | 02/19/20 ☐ |
| ☐ ● **10  TSK General Task**  please add PNC and WOS | DIRECTC | 02/19/20 ☐ |
| ● **9  GENGeneral Correspondence**  Outgoing Email 4265713-8 @ 02/19/2020-21:27 | | 02/19/20 ☐ |
| ○ **8  EN  Endorsement**  per tsk 7 processed inc sent docs.,ld 2/19 | DUNBARL | 02/19/20 ☐ |
| ● **7  TSK General Task**  ok to limit increase | DIRTERMS | 02/19/20 ☐ |
| ● **6  MQTMid Term Quote**  3M/3M CGL | NOVRATIC | 02/19/20 ☐ |
| ● **5  TSK General Task**  ***quote to increase limits to 3M/3M is no change in premium. CLN *** | EZCLM | 02/19/20 ☐ |
| ● **4  GENGeneral Correspondence**  FW: (EXT) Service Request - 4987094 | | 02/18/20 |

Text

1. clients listed below
2. cannot get a clear explanation from PH from what i undersatand PH is working with a
security company to strenthen their personnel and security software. scope of work provided in
task 4.
3. CGL
4. agrees

Clients:
American Guard Services, Inc. and AGS' Affiliates
and Subsidiaries
1125 W. 190th Street
Gardena, CA 90248

Vets Securing America, Inc. and VSA's Affiliates and
Subsidiaries
1125 W. 190th Street
Gardena, CA 90248

Company :   US Direct - Hiscox

Edit

Created by :   WATERSK

Date :   02/19/20   17:08

189

EXHIBIT 6

(841932)SEVEN SAFE SERVICES                (831)US Direct - Hiscox                              LAPSED
9547 SOPHIA AVE, NORTH HILLS, CA 91343, USA          357 Main St, Armonk, NY 10504-1808, USA (Wholesale )

**Next Step**    Work Flow

Branch: Hiscox

Filters

● **11. Open Market - General Task**

Revenue: 150,000

**No. Event**          **Workflow**  **Priority**

Event Description

○ 14  REN**Renewal**                        07/22/20

Text        UW Notes:                                UW Notes:

● 13  ADC**Auto Notice**       RENEWAL  05/07/20      SOW confirms security guard services. Services are not a fit for any Hiscox COB. WOS PNC    SOW confirms security guard services. Services are not a fit for any Hiscox COB.
      Renewal Notice                                 declined. Flagging for review at next renewal.                              WOS PNC declined. Flagging for review at next renewal.

● 12  RQT**Renewal Quote**               05/07/20      NO EXPANSION WITHOUT UW REVIEW                  NO EXPANSION WITHOUT UW REVIEW

● 11  TSK **General Task**      EZCLM  02/19/20      EC 2/19/20                                 EC 2/19/20
      UW Notes:

● 10  TSK **General Task**      DIRECTC  02/19/20
      please add PNC and WOS

● 9  GEN**General Correspondence**      02/19/20
      Outgoing Email 4265713-8 @ 02/19/2020-21:27

○ 8  EN  **Endorsement**        DUNBARL  02/19/20                                         **Save**      **Cancel**
      per tsk 7 processed inc sent docs,,ld 2/19

      Company :    US Direct - Hiscox

● 7  TSK **General Task**       DIRTERMS  02/19/20
      ok to limit increase

EXHIBIT 7

**(841932)SEVEN SAFE SERVICES**
9547 SOPHIA AVE, NORTH HILLS, CA 91343, USA

**(831)US Direct - Hiscox**
357 Main St, Armonk, NY 10504-1808, USA (Wholesale )

| Next Step | Work Flow |
|---|---|

**● 19. Open Market - General Task**

Revenue: 150,000

Filters

☐ [dropdown ∨] [                    ] ⇒

| No. Event | Workflow | Priority |
|---|---|---|
| ⊙ 27  COM**Policy Comment** ADMIN: Please prepare UW non-renewal for reason code 1 as follows: | DIRECTT | 06/21/21 ☐ |
| ● 26  RQT**Renewal Quote** Policy flagged for manual renewal | DIRECTR | 05/07/21 ☐ |
| ● 25  GEN**General Correspondence** 4265713_CGL_Acord25_1_210122175720651C_G EN.pdf | | 01/22/21 ☐ |
| ● 24  GEN**General Correspondence** 4265713_CGL_Acord25_1_210122175454572C_G EN.pdf | | 01/22/21 ☐ |
| ● 23  GEN**General Correspondence** 4265713_CGL_Acord25_1_201005165144514C_G EN.pdf | | 10/05/20 ☐ |
| ● 22  GEN**General Correspondence** Unable to Reach | | 10/05/20 ☐ |
| ● 21  TSK General Task | DIRECTC | 10/05/20 ☐ |
| ⊙ 20  COM**Policy Comment** UW Notes : | EZCLM | 10/02/20 ☐ |
| ● 19  TSK General Task | DIRECTC | 10/02/20 ☐ |
| ● 18  GEN**General Correspondence** | | 08/06/20 |

Text

```
WOS request
1. Client
2. Installing security camera and monitor them
3. CGL and EO
4.Agreed to increase of premium
Agreed to Warranty Statement

Maxfield Enterprises Inc
8825 Melrose Ave,
West Hollywood, CA 90069

Maxfield Enterprises, Inc is listed as an additional insured subject to policy terms and conditions.
```

Company :   US Direct - Hiscox

Edit

193

EXHIBIT 8

**(841932)SEVEN SAFE SERVICES**
9547 SOPHIA AVE, NORTH HILLS, CA 91343, USA

**(831)US Direct - Hiscox**
357 Main St, Armonk, NY 10504-1808, USA (Wholesale )

| Next Step | Work Flow |
|-----------|-----------|

**Filters**

☐ [dropdown ▼]  [              ] ⇒

○ **20. Open Market - Policy Comment**
    **Revenue:** 150,000

| No. Event | Workflow | Priority |
|-----------|----------|----------|
| ○ 27  COM**Policy Comment**  ADMIN: Please prepare UW non-renewal for reason code 1 as follows: | DIRECTT | 06/21/21 ☐ |
| ● 26  RQT **Renewal Quote**  Policy flagged for manual renewal | DIRECTR | 05/07/21 ☐ |
| ● 25  GEN**General Correspondence**  4265713_CGL_Acord25_1_210122175720651C_GEN.pdf | | 01/22/21 ☐ |
| ● 24  GEN**General Correspondence**  4265713_CGL_Acord25_1_210122175454572C_GEN.pdf | | 01/22/21 ☐ |
| ● 23  GEN**General Correspondence**  4265713_CGL_Acord25_1_201005165144514C_GEN.pdf | | 10/05/20 ☐ |
| ● 22  GEN**General Correspondence**  Unable to Reach | | 10/05/20 ☐ |
| ● 21  TSK **General Task** | DIRECTC | 10/05/20 ☐ |
| ○ 20  COM**Policy Comment**  UW Notes : | EZCLM | 10/02/20 ☐ |
| ● 19  TSK **General Task** | DIRECTC | 10/02/20 ☐ |
| ● 18  GEN**General Correspondence**  Outgoing Email 4265713-17 @ 08/06/2020-16:45 | | 08/06/20 ☐ |
| ○ 17  EN  **Endorsement** | HOUINTR | 08/05/20 |

**Text**

UW Notes :

WOS declined per event 19. Services werre reviewed by UW in event 10-11, please review with NI. Will review at next renewal

EC 10/2/20

**Company :**  US Direct - Hiscox

| Edit |
|------|

Created by :  CISNEROE

Date :  10/02/20   17:24

EXHIBIT 9

**(841932)SEVEN SAFE SERVICES**
9547 SOPHIA AVE, NORTH HILLS, CA 91343, USA

**(831)US Direct - Hiscox**
357 Main St, Armonk, NY 10504-1808, USA (Wholesale )

**Next Step**   **Work Flow**

● **21. Open Market - General Task**
   Revenue: 150,000

Filters

☐ [                    ▼]  [              ] ⇒

| No. Event | Workflow | Priority |
|-----------|----------|----------|
| ○ 27  **COM Policy Comment**  ADMIN: Please prepare UW non-renewal for reason code 1 as follows: | DIRECTT | 06/21/21 ⯅⯆ ☐ |
| ● 26  **RQT Renewal Quote**  Policy flagged for manual renewal | DIRECTR | 05/07/21 ☐ |
| ● 25  **GEN General Correspondence**  4265713_CGL_Acord25_1_210122175720651C_G EN.pdf | | 01/22/21 ☐ |
| ● 24  **GEN General Correspondence**  4265713_CGL_Acord25_1_210122175454572C_G EN.pdf | | 01/22/21 ☐ ▲ |
| ● 23  **GEN General Correspondence**  4265713_CGL_Acord25_1_201005165144514C_G EN.pdf | | 10/05/20 ☐ |
| ● 22  **GEN General Correspondence**  Unable to Reach | | 10/05/20 ☐ |
| ● 21  **TSK General Task** | DIRECTC | 10/05/20 ☐ |
| ○ 20  **COM Policy Comment**  UW Notes : | EZCLM | 10/02/20 ☐ |
| ● 19  **TSK General Task** | DIRECTC | 10/02/20 ☐ |
| ● 18  **GEN General Correspondence**  Outgoing Email 4265713-17 @ 08/06/2020-16:45 | | 08/06/20 ☐ ▼ |
| ○ 17  **EN  Endorsement**  allready had cgl 3/3 limit | HOUINTR | 08/05/20 ☐ |

Text

Spoke with insured explained WOS will not be added to policy .

He explained that he is a staffing company.He sends security guards to companies that hire him if their security systems fails. He also sends law enforcement officers

Company :   US Direct - Hiscox

**Edit**

Created by :   BOONEP
Date :   10/05/20   16:33

197

EXHIBIT 10

**(841932)SEVEN SAFE SERVICES**
9547 SOPHIA AVE, NORTH HILLS, CA 91343, USA

**(831)US Direct - Hiscox**
357 Main St, Armonk, NY 10504-1808, USA (Wholesale )

| Next Step | Work Flow |
|---|---|

Filters

☐ [ ▼ ] [ ] =>

**○ 27. Open Market - Policy Comment**
**Revenue:** 150,000

| No. Event | Workflow | Priority |
|---|---|---|
| ○ 27 **COM Policy Comment** &ADMIN: Please prepare UW non-renewal for reason code 1 as follows: | DIRECTT | 06/21/21 ☐ |
| ● 26 **RQT Renewal Quote** Policy flagged for manual renewal | DIRECTR | 05/07/21 ☐ |
| ● 25 **GEN General Correspondence** 4265713_CGL_Acord25_1_210122175720651C_G EN.pdf | | 01/22/21 ☐ |
| ● 24 **GEN General Correspondence** 4265713_CGL_Acord25_1_210122175454572C_G EN.pdf | | 01/22/21 ☐ |
| ● 23 **GEN General Correspondence** 4265713_CGL_Acord25_1_201005165144514C_G EN.pdf | | 10/05/20 ☐ |
| ● 22 **GEN General Correspondence** Unable to Reach | | 10/05/20 ☐ |
| ● 21 **TSK General Task** | DIRECTC | 10/05/20 ☐ |
| ○ 20 **COM Policy Comment** UW Notes : | EZCLM | 10/02/20 ☐ |
| ● 19 **TSK General Task** | DIRECTC | 10/02/20 ☐ |
| ● 18 **GEN General Correspondence** Outgoing Email 4265713-17 @ 08/06/2020-16:45 | | 08/06/20 ☐ |
| ○ 17 **EN Endorsement** | HOUINTR | 08/05/20 |

Text

UW Renewal Review :

Strong concerns with event 10 and event 21 confirming NI staffs security to assist with monitoring security systems. UW cannot rate or endorse coverage for risk exposure, as coverage is intended for technology consulting. Moving forward with nonrenewal:

ADMIN: Please prepare UW non-renewal for reason code 1 as follows:

"Class of business does not meet Hiscox underwriting guidelines; specifically, insured provides security monitoring services and/or staffs security services."

CA requires 60+5 days' notice.

EC 6/21/21

Company : US Direct - Hiscox

| Edit |
|---|

Created by : CISNEROE
Date : 06/21/21   14:09

EXHIBIT 11

HISCOX INSURANCE COMPANY INC.
520 MADISON AVENUE, 32ND FLOOR
NEW YORK NY 10022

# NOTICE OF NONRENEWAL OF INSURANCE

Named Insured & Mailing Address:

SEVEN SAFE SERVICES
LESTER FINNELL
9547 SOPHIA AVE
NORTH HILLS CA 91343

Producer: 001

HISCOX INC.
520 MADISON AVENUE, 32ND FLOOR
NEW YORK NY 10022

| | |
|---|---|
| Policy No.: | UDC-4265713-CGL |
| Type of Policy: | GENERAL LIABILITY OCCURRENCE |
| Date of Expiration: | 09/05/2021; 12:01 A.M. Local Time at the mailing address of the Named Insured. |

We will not renew this policy when it expires.  Your insurance will cease on the Expiration Date shown above.

The reason for nonrenewal is  Class of business does not meet Hiscox underwriting guidelines; specifically, insured provides security monitoring services and/or staffs security services.

Named Insured

SEVEN SAFE SERVICES
LESTER FINNELL
9547 SOPHIA AVE
NORTH HILLS CA 91343

Date Mailed:
30th day of June, 2021

KEVIN KERRIDGE

FORM# CN9697CA51995
ODEN 3.0.21.06a
Copy for Named Insured
201
CACN9NONE APP
06292021MYNN
Page 1 of 1

EXHIBIT 12

HISCOX INSURANCE COMPANY INC.
520 MADISON AVENUE, 32ND FLOOR
NEW YORK NY 10022

# NOTICE OF NONRENEWAL OF INSURANCE

Named Insured & Mailing Address:

SEVEN SAFE SERVICES
LESTER FINNELL
9547 SOPHIA AVE
NORTH HILLS CA 91343

Producer: 001

HISCOX INC.
520 MADISON AVENUE, 32ND FLOOR
NEW YORK NY 10022

| | |
|---|---|
| Policy No.: | UDC-4265713-EO |
| Type of Policy: | PROFESSIONAL LIABILITY |
| Date of Expiration: | 09/05/2021; 12:01 A.M. Local Time at the mailing address of the Named Insured. |

We will not renew this policy when it expires.  Your insurance will cease on the Expiration Date shown above.

The reason for nonrenewal is  Class of business does not meet Hiscox underwriting guidelines; specifically, insured provides security monitoring services and/or staffs security services.

Named Insured

SEVEN SAFE SERVICES
LESTER FINNELL
9547 SOPHIA AVE
NORTH HILLS CA 91343

Date Mailed:
30th day of June, 2021

KEVIN KERRIDGE

FORM# CN9697CA51995
ODEN 3.0.21.06a

Copy for Named Insured

CACN9NONE APP
06292021MYNN
Page 1 of 1